
**ORIGINAL** (Rev. 5/05)

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

(1) __Angelo Clark  123209__
(Name of Plaintiff)        (Inmate Number)

__Delaware Correctional Center__
__1181 Paddock Road__
__Smyrna, Delaware 19977__
(Complete Address with zip code)

(2) _____
(Name of Plaintiff)        (Inmate Number)

_____
(Complete Address with zip code)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

vs.

(1) __Reginal Medical First Correctional__
(2) __Manager Angela Wilson__
(3) __Correctional Medical Systems__
(Names of Defendants)

(Each named party must be listed, and all names
must be printed or typed. Use additional sheets if needed)

06 - 465

_____
(Case Number)
( to be assigned by U.S. District Court)

**CIVIL COMPLAINT**

• • Jury Trial Requested

**FILED**
JUL 3 1 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

I.  **PREVIOUS LAWSUITS**

A. If you have filed any other lawsuits in federal court while a prisoner, please list the caption and case number including year, as well as the name of the judicial officer to whom it was assigned:

__N/o__

II. **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

In order to proceed in federal court, you must fully exhaust any available administrative remedies as to each ground on which you request action.

A. Is there a prisoner grievance procedure available at your present institution? (•• Yes) •• No

B. Have you fully exhausted your available administrative remedies regarding each of your present claims? (• Yes) •• No

C. If your answer to "B" is Yes:

   1. What steps did you take? _I told Medical the Meds was giving me Side-Afects_

   2. What was the result? _____

D. If your answer to "B" is No, explain why not: _____

III. **DEFENDANTS** (in order listed on the caption)

(1) Name of first defendant: _Reginal Medical First Corrections_
   Employed as _Doctor Joshi_ at _Delaware Correctional Center_
   Mailing address with zip code: _____

(2) Name of second defendant: _Angela Wilson - C.M.S_
   Employed as _Manager_ at _Delaware Correctional Center_
   Mailing address with zip code: _1181 Paddock Road_
   _Smyrna, Delaware 19977_

(3) Name of third defendant: _Robert M. Hooper_
   Employed as _Reginal Manager_ at _Dept of Corrections_
   Mailing address with zip code: _N-A_

(List any additional defendants, their employment, and addresses with zip codes, on extra sheets if necessary)

2

IV. STATEMENT OF CLAIM

(State as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach no more than three extra sheets of paper if necessary.)

1. The Zyprexa has given me some partial nerve damage in my legs and arms as well as memory loss, at certain times when I try to remember certain things that I am suppose to do on a regular basis's, and very bad muscle
2. spasm's and E.T.C. I never see the psychiatrist about my meds, I keep complaintting, how the Zyprexa makes me feel like a human dummy and I
3. want to be treated better.

V. RELIEF

(State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. I want to be granted by the court some kind of compensation from the Department of Correction's, and the Medical Vendor C.M.S.

3

2. _____
_____
_____
_____
_____
_____

3. _____
_____
_____
_____
_____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __26__ day of __July__, 2_006_.

x _Angelo Lee Clark_
(Signature of Plaintiff 1)

_____
(Signature of Plaintiff 2)

_____
(Signature of Plaintiff 3)

# Certificate of Service

I, **Angelo Clark**, hereby certify that I have served a true and correct cop(ies) of the attached: _____

_____ upon the following parties/person (s):

TO: Office of the Clerk
United States District Ct
844 N. King Street
Wilmington, Delaware
19801

TO: _____

TO: Attorney General Office
820. N. French Street
Wilmington, Delaware
19801

TO: _____

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE 19977.

On this 26 day of July, 2006

*Angelo Lu Clark*





I/M Angelo Clerk
SBI# 123209  UNIT C-H
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Office of the Clerk
United States District Ct
844 N. King Street
Wilmington, Delaware
19801