*Clark v. Reginal Medical, First correctrl Medical et al, Civil Act. 06-465-SLR*

# DELAWARE CORRECTIONAL CENTER
# SUPPORT SERVICES OFFICE
# MEMORANDUM

TO: Angelo Clark          SBI#: 123209

FROM: Stacy Shane, Support Services Secretary

RE: **6 Months Account Statement**

DATE: 8/24/06

---

Attached are copies of your inmate account statement for the months of Feb 2006 to July 2006.

The following indicates the average daily balances.

| MONTH | AVERAGE DAILY BALANCE |
|---|---|
| Feb | $330.17 |
| March | 286.33 |
| April | 157.17 |
| May | 138.01 |
| June | 102.53 |
| July | 72.46 |

Average daily balances/6 months: $179.21

Attachments
CC: File

Mercedes Vallen
8/24/06

# Individual Statement

## For Month of February 2006

Date Printed: 8/23/2006

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | | | |
|---|---|---|---|---|---|---|---|---|
| 00123209 | CLARK | ANGELO | | | $362.69 | | | |

Current Location: 23    Comments: QOL2

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Mail | 2/1/2006 | $90.00 | $0.00 | $0.00 | $452.69 | 215390 | 05114022337 | 1/13/06 | G. COOPER |
| Canteen | 2/1/2006 | ($92.16) | $0.00 | $0.00 | $360.53 | 215780 | | | |
| Supplies-MailP | 2/2/2006 | ($7.23) | $0.00 | $0.00 | $353.30 | 218041 | | | |
| Canteen | 2/14/2006 | ($42.99) | $0.00 | $0.00 | $310.31 | 222409 | | | |
| Canteen | 2/28/2006 | ($9.93) | $0.00 | $0.00 | $300.38 | 227918 | | | |

Ending Mth Balance: $300.38

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Non-Medical Hold: $0.00

# Individual Statement

## For Month of March 2006

Date Printed: 8/23/2006

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: |
|---|---|---|---|---|---|
| 00123209 | CLARK | ANGELO | | | $300.38 |

Current Location: 23   Comments: QOL2

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Mail | 3/8/2006 | $60.00 | $0.00 | $0.00 | $360.38 | 232608 | 08438032812 | | A KUT ABOVE |
| Canteen | 3/14/2006 | ($9.02) | $0.00 | $0.00 | $351.36 | 236011 | | | |
| Pay-To | 3/21/2006 | ($45.00) | $0.00 | $0.00 | $306.36 | 239358 | | CHRISTOPHER SMIT | |
| Pay-To | 3/21/2006 | ($100.00) | $0.00 | $0.00 | $206.36 | 239359 | | CHRISTOPHER SMIT | |
| Canteen | 3/28/2006 | ($29.54) | $0.00 | $0.00 | $176.82 | 241658 | | | |

Ending Mth Balance: $176.82

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Non-Medical Hold: $0.00

# Individual Statement

## For Month of April 2006

Date Printed: 8/23/2006  
Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $176.82 |
|---|---|---|---|---|---|---|
| 00123209 | CLARK | ANGELO | | | | |

Current Location: 23   Comments: QOL2

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 4/11/2006 | ($9.99) | $0.00 | $0.00 | $166.83 | 247532 | | | |
| Pay-To | 4/20/2006 | ($30.00) | $0.00 | $0.00 | $136.83 | 253622 | | CHRISTOPHER SMIT | |
| Canteen | 4/25/2006 | ($9.96) | $0.00 | $0.00 | $126.87 | 254287 | | | |
| Supplies-MailP | 4/27/2006 | $0.00 | $0.00 | ($0.63) | $126.87 | 256304 | | 4/19/06 | |
| Supplies-MailP | 4/27/2006 | $0.00 | $0.00 | ($0.63) | $126.87 | 256305 | | 4/19/06 | |
| Supplies-MailP | 4/27/2006 | $0.00 | $0.00 | ($0.63) | $126.87 | 256306 | | 4/19/06 | |

Ending Mth Balance: $126.87

Total Amount Currently on Medical Hold: $0.00  
Total Amount Currently on Non-Medical Hold: $0.00

# Individual Statement

## For Month of May 2006

Date Printed: 8/23/2006                                                                                     Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $126.87 |
|---|---|---|---|---|---|---|
| 00123209 | CLARK | ANGELO | | | | |

Current Location: 23                Comments: QOL2

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 5/9/2006 | ($9.93) | $0.00 | $0.00 | $116.94 | 260844 | | | |
| Mail | 5/12/2006 | $50.00 | $0.00 | $0.00 | $166.94 | 262338 | 185704 | | G. COOPER |
| Supplies-MailP | 5/12/2006 | ($0.63) | $0.00 | $0.00 | $166.31 | 263162 | | 4/19/06 | |
| Supplies-MailP | 5/12/2006 | ($0.63) | $0.00 | $0.00 | $165.68 | 263161 | | 4/19/06 | |
| Supplies-MailP | 5/12/2006 | ($0.63) | $0.00 | $0.00 | $165.05 | 263160 | | 4/19/06 | |
| Pay-To | 5/17/2006 | ($20.00) | $0.00 | $0.00 | $145.05 | 265112 | | | CHRISTOPHER SMIT |
| Canteen | 5/23/2006 | ($9.84) | $0.00 | $0.00 | $135.21 | 266451 | | | |

