IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Angelo Clark,                          )
                                       )
        Plaintiff,                     )
                                       )
    v.                                 ) Civ. No. 06-465-SLR
                                       )
Reginal Medical First                  )
Correctional, Manager Angela           )
Wilson, Correctional Medical           )
Systems,                               )
                                       )
        Defendants.                    )

Scanned- BD 9/25/06

FILED

SEP 2 2 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**AUTHORIZATION**

        I, Angelo Clark, SBI #123209, request and authorize the

agency holding me in custody to disburse to the Clerk of the

Court the initial partial filing fee of $36.22 and the subsequent

payments pursuant to 28 U.S.C. § 1915(b) and required by the

Court's order dated _9/6_____, 2006.

        This authorization is furnished to the Clerk of Court in

connection with the filing of a civil action, and I understand

that the filing fee for the complaint is $350.00.  I also

understand that the entire filing fee may be deducted from my

trust account regardless of the outcome of my civil action.  This

authorization shall apply to any other agency into whose custody

I may be transferred.

Date: _9/20/06_____, 2006.

                        _____
                            Signature of Plaintiff

I/M _Angelo Clark_

SBI# _123209_ UNIT _23_

DELAWARE CORRECTIONAL CENTER

1181 PADDOCK ROAD

SMYRNA, DELAWARE 19977

Clerk

U.S. District Court

844 King Street

Wilmington Delaware 19801

Legal Mail

Legal Mail