IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Plaintiff,
Angelo L Clark
v.
Regional First State Med. et al.
Defendant.
Correctional Medical System

Civil Action No. 06-465-S.L.R

Motion To Seal

Come's Now, The Plaintiff, Angelo L Clark, pro-se Pursuant. To Federal Rules of Civil Procedure Rule 26 (c) and Ask's This Honorable Court To Electronically Seal Any Document and/or Information which would be Contrued as being of a Sensitive Nature. In Support of This motion plaintiff offer's The Following:

1. plaintiff Recognize's That Documentation in The Above Stated Case is of a personal/Sensitive Nature.

2. plaintiff Acknowledge's That This Court policy is to make public via an Electronic Link Any and All information Stated in This Case.

Submitted this 26th day of October, 2006

Angelo L Clark

Delaware Correctional Center
1181 Paddock road
Smyrna, DE 19977

OCT 27 2006

PD scanned

3. Court rules allow for the sealing of sensitive material with the proper motion.

Therefore in light of the above stated facts the plaintiff, Angelo L. Clark, respectfully asks that this court GRANT his motion and SEAL this case from any postings.

Submitted this 26th day of October, 2006

*Angelo L. Clark*

D.C.C.
1181 Paddock Rd.
Smyrna, DE, 19977



I/M Angela Lu Clark
SBI# 193269 UNIT Bldg #17 B-L-7
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

(Legal mail)

Office of The Clerk
United States District Court
844 N. King Street, Lokbox 18
Wilmington, Delaware
19801-3570          (Legal mail)

(Legal mail)