1-27-07

Office of the Clerk
United District Court for New Castle County

Case Name: 1:06-C-V-00465 Clark V. Regional First Correctional/etal

Paper Documents - Document Number 16

1. I would like to have another copy of my memorandum order, the claims against Correctional Medical System's! The remaining defendents that are responsible for my post raping of my brain falcuties, and other body parts.

Signed by Judge Sue L. Robinson!
on - 12-19-06 (FMT)

File Number # 318735-0 !

P.S.
Thank's Kindly
Clark - Peter Delleo)

Sincerely yours
Angela Lu Clark
# SBI. 123209
Delaware Correctional Center
1181 Paddock Rd.
Smyrna, De
19977

FILED
JAN - 4 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

