1-28-07

Clerk of U.S. District Court

Clark v. Reginal Medical First Correctional-et-al

Case Number - 1:06cv-465 'S.L.R'

Filer: Angelo Clark  #S.B.I 123209

1. Memorendum Documents

Capt Henry, Staff Lt Ramone Taylor, Along with Lt Satterfield was given some Legal Documents, on 1-24-07 to be mailed to, Stephen Hampton a Civil Rights Lawyer, and E.T.C. Civil Action Lawyer, and also they were given the U.S 285 Marshall Form's for Correctional Medical Vendors here at the Dept of Corrections after I stabbed myself in left hand for relief out of the Shu - where I am Manic-Depressive-Bipolor and also Paranoid Shzisophrenic - The Federal Goverment has Documentation of this, and I fear for my Life!

Please help me get some relief before I am found in a position, as being Deef-Dumb or Dead.

Angelo Lu Clark
1181 Paddock Rd.
Smyrna, De 19977
S.B.I # 123209

And also writing Down the Date in which this is being mailed out!
A.C.
1-28-07

