OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo  
CLERK OF COURT

LOCKBOX 18  
844 KING STREET  
U.S. COURTHOUSE  
WILMINGTON, DELAWARE 19801  
(302) 573-6170

March 20, 2007

TO: Angelo Clark  
SBI# 123209  
Delaware Correctional Center  
1181 Paddock Road  
Smyrna, DE 19977

**RE: U.S. Marshal 285 Forms**  
*Civ. No. 06-465(SLR)*

Dear Mr. Clark

Please be advised that this office has received a USM 285 form for Correctional Medical Services. You still need to submit a USM 285 form for the Attorney General of the State of Delaware, 820 N. FRENCH STREET, WILMINGTON, DELAWARE, 19801.

Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/ead

PETER T. DALLEO  
CLERK

cc: The Honorable Sue L. Robinson