OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo  
CLERK OF COURT

LOCKBOX 18  
844 KING STREET  
U.S. COURTHOUSE  
WILMINGTON, DELAWARE 19801  
(302) 573-6170

March 21, 2007

TO: Angelo Clark  
    Angelo Clark, pro se  
    2210 Jessup Street  
    Wilmington, DE 19802

    **RE: U.S. Marshal 285 Forms**  
    *Civ. No. 06-465(SLR)*

Dear Mr. Clark:

    Please be advised that this office has received a USM 285 form for Correctional Medical Services. You still need to submit a USM 285 form for the Attorney General of the State of Delaware, 820 N. FRENCH STREET, WILMINGTON, DELAWARE, 19801.

    Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                                    Sincerely,

/ead                                       PETER T. DALLEO  
                                            CLERK

cc: The Honorable Sue L. Robinson