In the United States District Court
for the State of Delaware

Angelo Clark,
       plaintiff

v

Regional Medical first-
Correctional et alia,
       defendants

Civil Action No. 1:06-465-SLR

Clerk of The Court

Motion for Time Extension

Pro se litigant, Angelo Clark, plaintiff, comes now to request an additional 30 days in which to file the necessary US 285 Marshall forms, because of unexpected difficulties encountered when paperwork was returned.

date: 3/24/07

Angelo Lu Clark
Angelo Clark
Mitchell Bldg.
1901 N. DuPont Hwy.
New Castle, DE 19720



06cv465 SLR
FILED
MAR 27 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

