IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANGELO CLARK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-465-SLR |
| | ) |
| CORRECTIONAL MEDICAL SYSTEMS | ) |
| | ) |
| Defendant. | ) |

**ORDER**

At Wilmington this 4th day of April, 2007, IT IS ORDERED that:

Plaintiff shall advise the court within **thirty days** of his correct mailing address. Documents plaintiff filed with the court contain the address 2210 Jessup Street, Wilmington, Delaware. The return address on the envelope, however, is Delaware Psychiatric Center, Jane E. Mitchell Bldg., 1901 N. DuPont Highway, New Castle, Delaware. Within the same time period, plaintiff shall also advise the court if he has been released from the Delaware Department of Correction.

_____
UNITED STATES DISTRICT JUDGE