Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware 19801-3570

OFFICIAL BUSINESS

RETURN FOR POSTAGE

FILED
APR 10 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

RTS
RETURN TO SENDER

☒ INSUFFICIENT ADDRESS
☐ ATTEMPTED NOT KNOWN
☐ NO SUCH NUMBER/ STREET
☐ NOT DELIVERABLE AS ADDRESSED - UNABLE TO FORWARD
☐ OTHER

Syd King

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

06cv0465SLR

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170


FILED
APR 10 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

March 20, 2007

TO: Angelo Clark
SBI# 123209
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

**RE: U.S. Marshal 285 Forms**
**Civ. No. 06-465(SLR)**

Dear Mr. Clark

Please be advised that this office has received a USM 285 form for Correctional Medical Services. You still need to submit a USM 285 form for the Attorney General of the State of Delaware, 820 N. FRENCH STREET, WILMINGTON, DELAWARE, 19801.

Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/ead

PETER T. DALLEO
CLERK

cc: The Honorable Sue L. Robinson