IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANGELO CLARK, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 06-465-SLR |
| CORRECTIONAL MEDICAL SYSTEMS | ) ) ) |
| Defendant. | ) |

### ORDER

At Wilmington this 11th day of April, 2007, having considered plaintiff's pending motions;

IT IS ORDERED that:

1. Plaintiff's motion to amend is **granted**. (D.I. 17) The motion seeks to have documents considered as exhibits to the complaint. The exhibits will be considered as part of the record.

2. Plaintiff's motion for an extension of time to file USM-285 forms is **denied** as moot. (D.I. 23) Plaintiff has submitted all the necessary USM 285 forms.

_____
UNITED STATES DISTRICT JUDGE