Angelo Lee Clark  
    Plaintiff,  
v.  

Correctional Medical Services  
    Defendant  

4/10/07  

Civil Action No.  
06-465-S.L.R  

FILED  
APR 17 2007  
U.S. DISTRICT COURT  
DISTRICT OF DELAWARE  

To Clerk of Court:

1. <u>Plaintiff Address:</u> - This is my mailing Address:

    2210 Jessup Street  
    Wilmington, Delaware  
    19802  

2. I Plaintiff Angelo Lee Clark was transfered, to Delaware Psychiatric Center, Jane E. Mitchell Bldg, 1901 North Dupont Highway, New Castle, Delaware in January, 07 for Health Reasons of infractions that Correctional Medical Services done to me E.T.C., while I was incarcerated at D.C.C.

Plaintiff:  
Angelo Lee Clark



Carol Lee Clark
Delaware Psychiatric Center
Jane E. Mitchell Bldg
1901 North DuPont Highway
New Castle, Delaware
19720

Legal Mail

Office Of The Clerk
United States District Court
544 North King Street, Lockbox 18
Wilmington, Delaware
19801-3570
Legal Mail