IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANGELO CLARK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. Action No. 06-465-SLR |
| | ) |
| CORRECTIONAL MEDICAL SYSTEMS | ) |
| | ) |
| Defendant. | ) |

**ORDER**

WHEREAS, on April 4, 2007, plaintiff was ordered to advise the court of his correct mailing address and whether he was released from the Delaware Department of Correction (D.I. 24);

WHEREAS, on April 17, 2007, plaintiff submitted a letter to the court giving his correct mailing address as 2210 Jessup Street, Wilmington, Delaware, but the return address on the envelope is Delaware Psychiatric Center, Jane E. Mitchell Bldg., 1901 N. DuPont Highway, New Castle, Delaware (D.I. 27);

WHEREAS, information from the court will only be mailed to plaintiff at the address where he is physically living, incarcerated, or hospitalized, and the information provided by plaintiff does not clearly provide such information;

WHEREAS, the April 17, 2007 letter does not indicate if plaintiff was released from the Delaware Department of Correction or if he continues to be an incarcerated individual;

WHEREAS, defendant will not be served until the court is provided with the correct information;

WHEREAS, if plaintiff does not currently reside at 2210 Jessup Street, Wilmington, Delaware, the he must submit new USM-285 forms that contain the address where plaintiff is physically located;

THEREFORE, at Wilmington this 4th day of May, 2007,

IT IS ORDERED that on or before **May 25, 2007:**

1. Plaintiff shall show cause why this case should not be dismissed or sanctions issue for failure to provide the information as ordered by the court on April 5, 2007.

2. Plaintiff shall provide all the information as ordered by the court.

3. Plaintiff shall provided correct USM-285 forms, as necessary.

                                                        UNITED STATES DISTRICT JUDGE