Civil Action No-06-465
SLR

Angelo Lee Clark
  Plaintiff,
V.                                    (et. al.)
Correctional Medical Services,
  Defendant.

06cv465 SLR
FILED
MAY 15 2007
RGscnn
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

5/13/07

Clerk of Court:

Reason why I personally shouldn't be sanctioned, or my case getting dismissed.

1. I am somewhat my own litigator for this pending action, that I have in your court, and sometimes I don't know whether I'm coming or going, that is one of the reason's I was sent here at D.P.C in which I still have a rash of other physical and mental problems, that I'm trying to deal with on a successful level. Along with the mental anguish and cruel and unusual punishment that I had to endure, while I was in D.C.C.

Delaware Psychiatric Center
Jane E. Mitchell Bldg
New Castle, DE
1901 North Dupont Hwy
   19720

Respectfully yours
Angelo Lee Clark

May God Bless!

Angelo Lee Clark
Delaware Psychiatric Center
Jane E. Mitchell Bldg
1901 North DuPont Hwy
New Castle, Delaware 19720

Legal Mail

United States District Court
Office of the Clerk - Peter Dalleo
844 North King Street Lockbox #18
Wilmington, Delaware 19801-3570

Legal Mail

U.S.M.S. X-RAY

Mailed From 19720
05/14/2007
US POSTAGE
$004.10