IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE 5/6/07

Angelo Lee Clark
PLAINTIFF ) Civil Action No. 06-465 S.L.R.

V.
Correctional Medical Services
DEFENDANT

FILED
MAY 29 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

# Clerk of Court
## Motion To Amend

1. As I have mentioned in my Civil Litigation Claim I Angelo Lee Clark, was given Hepatitis 'C' by a Couple of Nurses, whom was working for, Correctional medical services while I was going through heart Disorders and E.T.C. and as you can see from a few exibits, that I am sending you as well as all the 'poor' Health Care in the way I was being Treated by Correctional medical services, and so, on and so on.

Sincerely Yours!
Respectfully Submitted
Angelo Lee Clark

EXHIBIT #4

RECEIVED OCT 12 2006 BY: DCC

**FORM #584**

# 9134

**GRIEVANCE FORM**

FACILITY: D.C.C. DATE: 10/8/06

GRIEVANT'S NAME: Angelo Lee Clark SBI#: 123209 #

CASE#: TIME OF INCIDENT: Approximately 1:00 pm

HOUSING UNIT: Bldg 17 # Shu-B-Lower-#7

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

I Angelo Lee Clark, was awakened out of my sleep to go to a interview at staff Lt Provacy and Lt Welcome office, when I got there I was told by both Provacy and Welcome that mental health wanted me back in the Shu - for no apparent reason except I was getting very manic depressive, and a little shizophrenic was beginning to kick in because I wasn't being medicated right, and have complained to other officers around the clock including some of the nurses, before I got sick. Now my main reason for filing this is where's my watch! and the rest of commissary. I have my reciepts for all of them.

ACTION REQUESTED BY GRIEVANT: Where is the treatment at. I want my watch and other commissary products that they took from me, and when (Dwight Holden "Chairperson") of the (Parole Board) gets a whift of this! he's even going to say how can you punish someone thats sick! You know whats being said that

GRIEVANT'S SIGNATURE: Angelo Lee Clark DATE: 10/8/06

Cruel and unusual punishment & mental anguish

WAS AN INFORMAL RESOLUTION ACCEPTED? _____(YES) _____(NO)

This is from the Parole Board! who basicly won't even give me any relief!

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: _____ DATE: _____

**IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.**

cc: INSTITUTION FILE
GRIEVANT

(How can you put him in Shu!) my illness Manic Depressive Bipolar-Shizophrenic

Not Behavior, Thats mental Hospital Health issues.

EXIBIT #3

I WANT TO BE EXAMINED, PROFESSIONALLY A.S.A.P.

**DELAWARE DEPARTMENT OF CORRECTIONS**
**REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES**
**FACILITY: DELAWARE CORRECTIONAL CENTER**
**This request is for (circle one): MEDICAL DENTAL MENTAL HEALTH**

Name (Print): ANGELO LEE CLARK
Housing Location: V Bldg #19 - upper - 2 - cell
Date of Birth: 12-15-55
SBI Number: 123209
Date Submitted: 11/24/06
BUZ

Complaint (What type of problem are you having)? IT SEEMS LIKE EVERY SINCE I WAS ADDMITTED IN THE INFIRMARY - ON - 11/1/06 FOR CUTTING MYSELF ON - 11-2/06 - NURSE 'RN' DANYEE' AND BLOOD LADY! 'STEPHANIE' - DANYEE CLEANED MY CUT AS SOON AS SHE LEFT THE 'AIDS PATIENT' ROOM NEXT DOOR, AND STEPHANIE TOOK BLOOD FROM ME AND SAID DR. OTT ORDERED, AND SHE RESIGNED 2-MONTHS AGO. SO DOWN ALL I DO IS DEFICATE SIX OR SEVEN TIMES DAILY!

Inmate Signature: Angelo Lee Clark
Date: 11/24/06

**The below area is for medical use only. Please do not write any further.**

S: 11/26/06 - If there were any reason for you to be examined by a physician, the nurse

O: Temp:____ Pulse:____ Resp:____ B/P:____ WT:____

would refer you. Nurses are capable of making

A:

P: assessment

E: I still feel as though Correctional medical system gave me something even if its not Aids, I I just don't feel right! Like my old self.

