IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANGELO CLARK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. Action No. 06-465-SLR |
| | ) |
| CORRECTIONAL MEDICAL SYSTEMS | ) |
| | ) |
| Defendant. | ) |

### ORDER

At Wilmington this ___ day of June, 2007, plaintiff previously having been ordered to show cause why this case should not be dismissed for failure to provide information as ordered by the court on April 5, 2007;

IT IS ORDERED that the record reflects plaintiff responded to the order and provided the required information, and, therefore, cause has been shown why this cause should not be dismissed.

_____
UNITED STATES DISTRICT JUDGE