IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANGELO CLARK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. Action No. 06-465-SLR |
| | ) |
| CORRECTIONAL MEDICAL SYSTEMS | ) |
| | ) |
| Defendant. | ) |

**ORDER**

At Wilmington this 13th day of June, 2007, having considered plaintiff's motion to amend;

IT IS ORDERED that plaintiff's motion to amend/correct the complaint (D.I. 30) is **granted**. "After amending once or after an answer has been filed, the plaintiff may amend only with leave of the court or the written consent of the opposing party, but 'leave shall be freely given when justice so requires.'" Shane v. Fauver, 213 F.3d 113, 115 (3d Cir. 2000) (quoting Fed. R. Civ. P. 15(a)). Plaintiff filed his complaint pursuant to 42 U.S.C. § 1983, and also filed amended complaints. The record reflects that the relevant documents have been forwarded to the U.S. Marshal for service, but that service has not yet been effected. Plaintiff's amendment consists of exhibits in support of his amended complaint. After it has been served and upon request by defendant, the clerk of the court shall provide to defendant copies of D.I. 30, as well as D.I. 31 which is filed under seal.

_____
UNITED STATES DISTRICT JUDGE