IN The United States District Court
For the District of Delaware

Angelo Clark
Plaintiff,

v.

Correctional Medical Services,
Defendant

Civ. Action No - 06-465-SLR

06cv465SLR
FILED
JUN 18 2007
RG scanner
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Clerk of The Court.

1. Whereas on - 6-13-07 at 4:20 P.M I Angelo Lee Clark was Transferred from D.P.C. Mitchell Building To Delaware Correctional Center, 1181 Paddock Road. Smyrna, Delaware 19977.

Thank You!
Judge:
(S.L.R.)

Sincerely Yours
Angelo Lee Clark
S.B.I
#123209

