In The United States District Court
For The District of Delaware            6/16/07

Angelo Clark
    Plaintiff

v.                                    Civ. Action No. - 06-465-S.L.R.

Correctional Medical
Services
    Defendant

FILED
JUN 19 2007
RG scanned
U.S. DIST[RICT COURT]
DISTRICT OF DELAWARE

Clerk of Court.

1. I plaintiff Angelo Lee Clark was transferred down here to infirmary, on 6/14/07 from Delaware Psychiatric Center Jane E. Mitchell building because Dr. Donahue psychiatrist at Mitchell building said that I am stable.

2. The mental health supervisor over top of mental health worker, Mr. Fimmet, Mr. Fimmey told me on 6-15-07 that he was requesting Shnu Building No. 23 because in the Shu area, the guards and the Shu as a whole caused me both times to cut myself each time and as a result I was given Hepititus C. Through C.M.S Nursing and Doctor's staff. And almost lost my mind. And I fear for my life! I even have exibits on file and with the F.B.I.
I'm so tired                    (Here's some exibits inside)
I want permanent reliefe!              Sincerely Yours
                                       Angelo Lee Clark
                                       S.B.I #129209

MEDICAL MENTAL HEALTH

FORM #584

Right NOW I'm going Through These Type of issues.

FACILITY: D.C.C.  DATE: 6/16/07

GRIEVANT'S NAME: Angelo Lee Clark  SBI#: 123209

CASE#: ___  TIME OF INCIDENT: 12:15-P.M

HOUSING UNIT: Infirmary

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

I, inmate Angelo Lee Clark, at approximately was told by C.M.S. mental health supervisor that all of staff in "SHU" where I'm suppose to be housed are scared of me so he told me so be it thats where your going and for that reason I've done become overly paranoid and I fear for my life. Now all I want to know as a mental patient when a individual's mind set is working somewhat very good, why are jails dept and C.M.S. mental health worker's, try to break the mind set of a individual down again, so in the end I'll be going through mental anguish again.

ACTION REQUESTED BY GRIEVANT: I would like to have some type of relief from any type of mental anguish or I'm scared to the point where I fear for my life, and I'm starting to become very paranoid.

GRIEVANT'S SIGNATURE: Angelo Lee Clark  DATE: 6/16/07

WAS AN INFORMAL RESOLUTION ACCEPTED?  ___(YES)  ___(NO)

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: ___  DATE: ___

S581 891 6

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

April '97 REV

RECEIVED
OCT 12 2006

EXHIBIT 7

FORM #584

## GRIEVANCE FORM

# 9134

BY: _____
FACILITY: D.C.C.                                    DATE: 10/8/06
GRIEVANT'S NAME: Angelo Lee Clark         SBI#: 133209 #
CASE#: _____                      TIME OF INCIDENT: Approximately 1:00 pm
HOUSING UNIT: Bldg 17# Shu-B-Lower-#7

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

I Angelo Lee Clark, was awakened out of my sleep to go to a interview at Staff Lt. Prouiaci and Lt Velcume office, when I got there I was told by both Prouiaci and Velcume that mental health wanted me back in the Shu - for no apparent reason except I was getting very manic depressive, and a little Shizophrenic was beginning to kick in because I wasn't being medicated right, and have complained to other officers around the clock including some of the nurses, before I got sick. Now my main reason for filing this is where's my watch! An the rest of commissary.  I have my reciepts for all of them.

ACTION REQUESTED BY GRIEVANT: Where is the treatment at. I want my watch and other commissary products, that they took from me, and when "Dwight Holden" (Chairperson) of the parole Board! Get a wift of this! he's even going to say how can you punish someone that's sick!! (...) you know what's being said that!

GRIEVANT'S SIGNATURE: Angelo Lee Clark       DATE: 10/8/06

CRUEL AND UNUSUAL PUNISHMENT & MENTAL ANGUIS

WAS AN INFORMAL RESOLUTION ACCEPTED?  ___(YES)  ___(NO)

This is from the parole Board! Who basicly won't ever give me any Relief!

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: _____  DATE: _____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE    (How can you put him    My Illness Manic Depressi
    GRIEVANT             in Shu!                  Bipolar-Shrizoph

Not Behavior, thats mental Hospital Health issues.    issues

April '97 REV

tch, 44, of Bear, set a check into Dortch 2005 allegations regarding the $1.3 million purchase and planned renovation of a former country club in upstate New York.

ee executives in an of ding Robert "Bobbie" New Castle County poiversity of Delaware ch then killed himself. tch believed they were wo other investors out

But FBI investigators who specialize in financial crimes found no violations of federal law, said Special Agent Jerri Williams, a spokeswoman in Philadelphia.

She declined to comment further and would not say when the FBI closed its inquiry.

Paul Norris, the younger brother of Robert Norris and Mark Norris, whom Dortch also killed, said he can't imagine why he suspected anything improper.

See KILLINGS — A13



three men, then himself over the purchase of a former country club in New York, police say.

Exhibit 2

*resist change to airport taxes*



The News Journal/FRED COMEGYS

jet after towing it to a temporary parking spot at New Castle Airport last week.

## uted to help fliers, usiness is feared

search-infor-airports m.

ss money, a signifi-munities " Baxley

ross the business t, such as and Sus-and the ar Ches-and fees ying into ercial air-

ports, such as Philadelphia International Airport, to finance runway improvements, and other construction and maintenance projects.

