IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANGELO CLARK, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | :   C. A. No. 06-465 - SLR |
| | : |
| REGIONAL MEDICAL FIRST | : |
| CORRECTIONAL, | : |
| MANAGER ANGELA WILSON, AND | : |
| CORRECTIONAL MEDICAL SERVICES, | : |
| | : |
| Defendants. | : |

## ENTRY OF APPEARANCES

PLEASE ENTER THE APPEARANCES of Megan T. Mantzavinos, Esquire and Ryan M. Ernst, Esquire as attorneys for Defendant Correctional Medical Services. This Entry of Appearances shall not be considered to be a waiver of any jurisdictional defects in service upon Defendant. Defendant specifically reserves the right to raise jurisdictional, or service, venue, or statute of limitations defects which may be available and to answer, object, or otherwise plead.

/s/ Megan T. Mantzavinos
Megan T. Mantzavinos, Esquire (No. 3802)
Ryan M. Ernst, Esquire (No. 4788)
Marks, O'Neill, O'Brien & Courtney, P.C.
913 Market Street, #800
Wilmington, DE  19801
(302) 658-6538
*Attorneys for Defendant*
*Correctional Medical Services*

DATED: June 25, 2007

DE084284.1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ANGELO CLARK, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C. A. No. 06-465 - SLR |
| | : | |
| REGIONAL MEDICAL FIRST CORRECTIONAL, MANAGER ANGELA WILSON, AND CORRECTIONAL MEDICAL SERVICES, | : : : : | |
| | : | |
| Defendants. | : | |

**CERTIFICATE OF SERVICE**

I, **Megan T. Mantzavinos, Esquire**, of Marks, O'Neill, O'Brien & Courtney, P.C., hereby certify that on this **25th** day of **June**, 2007, two copies of the attached **Entry of Appearance** were served by regular mail, first class, postage prepaid, upon the following individual

Inmate Angelo Clark, *Pro Se*
SBI #123209
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

**/s/ Megan T. Mantzavinos**
Megan T. Mantzavinos, Esquire (I.D. No. 3802)
*Attorney for Defendant*

DE084285.1