IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANGELO CLARK, )<br>   Plaintiff, )<br>      v. )<br>)<br>REGIONAL MEDICAL FIRST )<br>CORRECTIONAL, MANAGER )<br>ANGELA WILSON, and )<br>CORRECTIONAL )<br>MEDICAL SYSTEMS, )<br>)<br>   Defendants. ) | C.A. No.: 06-465-SLR<br><br>TRIAL BY JURY DEMANDED |

### ENTRY OF APPEARANCE

**TO:   CLERK OF THE COURT**

    Kindly enter the appearance of Kevin J. Connors, Esquire on behalf of defendant, CORRECTIONAL MEDICAL SERVICES, INC., (incorrectly designated as "CORRECTIONAL MEDICAL SYSTEMS"), in the above-captioned matter.

                        MARSHALL, DENNEHEY, WARNER,
                        COLEMAN & GOGGIN

                        BY: */s/ Kevin J. Connors*
                        KEVIN J. CONNORS, ESQ.
                        DE Bar ID: 2135
                        1220 North Market Street, 5th Fl.
                        P.O. Box 8888
                        Wilmington, DE 19899-8888
                        Attorney for Defendant, CORRECTIONAL
                        MEDICAL SERVICES, INC. (incorrectly
                        designated as "CORRECTIONAL MEDICAL
                        SYSTEMS")

Date: June 25, 2007

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ANGELO CLARK, | ) | |
|    Plaintiff, | ) | |
|       v. | ) | C.A. No.: 06-465-SLR |
| | ) | |
| REGIONAL MEDICAL FIRST | ) | TRIAL BY JURY DEMANDED |
| CORRECTIONAL, MANAGER | ) | |
| ANGELA WILSON, and | ) | |
| CORRECTIONAL | ) | |
| MEDICAL SYSTEMS, | ) | |
| | ) | |
|    Defendants. | ) | |

### CERTIFICATE OF SERVICE

     I, KEVIN J. CONNORS, hereby certify that an Entry of Appearance on behalf of defendant, CORRECTIONAL MEDICAL SERVICES, INC., (incorrectly designated as "CORRECTIONAL MEDICAL SYSTEMS"), has been served on June 25, 2007 via electronic filing upon all counsel of record and upon Plaintiff via U.S. Mail at the address listed below:

ANGELO CLARK
SBI# 123209
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

                                    MARSHALL, DENNEHEY, WARNER,
                                    COLEMAN & GOGGIN

                                    BY: */s/ Kevin J. Connors*
                                    KEVIN J. CONNORS, ESQ.
                                    DE Bar ID: 2135
                                    1220 North Market Street, 5th Fl.
                                    P.O. Box 8888
                                    Wilmington, DE 19899-8888
                                    Attorney for Defendant, CORRECTIONAL
                                    MEDICAL SERVICES, INC. (incorrectly
                                    designated as "CORRECTIONAL MEDICAL
                                    SYSTEMS")

Date: June 25, 2007
\15_A\LIAB\KJCONNORS\LLPG\435462\VLLUCAS\13252\15000