IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANGELO CLARK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. Action No. 06-465-SLR |
| | ) |
| CORRECTIONAL MEDICAL SYSTEMS | ) |
| | ) |
| Defendant. | ) |

**ORDER**

At Wilmington this 13th day of June, 2007, having considered plaintiff's motion to amend;

IT IS ORDERED that plaintiff's motion to amend/correct the complaint (D.I. 30) is **granted**. "After amending once or after an answer has been filed, the plaintiff may amend only with leave of the court or the written consent of the opposing party, but 'leave shall be freely given when justice so requires.'" Shane v. Fauver, 213 F.3d 113, 115 (3d Cir. 2000) (quoting Fed. R. Civ. P. 15(a)). Plaintiff filed his complaint pursuant to 42 U.S.C. § 1983, and also filed amended complaints. The record reflects that the relevant documents have been forwarded to the U.S. Marshal for service, but that service has not yet been effected. Plaintiff's amendment consists of exhibits in support of his amended complaint. After it has been served and upon request by defendant, the clerk of the court shall provide to defendant copies of D.I. 30, as well as D.I. 31 which is filed under seal.

_____
UNITED STATES DISTRICT JUDGE

**Orders on Motions**
1:06-cv-00465-SLR Clark v. Reginal Medical First Correctional et al
PaperDocuments

**U.S. District Court**

**District of Delaware**

**Notice of Electronic Filing**

The following transaction was entered on 6/14/2007 at 3:52 PM EDT and filed on 6/14/2007
**Case Name:**      Clark v. Reginal Medical First Correctional et al
**Case Number:**    1:06-cv-465
**Filer:**
**Document Number:** 33

**Docket Text:**
ORDER granting [30] Motion to Amend/Correct. Signed by Judge Sue L. Robinson on 6/13/07. (rld)


**1:06-cv-465 Notice has been electronically mailed to:**

**1:06-cv-465 Notice has been delivered by other means to:**

Angelo Clark
Angelo Clark
Delaware Psychiatric Center
Mitchell Building
1901 N. Dupont Highway
New Castle, DE 19720

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=6/14/2007] [FileNumber=401922-0]
[db30c8fdba707d51959b6eae1fa1b5db63640eb0de6723e5cb7be72d8994a69b869d
c16d51512c689cbcbb25f801adfec8de315c8b6b4169a87c46b2e9e8f2ed]]

