June 27th 2007

IN The United States District Court
For The District of Delaware.

Angelo Clark,
   plaintiff,

V.

Correctional medical services
   Defendants.

Civil Action NO. 06-465-S.L.R.

FILED
JUL - 2 2007

## Motion For Representation of Counsel.

1. I, Angelo Lee Clark, has moved in U.S. District Court Case No. 06-465. Judge S.L.R. Asking The Court move in my favor for, Representation of Counsel on special grounds of being very illerate of all phases of Law, and I hope and pray that I do recieve some type of proffessional help that I am seaching for. Thank You very much.

May God Bless!

Angelo Lee Clark
S.B.I # 123209
Bldg # 17 - Shu-A-Tin
Lower # 9-cell

I have Alot of on going Personal issues That I as a person That are still going on.

