IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANGELO CLARK,  )  |   |
|    Plaintiff,  )  |   |
|       v.  )  | C.A. No.: 06-465-SLR |
| )  |   |
| REGIONAL MEDICAL FIRST  ) | TRIAL BY JURY DEMANDED |
| CORRECTIONAL, MANAGER  )  |   |
| ANGELA WILSON, and  )  |   |
| CORRECTIONAL  )  |   |
| MEDICAL SYSTEMS,  )  |   |
| )  |   |
|    Defendants.  )  |   |

## WITHDRAWAL OF APPEARANCE

**TO:  CLERK OF THE COURT**

    Kindly withdraw the appearance of Kevin J. Connors, Esquire on behalf of defendant, CORRECTIONAL MEDICAL SERVICES, INC., (incorrectly designated as "CORRECTIONAL MEDICAL SYSTEMS"), in the above-captioned matter.

                                    MARSHALL, DENNEHEY, WARNER,
                                    COLEMAN & GOGGIN

                                    BY: */s/ Kevin J. Connors*
                                    KEVIN J. CONNORS, ESQ.
                                    DE Bar ID: 2135
                                    1220 North Market Street, 5th Fl.
                                    P.O. Box 8888
                                    Wilmington, DE 19899-8888
                                    Attorney for Defendant, CORRECTIONAL
                                    MEDICAL SERVICES, INC. (incorrectly
                                    designated as "CORRECTIONAL MEDICAL
                                    SYSTEMS")

Date: July 9, 2007
\15_A\LIAB\KJCONNORS\LLPG\437550\VLLUCAS\13252\15000

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANGELO CLARK,   )<br>   Plaintiff,   )<br>       v.   )    C.A. No.: 06-465-SLR<br>   )<br>REGIONAL MEDICAL FIRST   )    TRIAL BY JURY DEMANDED<br>CORRECTIONAL, MANAGER   )<br>ANGELA WILSON, and   )<br>CORRECTIONAL   )<br>MEDICAL SYSTEMS,   )<br>   )<br>   Defendants.   ) | |

**CERTIFICATE OF SERVICE**

      I, KEVIN J. CONNORS, hereby certify that a Withdrawal of Appearance on behalf of defendant, CORRECTIONAL MEDICAL SERVICES, INC., (incorrectly designated as "CORRECTIONAL MEDICAL SYSTEMS"), has been served on July 9, 2007 via electronic filing upon all counsel of record and upon counsel listed below via e-filing and upon Plaintiff via U.S. Mail at the address listed below:

Megan T. Mantzavinos, Esquire  
Marks O'Neill O'Brien & Courtney, P.C.  
913 N. Market Street  
Wilmington, DE 19801  

Angelo Clark  
SBI# 123209  
Delaware Correctional Center  
1181 Paddock Road  
Smyrna, DE 19977  

MARSHALL, DENNEHEY, WARNER,  
COLEMAN & GOGGIN  

BY: */s/ Kevin J. Connors*  
KEVIN J. CONNORS, ESQ.  
DE Bar ID: 2135  
1220 North Market Street, 5th Fl.  
P.O. Box 8888  
Wilmington, DE 19899-8888  
Attorney for Defendant, CORRECTIONAL  
MEDICAL SERVICES, INC. (incorrectly  
designated as "CORRECTIONAL MEDICAL  
SYSTEMS")  

Date: July 9, 2007  
\15_A\LIAB\KJCONNORS\LLPG\437550\VLLUCAS\13252\15000

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANGELO CLARK, ) | |
|    Plaintiff, ) | |
|       v. ) | C.A. No.: 06-465-SLR |
| ) | |
| REGIONAL MEDICAL FIRST ) | TRIAL BY JURY DEMANDED |
| CORRECTIONAL, MANAGER ) | |
| ANGELA WILSON, and ) | |
| CORRECTIONAL ) | |
| MEDICAL SYSTEMS, ) | |
| ) | |
|    Defendants. ) | |

## **WITHDRAWAL OF APPEARANCE**

**TO: CLERK OF THE COURT**

Kindly withdraw the appearance of Kevin J. Connors, Esquire on behalf of defendant, CORRECTIONAL MEDICAL SERVICES, INC., (incorrectly designated as "CORRECTIONAL MEDICAL SYSTEMS"), in the above-captioned matter.

                MARSHALL, DENNEHEY, WARNER,
                COLEMAN & GOGGIN

                BY: */s/ Kevin J. Connors*
                KEVIN J. CONNORS, ESQ.
                DE Bar ID: 2135
                1220 North Market Street, 5th Fl.
                P.O. Box 8888
                Wilmington, DE 19899-8888
                Attorney for Defendant, CORRECTIONAL
                MEDICAL SERVICES, INC. (incorrectly
                designated as "CORRECTIONAL MEDICAL
                SYSTEMS")

Date: July 9, 2007
\15_A\LIAB\KJCONNORS\LLPG\437550\VLLUCAS\13252\15000

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANGELO CLARK,       ) | |
|    Plaintiff,       ) | |
|      v.       ) | C.A. No.:  06-465-SLR |
|        ) | |
| REGIONAL MEDICAL FIRST       ) | TRIAL BY JURY DEMANDED |
| CORRECTIONAL, MANAGER       ) | |
| ANGELA WILSON, and       ) | |
| CORRECTIONAL       ) | |
| MEDICAL SYSTEMS,       ) | |
|        ) | |
|    Defendants.       ) | |

**CERTIFICATE OF SERVICE**

      I, KEVIN J. CONNORS, hereby certify that a Withdrawal of Appearance on behalf of defendant, CORRECTIONAL MEDICAL SERVICES, INC., (incorrectly designated as "CORRECTIONAL MEDICAL SYSTEMS"), has been served on July 9, 2007 via electronic filing upon all counsel of record and upon counsel listed below via e-filing and upon Plaintiff via U.S. Mail at the address listed below:

Megan T. Mantzavinos, Esquire
Marks O'Neill O'Brien & Courtney, P.C.
913 N. Market Street
Wilmington, DE 19801

Angelo Clark
SBI# 123209
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

MARSHALL, DENNEHEY, WARNER,
COLEMAN & GOGGIN

BY: */s/ Kevin J. Connors*
KEVIN J. CONNORS, ESQ.
DE Bar ID: 2135
1220 North Market Street, 5th Fl.
P.O. Box 8888
Wilmington, DE 19899-8888
Attorney for Defendant, CORRECTIONAL MEDICAL SERVICES, INC. (incorrectly designated as "CORRECTIONAL MEDICAL SYSTEMS")

Date: July 9, 2007
\15_A\LIAB\KJCONNORS\LLPG\437550\VLLUCAS\13252\15000