IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANGELO CLARK, | : |
|     Plaintiff, | : |
| v. | :    C. A. No. 06-465 - SLR |
| REGIONAL MEDICAL FIRST CORRECTIONAL, MANAGER ANGELA WILSON, AND CORRECTIONAL MEDICAL SERVICES, | : |
|     Defendants. | : |

## ENTRY OF APPEARANCE

PLEASE ENTER THE APPEARANCE of Patrick G. Rock, Esquire as attorney for Defendant Correctional Medical Services only. This Entry of Appearance shall not be considered to be a waiver of any jurisdictional defects in service upon Defendant. Defendant specifically reserves the right to raise jurisdictional, or service, venue, or statute of limitations defects which may be available and to answer, object, or otherwise plead.

 

/s/ Patrick G. Rock
Patrick G. Rock, Esquire (I. D. No. 4632)
Marks, O'Neill, O'Brien & Courtney, P.C.
913 Market Street, #800
Wilmington, DE 19801
(302) 658-6538
*Attorney for Defendant CMS*

DATED: July 10, 2007

DE085855.1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANGELO CLARK, | : |
|  | : |
| Plaintiff, | : |
|  | : |
| v. | : C. A. No. 06-465 - SLR |
|  | : |
| REGIONAL MEDICAL FIRST CORRECTIONAL, MANAGER ANGELA WILSON, AND CORRECTIONAL MEDICAL SERVICES, | : : : : |
|  | : |
| Defendants. | : |

**CERTIFICATE OF SERVICE**

I, **Patrick G. Rock, Esquire**, of Marks, O'Neill, O'Brien & Courtney, P.C., hereby certify that on this **10th** day of **July**, 2007, two copies of the attached **Entry of Appearance** were served by regular mail, first class, postage prepaid, upon the following individual

Inmate Angelo Clark, *Pro Se*
SBI #123209
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

/s/ Patrick G. Rock
Patrick G. Rock, Esquire (I.D. No. 4632)
*Attorney for Defendant CMS*

DE084285.1