IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ANGELO LEE CLARK,
   PLAINTIFF,

V.

CORRECTIONAL MEDICAL
   SERVICES,
   DEFENDANT.

CIV. ACTION NO. 06-465-S.L.R.

FILED
JUL 10 2007

## Complaint to Judge Sue L. Robinson:

1. I am very scared for my life, and along with the fact, that I keep a sence of paranoia that with this same old medical system how can I see a change, when I'm being tortured mentally and physically and by me being somewhat a older gentalmen, I don't think I'm going to make it out of here alive and right now I need some type of professional relief. I'm hearing voices and everything that has happened to me in the law suit litigation, I as a person D.P.C. shouldn't never brought me back to the same situation. And it is so bad I think about wanting to hurt myself all over again I just don't understand. Thank you Judge Sue L Robinson

God knows will some one help me please!

