IN The United States District Court
For The District of Delaware

Angelo Lee Clark
          plaintiff
              )
              )
              )  Civ. Action No. 06-465.L.
v
Correctional Medical Services )
          Defendant )
              )
              )
              )
              )

1. To The Clerk of The Court with A Opening, Uenes for some to F Reliefe on certain Types of Cruel And usual punishment, when you are Constantly Just given Any Type of Medicine I would to The System Afar as it goes As Thee Remedie. To 42 U.S.C. S 1983

Copies of D.I. 30 As Well As D.I. 31

Bldg # 17-A-Tier
       Lower #9 cell
Delaware Correctional Center
1181 Paddock Road
Smyrna, Del   1997

Angelo Lee Clark
       # 123209

06-465 SLR
FILED
JUL 10 2007
KG sm
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Inogle Lu Clark

SBI# 312309    UNIT BAG #7 - A - Tier

DELAWARE CORRECTIONAL CENTER Lower-G-Cell

1181 PADDOCK ROAD

SMYRNA, DELAWARE 19977

Legal Mail

United States District Court
Office of The Clerk
844 N. King Street - Lockbox 18
Wilmington DE
19801-3570

Legal Mail

USA First-Class