IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ANGELO LEE CLARK
          PLAINTIFF,                          ) CIV. ACTION NO. 06-465-SLR
                                              )
          V                                   )
CORRECTIONAL MEDICAL SERVICES                 )
          DEFENDANT                           |

1.    TO THE CLERK OF COURT I AM WRITING IS SUPPORT
OF THE FOLLOWING MOTIONS THAT I HOPE YALL ARE IN
FAVOR OF.

        U.S. District Court
        CLERK's OFFICE, Room #4209
        Bogg's FEDERAL Building
        844 NORTH KING STREET
        Wilmington, DELAWARE   19801

```
FILED

JUL 10 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE
```

Building #17
    A-Tier Lower-9 cell
1181 PADDOCK Rd.
Smyrna, DELAWARE   19977

                        Very Truly Yours
                        Angelo Lee Clark

