In The United States District Court
For The District of Delaware

Angelo Lee Clark,
　　Plaintiff,

v.

Correctional Medical Services,
　　Defendant,

Civ. Action No. 06-465-S.L.R

FILED
JUL 11 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD scanned

To The Clerk of Court

1. I'm writing to the Clerk of the Court for representation, as far as my Civil Litigation goes me being very laimmant to most of the issues that I have going on at this present time with my Civil Case.

I hope and pray that you as being in the Court a Clerk, that y'all would highly approve of my Request.

Thank You

Sincerely

S.B.I
#123209

Angelo L. Clark
Bldg #17-A-Tier
Lower-9 cell

I/M Angela Lu Gent
SBI# 129269  UNIT Bldg 19-A-Tier
DELAWARE CORRECTIONAL CENTER Lower - 9. Cell
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Legal Mail

[Postmark: WILMINGTON DE 197 — 10 JUL 2007 PM 2 L]

U.S. District Court
Clerk's Office, Room 4209
Boggs Jr Federal Building
844 North King Street
Wilmington, Delaware
19801     Legal Mail