## MARKS, O'NEILL, O'BRIEN & COURTNEY, P.C.

| | | |
|---|---|---|
| **PHILADELPHIA OFFICE**<br>1800 JFK BOULEVARD - SUITE 1900<br>PHILADELPHIA, PA 19103<br>(215) 564-6688<br>FAX (215) 564-2526<br><br>**NEW YORK OFFICE**<br>530 SAW MILL RIVER ROAD<br>ELMSFORD, NY 10523<br>(914) 345-3701<br>FAX (914) 345-3743<br><br>**MARYLAND OFFICE**<br>600 BALTIMORE AVENUE - SUITE 305<br>TOWSON, MD 21204<br>(410) 339-6880<br>FAX (410) 339-6881 | ATTORNEYS AT LAW<br>SUITE 800<br>913 N MARKET STREET<br>WILMINGTON, DE 19801<br><br>(302) 658-6538<br>FAX (302) 658-6537<br><br><br><br>July 10 2007 | **NEW JERSEY OFFICE**<br>COOPER RIVER WEST<br>6981 NORTH PARK DRIVE - SUITE 300<br>PENNSAUKEN, NJ 08109<br>(856) 663-4300<br>FAX (856) 663-4439<br><br>**PITTSBURGH OFFICE**<br>707 GRANT STREET<br>GULF TOWER - SUITE 2600<br>PITTSBURGH, PA 15219<br>(412) 391-6171<br>FAX (412) 391-8804<br><br>**BUCKS COUNTY OFFICE**<br>10 SOUTH CLINTON STREET - SUITE 302<br>DOYLESTOWN, PA 18901<br>(267) 880-3696<br>FAX (267) 880-0545 |

Clerk of the Court
U. S. District Court
    for the District of Delaware
844 North King Street, #4209
Wilmington, DE 19801



Re:    **Clark v. CMS, et al.**
        **C. A. No. 06-465-SLR**
        **Our File No. 413-79533**

Dear Sir/Madam:

    Pursuant to the June 13, 2007 Order from the Court, please find the enclosed Entry of Appearance for counsel for Correctional Medical Systems. Please provide copies of the sealed documents the Court indicated would be produced upon request by defense counsel.

    Thank you.

                                  Very truly yours,

                                  PATRICK G. ROCK

PGR/mlm

DE085858.1