*BEFORE I WENT TO D.P.C.*

NITROGLYCERIN 0.2 MG/HR

FORM #585

**MEDICAL GRIEVANCE**

*AFTER I CAME BACK FROM D.P.C.*

NITROGLYCERIN 0.4 MG/HR

FACILITY: P.C.C.
INMATE'S NAME: ANGELO LEE CLARK
HOUSING UNIT: Shu-Bldg #17-A-Tier Lower-9-Cell

DATE SUBMITTED: 7/15/07
SBI#: 123209
CASE #: _____

FILED
JUL 17 2007
Rascon
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

SECTION #1

DATE & TIME OF MEDICAL INCIDENT: its been a ongoing situation

TYPE OF MEDICAL PROBLEM:

I've been complaining ever since I've been back here at D.C.C. in the Shu-Bldg #17-A-Tier-Lower-9-Cell trying to get some type of relief from most of the problems that I already is trying to adjust to, like they ignore all the time, and put me in the Shu- to try to quote, I Hallucinate I'm very paranoid and I hear voices all the time to name a few, and E.T.C.! plus I have a mental problem - from - a - auto - accident thirty year's ago. I'll send documents! Some time like before, I'll have to cut myself for relief.

GRIEVANT'S SIGNATURE: Angelo Lee Clark    DATE: 7/15/07

ACTION REQUESTED BY GRIEVANT: I would like, some type of relief of possibly getting back up to Delaware Psychiatric Center, form some permanent relief. its a shame, right back in same situation. The Med Have a copy!

DATE RECEIVED BY MEDICAL UNIT: _____

**NOTE: EMERGENCY MEDICAL CONDITIONS WILL TAKE PRIORITY. OTHERWISE, MEDICAL GRIEVANCES WILL BE ADDRESSED AT THE WEEKLY MEDICAL COMMITTEE MEETING.**

IM Castle Lee Clark
SBI# 263269 UNIT Bldg #17-A-Tier
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Legal Mail

United States District Court
Office of The Clerk
844 N. King Street Lockbox #18
Wilmington, Delaware
19801-3570

Legal Mail