IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANGELO CLARK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. Action No. 06-465-SLR |
| | ) |
| CORRECTIONAL MEDICAL SYSTEMS, | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

WHEREAS, plaintiff Angelo Clark, a prisoner housed at the Delaware Correctional Center, Smyrna, Delaware, filed this lawsuit pursuant to 42 U.S.C. § 1983;

WHEREAS, on July 10, 2007, plaintiff filed a letter with the court stating that he is being mentally and physically tortured, he needs professional help, he is hearing voices, and he wants to hurt himself, and which the court construes as a motion for immediate injunctive relief for medical/psychological treatment;

THEREFORE, at Wilmington this 17th day of July, 2007, IT IS ORDERED that defendant Correctional Medical Systems shall file a response to plaintiff's letter/motion on or before **July 30, 2007**.

_____
UNITED STATES DISTRICT JUDGE