OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo  
CLERK OF COURT

LOCKBOX 18  
844 KING STREET  
U.S. COURTHOUSE  
WILMINGTON, DELAWARE 19801  
(302) 573-6170

July 20, 2007

TO:  Angelo Clark  
     SBI #123209  
     Delaware Correctional Center  
     1181 Paddock Road  
     Smyrna, DE 19977

**RE:  Documents received on 7/17/07;  
       Civ. No. 06-465 SLR**

Dear Mr. Clark:

The document that you presented to the court for filing on 7/17/07 (docketed as d.i. #'s 49 and 50) in the above noted case does not form to District of Delaware Local Rule of Civil Practice and Procedure 5.2.(b)(2). Any documents you present for filing must be served by you, upon **all** local counsel of record. Furthermore, this must be indicated on an affidavit or certificate of service.

The court will take no action on these items until this deficiency is corrected. Enclosed for your convenience is a list of all local counsel of record, photo copies of d.i #'s 49 and 50, and District of Delaware Local Rule of Civil Practice and Procedure 5.2.(b)(2). Please resubmit your filing in accordance with the Federal Rules of Civil Procedure by sending a corrected certificate of service or affidavit which reflects service upon **all** parties of record.

Sincerely,

/rpg

PETER T. DALLEO  
CLERK

cc: The Honorable Sue L. Robinson  
enc: service list;  
     d.i. # 49 & 50;  
     list of all counsel of record.