IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ANGELO CLARK
    PLAINTIFF,

v.

REGIONAL MEDICAL FIRST
CORRECTIONAL,
MANAGER ANGELA WILSON,
AND CORRECTIONAL MEDICAL
SERVICES,
    DEFENDANTS.

7/20/07

C.A. NO. 06-465-S.L.R

FILED
RG

Clerk of The Court
U.S. District Court → Judge: Sue. L. Robinson

1. I am writing in the legal responce of me as a poorly legal litigent when will I be ready to help me with my litigation civil matter beings that I wrote yall a couple of times and my case isn't really that compressed when you really don't know what your doing legal wise when your in the SHU, so in God's blessing's and name, could Judge-Sue. L. Robinson Bless me with a lawyer so he can guide me with my case and if it goes to trial he can help me move for a win. I don't have my case law anymore, it got misplaced when I left D.P.C., this is why I'm so baffled sometimes I get defieted before I get started! Please Forgive me! May God Bless!

# MARKS, O'NEILL, O'BRIEN & COURTNEY, P.C.

**PHILADELPHIA OFFICE**
1800 JFK BOULEVARD - SUITE 1900
PHILADELPHIA, PA 19103
(215) 564-6688
FAX (215) 564-2526

**NEW YORK OFFICE**
530 SAW MILL RIVER ROAD
ELMSFORD, NY 10523
(914) 345-3701
FAX (914) 345-3743

**MARYLAND OFFICE**
600 BALTIMORE AVENUE - SUITE 305
TOWSON, MD 21204
(410) 339-6880
FAX (410) 339-6881

ATTORNEYS AT LAW
SUITE 800
913 N MARKET STREET
WILMINGTON, DE 19801

(302) 658-6538
FAX (302) 658-6537

**NEW JERSEY OFFICE**
COOPER RIVER WEST
6981 NORTH PARK DRIVE - SUITE 300
PENNSAUKEN, NJ 08109
(856) 663-4300
FAX (856) 663-4439

**PITTSBURGH OFFICE**
707 GRANT STREET
GULF TOWER - SUITE 2600
PITTSBURGH, PA 15219
(412) 391-6171
FAX (412) 391-8804

**BUCKS COUNTY OFFICE**
10 SOUTH CLINTON STREET - SUITE 302
DOYLESTOWN, PA 18901
(267) 880-3696
FAX (267) 880-0545

July 10 2007

Clerk of the Court
U. S. District Court
    for the District of Delaware
844 North King Street, #4209
Wilmington, DE 19801

**Re:**  **Clark v. CMS, et al.**
**C. A. No. 06-465-SLR**
**Our File No. 413-79533**

Dear Sir/Madam:

Pursuant to the June 13, 2007 Order from the Court, please find the enclosed Entry of Appearance for counsel for Correctional Medical Systems. Please provide copies of the sealed documents the Court indicated would be produced upon request by defense counsel.

Thank you.

*[Handwritten annotation: All my Legal Documents out at D.P.C. Del Psychiatric Center got misplaced, and I Don't get much Legal advice or Help in the SHU.]*

Very truly yours,

PATRICK G. ROCK

PGR/mlm

DE085858.1

**Other Documents**
1:06-cv-00465-SLR Clark v. Reginal Medical First Correctional et al
PaperDocuments

## U.S. District Court

### District of Delaware

## Notice of Electronic Filing

The following transaction was entered on 7/11/2007 at 5:20 PM EDT and filed on 7/11/2007
**Case Name:**       Clark v. Reginal Medical First Correctional et al
**Case Number:**     1:06-cv-465
**Filer:**
**Document Number:** 48

**Docket Text:**
Letter to Clerk from Patrick G. Rock requesting copies of the sealed documents the Court indicated would be produced upon request by defense counsel. (fmt)


**1:06-cv-465 Notice has been electronically mailed to:**
Megan Trocki Mantzavinos  mmantzavinos@mooclaw.com
Patrick G. Rock  prock@mooclaw.com
Ryan M. Ernst  rernst@mooclaw.com

**1:06-cv-465 Notice has been delivered by other means to:**

Angelo Clark
SBI #123209
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=7/11/2007] [FileNumber=413916-0]
[5b89853eeab5e824a2ab864694ae8902b51efa95d194b3a9969e25665b872fd907b0
340793d287cc9c405bc04d653ebef0210d1e26d669ef032714e37819606c]]

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANGELO CLARK, | : |
| Plaintiff, | : |
| v. | : C. A. No. 06-465 - SLR |
| REGIONAL MEDICAL FIRST CORRECTIONAL, MANAGER ANGELA WILSON, AND CORRECTIONAL MEDICAL SERVICES, | : TRIAL BY JURY OF TWELVE DEMANDED |
| Defendants. | : |

## DEFENDANT CORRECTIONAL MEDICAL SERVICES'S ANSWER TO AMENDED COMPLAINTS

Defendant Correctional Medical Services ("CMS") (hereinafter the "Answering Defendant"), by and through the undersigned attorneys, submits its answer to the complaint/amended complaints in the above-referenced action.

