United States District Court
For The State of Delaware

Angelo Clark
   Plaintiff,
v.
Correctional Medical Services,

7/22/06
Civ. Action No. -06-465
S.L.R.

To Judge Sue. L. Robinson

1. Complaint, when I filed motion to complain all at the same time, you allowed me to amend my complain, but when I complain and you allowed me to amend it, right then I new that it had to come off the top of my head, but Honorable Judge Sue. L. Robinson what I want you to know the Delaware Psychiatric Center "misplaced" all of my Civil Legal materials meaning mail. Now if you can and don't mind, you know me within myself doi'st get enough Legal Training without that I'm going to end being a "Laiment" Legal Dummy I would Like for you to Forgive me for my damb founded mind of not knowing what to do I need your Proffessional Time and understanding.   Even if it doesn't have to go that far with a Court Appointed Lawyer, I'll like to go to Trial
May God Bless!

