## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ANGELO CLARK, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C. A. No. 06-465 - SLR |
| | : | |
| REGIONAL MEDICAL FIRST CORRECTIONAL, MANAGER ANGELA WILSON, AND CORRECTIONAL MEDICAL SERVICES, | : : : : : | TRIAL BY JURY OF TWELVE DEMANDED |
| Defendants. | : | |

## NOTICE OF SERVICE

I, Patrick G. Rock, Esquire hereby certify that on this 1st day of August, 2007, two copies of the below-mentioned documents were served by postage pre-paid first class mail upon the following individual:

**DOCUMENT:**

*DEFENDANT CORRECTIONAL MEDICAL SERVICES' FIRST SET OF INTERROGATORIES DIRECTED TO PLAINTIFF*

*DEFENDANT CORRECTIONAL MEDICAL SERVICES' FIRST SET OF REQUEST FOR PRODUCTION OF DOCUMENTS DIRECTED TO PLAINTIFF*

**DIRECTED TO:**

Inmate Angelo Clark, *Pro Se*
SBI #123209
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

DE087450.1

                                                            _/s/ Patrick G. Rock, Esquire_  
                                                            Patrick G. Rock, Esquire (4632)  
                                                            Marks, O'Neill, O'Brien & Courtney, P.C.  
                                                            913 North Market Street, Suite 800  
                                                            Wilmington, DE  19801  
                                                            (302) 658-6538  
                                                            *Attorney for Defendant CMS*