In the United States District Court
for the District of Delaware

Angelo Clark
Plaintiff,

v.

Correctional Medical Services
Defendants

Civil Action No. 06-465-S.L.R.

RECEIVED AUG 29 2007 U.S. DISTRICT COURT DISTRICT OF DELAWARE

Memorandum Order: I Plaintiff Angelo Lee Clark about ten days ago, came to some type of agreement stating that I was Being to Be Rewarded for some type of punitive damage, and it wasn't no agreement nor arrangement made, between me or other party, where was the agreement, payment issued from the Correctional Medical Services. This civil Rights Action on July 31, 2006 Pursuant to 42 USC 1983 (D.I.2) and I amended short later (D.I.8)

Please Help me.

Excuse me, its quite a few people getting checks in my name. And I need help so I continue to suffer. Thanks!

2 I Angelo Clark plaintiff, feel as though I was raped, body soul an spirit. It happens about 4-8 days, it was like being unemployed, with a hard work job with no pay. Judge Sue Robinson my intelligence is dying and keep on a new patch of NITRO.

Related cases 1:90-cv 00593-RRM
                1:90-cv 00723-RRM

Cause 42:1983 Prisoner Civil Rights
Patrick G. Rock
913 North Market Street
Suite 800 Wilm De 19801
I have to get Treatment. 302-658-6538
Thank you!

No agreement, No award agreement, No settlement, They just made me a fool by other people up on my benifit.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

RECEIVED AUG 29 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ANGELO CLARK, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C. A. No. 06-465 - SLR |
| | : | |
| REGIONAL MEDICAL FIRST | : | TRIAL BY JURY OF |
| CORRECTIONAL, | : | TWELVE DEMANDED |
| MANAGER ANGELA WILSON, AND | : | |
| CORRECTIONAL MEDICAL SERVICES, | : | |
| | : | |
| Defendants. | : | |

**DEFENDANTS CORRECTIONAL MEDICAL SERVICES'
FIRST SET OF REQUEST FOR PRODUCTION OF DOCUMENTS
DIRECTED TO PLAINTIFF**

Pursuant to Rule 34 of the Federal District Court Rules of Civil Procedure, you are hereby requested to produce the below listed documents and/or items for purposes of discovery. This material will be examined and/or photocopied; photograph negatives will be processed and photographs reproduced. Said documents and items are to be produced at the offices of Marks, O'Neill, O'Brien & Courtney, P.C., 913 Market Street, Suite 800, Wilmington, Delaware 19801, and supplemented thereafter in accordance with the Rules of Civil Procedure.

If any document required to be produced by this Request is claimed by you to be not discoverable because it is privileged or for any other reason, then each such document should be identified in your Response by date, sender, recipient, persons to whom copies have been furnished, and subject matter, and the basis for the claim of privilege or other reason should be stated in your Response.

## REQUESTS

1. Any and all statements, descriptions of statements, summaries of statements, memoranda, records or writing (signed or unsigned) of any and all witnesses, including any statements from the parties herein, or their respective agents, servants or employees, including tapes or other mechanically transcribed information.

RESPONSE:

2. All photographs, recordings, films, charts, sketches, graphs and diagrams taken and/or prepared.

RESPONSE:

3. Any and all reports compiled or prepared by an individual who has been retained as an expert in this matter.

RESPONSE:

DE087266.1

4.  The names, home and business addresses of all experts contacted.

RESPONSE:

5.  All writings, memoranda, date and/or tangible things which related directly or indirectly to the incident and damages set forth in Plaintiff's Complaint.

RESPONSE:

DE087266.1

6. Any and all copies of Internal Revenue Service Tax Returns for five full years prior to, and all years subsequent to the date referred to in Plaintiff's Complaint.

RESPONSE:

7. Any and all documents, records, evidence and anything whatsoever which will be introduced at trial for use in direct examination or impeachment.

RESPONSE:

8. Any document or thing the plaintiff has read or referred to in preparation of any pleadings in the instant case.

RESPONSE:

DE087266.1

                          Marks, O'Neill, O'Brien & Courtney, P.C.

By: _____
      Patrick G. Rock, Esquire (I.D. # 4632)
      Megan T. Mantzavinos, Esquire (I.D. # 3802)
      913 North Market Street, Suite 800
      Wilmington, DE 19801
      (302) 658-6538
      *Attorney for Defendant CMS*

DATED: July 31, 2007

DE087266.1

# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
### FACILITY: DELAWARE CORRECTIONAL CENTER

This request is for (circle one): MEDICAL  DENTAL  MENTAL HEALTH

*To be whom it may concern I want to be examined by a professional A.S.A.P.*

**Name (Print):** Angelo Lee Clark
**Housing Location:** Lg #19 - upper - 2 - cell

**Date of Birth:** 12-15-55
**SBI Number:** 123209
**Date Submitted:** 11/24/06   Bu2

**Complaint (What type of problem are you having)?** it seems like ever since I was admitted in the infirmary - on - 11/1/06 for cutting myself. On - 11-2/06 - Nurse 'RN' Danyee and Blood Lady! 'Stephanie' - Danyee cleaned my cut as soon as she left the 'Hos patent' Room next door, and Stephanie took blood from me and said Dr. Ott ordered. And she resigned 2-months ago. So Dow AIIIOU is defic six or seven times daily!