Ending Mth Balance: $135.21

Total Amount Currently on Medical Hold: $0.00
Total Amount Currently on Non-Medical Hold: $0.00

# Individual Statement

## For Month of June 2006

Date Printed: 8/23/2006

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $135.21 |
|---|---|---|---|---|---|---|
| 00123209 | CLARK | ANGELO | | | | |
| Current Location: | 23 | | | Comments: QOL2 | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Supplies-MailP | 6/1/2006 | $0.00 | $0.00 | ($0.87) | $135.21 | 273458 | | 5/8/06 | |
| Supplies-MailP | 6/1/2006 | $0.00 | $0.00 | ($0.87) | $135.21 | 273484 | | 5/8/06 | |
| Supplies-MailP | 6/5/2006 | ($0.87) | $0.00 | $0.00 | $134.34 | 274890 | | 5/8/06 | |
| Supplies-MailP | 6/5/2006 | ($0.87) | $0.00 | $0.00 | $133.47 | 274902 | | 5/8/06 | |
| Canteen | 6/6/2006 | ($9.97) | $0.00 | $0.00 | $123.50 | 275061 | | | |
| Pay-To | 6/8/2006 | ($25.00) | $0.00 | $0.00 | $98.50 | 277258 | | | CHRISTOPHER SMIT |
| Supplies-MailP | 6/8/2006 | $0.00 | $0.00 | ($0.39) | $98.50 | 277398 | | 5/28/06 | |
| Supplies-MailP | 6/9/2006 | ($0.39) | $0.00 | $0.00 | $98.11 | 277663 | | 5/28/06 | |
| Canteen | 6/20/2006 | ($8.40) | $0.00 | $0.00 | $89.71 | 281445 | | | |
| Canteen | 6/30/2006 | ($9.79) | $0.00 | $0.00 | $79.92 | 285848 | | | |

Ending Mth Balance: $79.92

Total Amount Currently on Medical Hold: $0.00
Total Amount Currently on Non-Medical Hold: $0.00

# Individual Statement

Date Printed: 8/23/2006

Page 1 of 1

## For Month of July 2006

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $79.92 |
|---|---|---|---|---|---|---|
| 00123209 | CLARK | ANGELO | | | | |

Current Location: 23     Comments: QOL2

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Canteen | 7/6/2006 | ($9.99) | $0.00 | $0.00 | $69.93 | 288113 | | | |
| Supplies-MailP | 7/7/2006 | $0.00 | $0.00 | ($0.39) | $69.93 | 289113 | | 6/6/06 | |
| Visit | 7/12/2006 | $0.00 | $0.00 | $0.00 | $69.93 | 290633 | | | |
| Mail | 7/12/2006 | $35.00 | $0.00 | $0.00 | $104.93 | 290667 | 1028356018 | | GEO BELL |
| Canteen | 7/13/2006 | ($19.66) | $0.00 | $0.00 | $85.27 | 290965 | | | |
| Supplies-MailP | 7/14/2006 | $0.00 | $0.00 | ($0.39) | $85.27 | 291855 | | 5/31/06 | |
| Supplies-MailP | 7/19/2006 | ($0.39) | $0.00 | $0.00 | $84.88 | 294334 | | 6/6/06 | |
| Supplies-MailP | 7/19/2006 | ($0.39) | $0.00 | $0.00 | $84.49 | 294527 | | 5/31/06 | |
| Canteen | 7/20/2006 | ($40.75) | $0.00 | $0.00 | $43.74 | 294871 | | | |
| Mail | 7/20/2006 | $25.00 | $0.00 | $0.00 | $68.74 | 295394 | 9870541380 | | G. CLARK |
| Canteen | 7/27/2006 | ($19.77) | $0.00 | $0.00 | $48.97 | 297803 | | | |

Ending Mth Balance: $48.97

Total Amount Currently on Medical Hold: $0.00

Total Amount Currently on Non-Medical Hold: $0.00

RECEIVED
OFFICE OF THE U.S. TRUSTEE
WILMINGTON, DE
2006 AUG 30 PM 3:22

TO: Clerk of the court

RE: Clark v. First correctional medical etal

civil Act. 06-465-SLR

Subj: 6 month statements

Date: 8-28-06

Dear Clerk

Here is my 6 month statement to comply with the order of 8-11-06.

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2006 AUG 31 PM 3:03
scanned