Provider Signature & Title ________ Date & Time ________

3/1/99 DE01
FORM#:
MED
263

2/18/15

EXIBIT # 6

# DELAWARE DEPARTMENT OF CORRECTIONS
# REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES

**FACILITY:** H.R.Y.C.I. (GANDER HILL)

**This request is for (circle one):** MEDICAL (circled) DENTAL MENTAL HEALTH

ANGELO LEE CLARK — **Name (Print)**
2-K-3 — **Housing Location**

12-15-55 — **Date of Birth**
00123209 — **SBI Number**
3/6/06 — **Date Submitted**

**Complaint (What type of problem are you having)** I AM STARTING TO HAVE PAIN IN CERTAIN PARTS OF MY BODY, AND I STILL HAVENT HAD MY EYES CHECKED, WHAT DO I HAVE TO DO GET SOME OUTSIDE LEGAL HELP.

Angelo Lee Clark — **Inmate Signature**
3/6/05 — **Date**

**The below area is for medical use only. Please do not write any further**

Scheduled to be seen

**S:**

**O: Temp:** ___ **Pulse:** ___ **Resp:** ___ **B/P:** ___ **WT:** ___

This is why I believe that the Lump that I have in the Back of my head has grown, and still Cause me great pain And all they been Fo[r] years giving me For Pain is 600 Motrin Tablets or 600 Tylenol Tablets

**A:**

**P:**

**E:**

RECEIVED MAR 07 REC'D By

**Provider Signature and Title** **Date** **Time**

3/1/99 DE01
Form# MED 263

EXIBIT #7

# Multi-Purpose Criminal Justice Facility
## Inter-Dept. Memo

10

TO: Angelo Clark 2-G

FROM: Sgt. M. Moody, Inmate Grievance Chair

DATE: 7-21-05

RE: MEDICAL GRIEVANCE # 05-15413

Please be advised that your medical grievance has been received in the office of the Grievance Chair. In accordance with the Inmate Grievance Procedure 4.4, it has been forwarded to the Medical Department for processing.

If no one contacts you for an informal resolution or if your grievance can not be resolved informally, you will automatically be scheduled for a grievance hearing before the Medical Grievance Committee (MGC). Please keep in mind your grievance is only one of numerous others received in this office on a daily basis. Thank you for your patience.

Mr. Berg!
Ive been Complaining about my Headaches along with the growth in The Back of my head and trauma that the Excessive meds have been putting [illegible]

8 EXIBIT#8

# DELAWARE DEPARTMENT OF CORRECTIONS
# REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES

**FACILITY:** H.R.Y.C.I. (GANDER HILL)

**This request is for (circle one):** MEDICAL DENTAL MENTAL HEALTH

ANGELO LEE CLARK
**Name (Print)**

2-G-10
**Housing Location**

12-15-55
**Date of Birth**

123209
**SBI Number**

8/11/05
**Date Submitted**

**Complaint (What type of problem are you having)** I KEEP HAVING AND EXPERIENCING HEAD PAIN, ON A EVERYDAY BASIS. AND I'VE WRITTEN SEVERAL SICK CALL SLIPS, I WOULD LIKE TO KNOW WHEN I WILL BE SEEN. I HOPE A.S.A.P Thank You.

Angelo Lee Clark
**Inmate Signature**

8/11/05
**Date**

**The below area is for medical use only. Please do not write any further**

Scheduled

**S:** ______

**O: Temp:** ______ **Pulse:** ______ **Resp:** ______ **B/P:** ______ **WT:** ______

**A:** ______

**P:** ______

**E:** ______

**Provider Signature and Title** **Date** **Time**

**3/1/99 DE01**
**Form# MED 263**


Angelo Lee Clark
Mitchell Bldg
Delaware Psychiatric Center
1901 North DuPont Hyw
New Castle, Delaware
19720
Code: N210B
Legal
DELAWAR
016H26512447
US POSTAGE
United States District Court
Office Of The Clerk
844 N. King Street, Lockbox #18
Wilmington, Delaware 19801-3570
Legal Mail
Legal Mail