A recent review found that nationwide in the last decade, $7 billion in federal funding – which comes in part from a 7.5 percent tax passengers pay when they purchase airplane tickets – has gone toward improvements at small airports that serve mostly recreational and corporate fliers.

The Federal Aviation Administration says that reliance of general aviation on revenue generated by taxes paid by commercial fliers, like vacationing families, isn't fair. If the ticket taxes

See AIRPORTS — back page

### Airport funding

The proposed FAA fee structure change would affect all Delaware airports, but the baseline funding for four airports, each of which currently receive $150,000, would change significantly.

- **New Castle Airport** would get $400,000
- **Summit Airport** would get $100,000
- **Delaware Airpark** (Cheswold) would get $400,000
- **Sussex County Airport** (Georgetown) would get $100,000



The News Journal

# Delaware lays out prisoner care plan

## Inmate advocates praise step toward compliance

By LEE WILLIAMS and ESTEBAN PARRA
The News Journal

Five months after signing a compliance agreement with the U.S. Department of Justice, the Delaware Department of Correction released a 47-page plan Thursday to improve medical and mental health care in prisons by restoring the government's control over the medical staff and by strengthening oversight of its care providers.

The plan includes a formal agreement with former Superior Court Judge Joshua W. Martin III, now in private practice in Wilmington, to serve as the independent monitor required in the memorandum of agreement with the Justice Department. It did not lay out cost for the implementation.

Martin did not return calls seeking a comment about his new position.

The department's "Comprehensive Action Plan" responds to a series of lapses in inmate medical and mental health care first revealed by

See INMATES — A2

**INSIDE**
Monitor praised for can-do attitude. **A2**
Some problems and solutions. **A2**

**ONLINE EXTRA**
Read the full action plan and the special report "Delaware's Deadly Prisons" at www.delawareonline.com

## Moderates seek Iraq funding deal

By NOAM N. LEVEY
Los Angeles Times

5/11/07

Case 1:06-cv-00465-SLR    Document 36    Filed 06/19/2007    Page 5 of 6

# TO-DO LIST

**Here's a rundown of some of the problems identified at the Department of Correction and tł**

**Problem:** Standards for care and procedures for administering care, medication, transfers for emergency or specialty care were inadequate and left to the contracted medical care provider to set and implement.

**Remedial step:** DOC is drafting a full set of policies and procedures for health and mental health care to replace those set by the contractor.

**Problem:** Inadequate staffing and poor oversight of compliance by Correction Department.

**Remedial step:** State renegotiated its with the medical vendor in April, requ hiring of 14 additional mental health v and 25 medical care workers, includin ical director, mental health director ar tor of nursing, all full time. The depart ated five new state positions in its Ofł Health Services.

**Problem:** Inadequate facilities for pro care delivered in secure and private se

# Inmates: Lawmaker s

**FROM PAGE A1**  *EXIBIT 3*

The News Journal and later confirmed by a Justice Department investigation. The federal probe found that the state's poor medical care violated the constitutional rights of the inmates.

The proposal identifies the actions the Department of Correction intends to take to bring its four facilities into compliance, including adding 44 members to the medical staff. Those facilities are the Young Correctional Institution, Baylor Women's Correctional Institute, the Delaware Correctional Center and the Sussex Correctional Institution.

"We approved the plan, and it looks to be a comprehensive plan on paper," said U.S. Attorney Colm F. Connolly. "We look forward to seeing the DOC implement it fully."

## Timelines for fixes

All of the deficiencies observed by federal investigators, and more, are addressed. Each problem includes a "timeline for completion," a target date set by the department when officials expect to see the problem brought into compliance.

It includes changes to policies and procedures; recordkeeping; medication and laboratory orders; staffing and training; screening and treatment; access to care; chronic disease care; medication management; emergency care; mental health care; suicide prevention, and quality assurance.

Most notably, it calls for the Department of Correction to draft and revise health care policies to replace those currently provided by the state's medical vendor – Correctional Medical Services. Nationwide, CMS has been the target of hundreds of lawsuits brought by inmates or their survivors who allege poor prevention, and identification of inmates with mental health disorders were not, according to the timelines, scheduled to be brought into compliance until January.

"It looks like a great plan when it's completed, but we need the personnel a lot faster than they've got them coming in," Sullivan said. "They've got to bring a crisis team in there now, even if it's people coming in from other jobs."

Rita Marocco, executive director of the National Alliance on Mental Illness of Delaware, like Sullivan, said any inmate with severe mental illness belongs in the Delaware Psychiatric Center, not a state prison.

"It's a step in the right direction," Marocco said. "It looks like a compliance plan we really like. [Correction Commissioner] Carl Danberg has the will to make an effort to change how business is done at the DOC."

## Changes will take years

State Sen. Charlie Copeland, R-West Farms, co-founder of the Delaware Coalition for Prison Reform and Justice, pointed out the proposal is only the first step required by the Department of Justice.

"The next step is implementing the plan," he said. "Some of these things are a year or two out. I am glad to see the state is taking the federal oversight seriously."

Dover attorney Steve Hampton, who has represented several inmates and their families in lawsuits, said the state still needs to accept responsibility for poor care. In the settlement agreement, the state was not required to admit to constitutional violations found by federal investigators.

"I'm peeved about this because I want someone to say



The Young ( cilities inclu

# Mart for m

By ES and L The

His fairı and integr Martin III a head the g monitoring partment c gress in iı health car know the 62

"He has . that comma as acceptan former Attc les M. Ober aware shou got a very, good perso spected and complish th

Martin, shoes in his in South Ca