**I.**      **ANSWER TO CLAIM OF PREVIOUS LAWSUITS**

A.     No answer required from answering Defendant.

Wherefore, Defendant demands judgment in its favor plus costs and attorney's fees.

**II**      **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

A-D     Defendants are without sufficient information or knowledge at the time of Answering this Complaint to form a belief as to these allegations and they are therefore, deemed denied.

Wherefore, Defendant demands judgment in its favor plus costs and attorney's fees.

DE084858.1

**III.**     **ANSWER TO CLAIM OF DEFENDANTS**

Denied, claims against Angela Wilson have been dismissed pursuant to Court Order dated December 19, 2006;

Wherefore, Defendant demands judgment in its favor plus costs and attorney's fees.

**IV.**     **ANSWER TO STATEMENT OF CLAIM**

1.  Answering Defendant is without sufficient knowledge or information to admit or deny the allegations contained in this paragraph and they are therefore deemed to be denied.

2.  Answering Defendant is without sufficient knowledge or information to admit or deny the allegations contained in this paragraph and they are therefore deemed to be denied.

WHEREFORE, Defendant demands judgment in its favor plus costs and attorney's fees.

**ANSWER TO AMENDMENTS TO COMPLAINT**

Without waiving any defenses and specifically preserving all defenses, including insufficiency of service and insufficiency of process, Defendant respectfully wishes to deny the allegation or allegations contained in the amendment or amendments to the Complaint.

WHEREFORE, Defendant demands judgment in its favor plus costs and attorney's fees.

**AFFIRMATIVE DEFENSES**

1.  Plaintiff fails to state a claim upon which relief may be granted as to some or all of his claims.

2.  Plaintiff fails to state a claim against answering Defendant for which relief may be granted with respects to civil rights claims as Answering Defendant were not deliberately indifferent to a serious medical need.

3.  Plaintiff's claims are barred by applicable statutes of limitations.

DE084858.1

4. Plaintiff fails to state a claim against defendant Correctional Medical Services upon which relief may be granted with respect to all claims for civil rights violations, as there is no vicarious liability for civil rights claims.

5. The complaint fails to state a claim for punitive damages.

6. Answering Defendant has provided plaintiff with medical care that was appropriate for his conditions and which met the applicable standard of care.

7. Plaintiff has failed to exhaust his administrative remedies.

8. The plaintiff's injuries, if any, resulted from a superseding intervening cause.

9. The plaintiff's injuries, losses, or damages, if any, were the direct, sole, and proximate result of activities or conduct of persons or entities for whom the Answering Defendant is not responsible and over whom the Answering Defendant has no right of authority or control.

10. Answering Defendant denies that it is liable whatsoever to plaintiff. However, if Answering Defendant is held to be liable to plaintiff under the allegations contained in the Complaint, then Answering Defendant is entitled to contribution and/or indemnification from co-defendants for any amounts which answering Defendant may be required to pay to plaintiff.

11. Plaintiff failed to properly plead a medical malpractice action against Answering Defendant.

12. Plaintiff failed to file an affidavit of merit pursuant to 18 Del.C. § 6853.

13. Defendant's actions serve and have served a legitimate penological interest.

14. Plaintiff's complaint should be dismissed for insufficient process and/or service of process;

WHEREFORE, Defendant demands judgment in its favor plus costs and attorney's fees.

DE084858.1

## ANSWER TO ALL PRESENT AND FUTURE CROSSCLAIMS

Answering Defendant(s) den(y)(ies) all crossclaims now or hereinafter asserted against them.

**WHEREFORE**, the Answering Defendant(s) asks that the complaint against it be dismissed with prejudice and all costs and attorney's fees be assessed against the plaintiff.

Marks, O'Neill, O'Brien & Courtney, P.C.

By: _____
Patrick G. Rock, Esquire (ID 4632)
Megan T. Mantzavinos, Esquire (ID 3802)
913 Market Street, #800
Wilmington, DE 19801
(302) 658-6538
*Attorneys for Defendant*

DATED: July 18, 2007

DE084858.1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANGELO CLARK, | : |
| Plaintiff, | : |
| v. | : C. A. No. 06-465 - SLR |
| REGIONAL MEDICAL FIRST CORRECTIONAL, MANAGER ANGELA WILSON, AND CORRECTIONAL MEDICAL SERVICES, | : |
| Defendants. | : |

## CERTIFICATE OF SERVICE

I, **Patrick G. Rock, Esquire**, of Marks, O'Neill, O'Brien & Courtney, P.C., hereby certify that on this **18th** day of **July**, 2007, two copies of the attached **Answer to Amended Complaint** were served by regular mail, first class, postage prepaid, upon the following individual

    Inmate Angelo Clark, *Pro Se*
    SBI #123209
    Delaware Correctional Center
    1181 Paddock Road
    Smyrna, DE 19977

                                                            **/s/ Patrick G. Rock**
                                                            Patrick G. Rock, Esquire (I.D. No. 4632)
                                                             *Attorney for Defendant CMS*

DE086364.1

Carlton Clark
SBI# 00334069 Unit 5ha #19 upper-1-C#11
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Legal Mail

Clerk of the Court
U.S. District Court
for the District of Delaware
844 North King Street
Wilmington, Delaware
19801

Legal Mail