**Inmate Signature:** Angelo Lee Clark
**Date:** 11/24/06

---

The below area is for medical use only. Please do not write any further.

**S:** 11/26/06 — If there were any reason for you to be examined by a physician, the nurse would refer you. Nurses are capable of making assessment

**O:** Temp:   Pulse:   Resp:   B/P:   WT:

**A:**

**P:**

**E:** I still feel as though correctional medical system gave me something even if its not aids, I just don't feel right! Like my old self. Judge the you can call Lawyers Lawyers. Please please Help me

**Provider Signature & Title**
**Date & Time**

This is how I feel stomach hurts and they don't give treatment every body mind body sould And spirit. But I wasn't getting no thing in my name or address! you can call Mrs. Was got my Check, I'm hurting so bad.

3/1/99 DE01
FORM#:
MED
263

# AMERICAN BOARD OF MEDICAL SPECIALTIES®

1007 Church Street, Suite 404    Evanston, IL 60201-5913    Phone: 847.491.9091
FAX: 847.328.3596
www.abms.org

*ACT OF 1996*
*42 U.S.C. 164.508*

March 31, 2005

Julian Miller
Unit D-East F-22
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

OJR
JAN 10 20??

Dear Mr. Miller:

Your letter was received at the American Board of Medical Specialties (ABMS) on March 28, 2005. The ABMS is the umbrella organization for 24 medical specialty boards. The main focus of ABMS and its 24 Member Boards is the process of certification of physician specialists in the United States.

The ABMS is not a referral service and does not give recommendations to patients. The ABMS does not process complaints or provide information regarding disciplinary actions that have been filed by the state. The ABMS can verify if a physician is certified by one of its 24 Member Boards.

The *Official ABMS Directory of Board Certified Medical Specialists*, which is available in many medical and public libraries, would be a useful resource to obtain more information regarding certification status of individual physicians. Also, the ABMS has a public education program which provides verbal verification of board certification at 1-800-CERT (776-2378).

In response to your questions:

1) There is no record of a Dr. Sitta Gombeh-Alie in the ABMS database.
2) Requirements of a Medical Director are determined by each health care organization. A health care organization can require certification but it is not the law.

It is hoped that this information is helpful to you and satisfactorily responds to your request.

Sincerely,

Sheldon D. Horowitz, M.D.
Associate Vice President

*This Document sir is for you to check to see if any of the Nurses or Psychiatrists or Medical Doctors had legitimate Licenses to Practice.*

Members
American Board of Allergy & Immunology
American Board of Anesthesiology
American Board of Colon & Rectal Surgery
American Board of Dermatology
American Board of Emergency Medicine
American Board of Family Medicine
American Board of Internal Medicine
American Board of Medical Genetics
American Board of Neurological Surgery
American Board of Nuclear Medicine
American Board of Obstetrics & Gynecology
American Board of Ophthalmology
American Board of Orthopaedic Surgery
American Board of Otolaryngology
American Board of Pathology
American Board of Pediatrics
American Board of Physical Medicine and Rehabilitation
American Board of Plastic Surgery
American Board of Preventive Medicine
American Board of Psychiatry & Neurology
American Board of Radiology
American Board of Surgery
American Board of Thoracic Surgery
American Board of Urology

Associate Members
Accreditation Council for Continuing Medical Education
Accreditation Council for Graduate Medical Education
American Hospital Association
American Medical Association
Association of American Medical Colleges
Council of Medical Specialty Societies
Educational Commission for Foreign Medical Graduates
Federation of State Medical Boards of U.S.
National Board of Medical Examiners

Public Members
L. Edward Bryant, Jr., Esq.
Lloyd B. Morgan
Rosemary A. Stevens, Ph.D.

Officers, 2004-2005
Harvey W. Meislin, M.D.
  Chair
Cynda A. Johnson, M.D., M.B.A.
  Vice Chair
Joel A. DeLisa, M.D., M.S.
  Secretary-Treasurer

Staff
Stephen H. Miller, M.D., M.P.H.
  President and CEO
Sheldon D. Horowitz, M.D.
  Associate Vice President
Julie J. Mohr, MSPH, Ph.D.
  Director of Research
Robert G. Nelson, M.B.A.
  Director of Business Development
Alexis L. Rodgers
  Director of Operations & Publications
Todd J. Tischendorf
  Director of Information Services & Systems Development

G:\GENERAL CORRESPONDENCE\Corres 2005\Res ltr - Miller,J. cert verification 03-29-05.doc