IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANGELO CLARK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 06-465-SLR |
| | ) |
| CORRECTIONAL MEDICAL SYSTEMS, | ) |
| | ) |
| Defendant. | ) |

## O R D E R

At Wilmington this 30th day of August, 2007, having received from plaintiff, for the third time (D.I. 10, 49, 64), papers that have as attachments nitroglycerin skin patches that plaintiff apparently has pulled off his body (given the fact that there is human hair stuck to the patches); and having just been informed that said skin patches (aside from being unsanitary) may cause such conditions as headaches, skin irritation, dizziness and upset stomach to healthy individuals who come into contact with them;[1] and having further concluded that said skin patches are not a necessary (or even relevant) part of the record;

IT IS ORDERED that:

1. The original submissions docketed as docket items numbered D.I. 10, 49, 64 are hereby placed under seal, to protect members of the Clerk's Office, Chambers, and

---

[1]See MedlinePlus, Drug Information: Nitroglycerin Skin Patches, at http://www.nlm.nih.gov/medlineplus/druginfo/medmaster/a601085.html.

the public.

2. **Plaintiff shall not submit anything but papers to the court**.  Any further submissions accompanied by such personal objects as his nitroglycerin skin patches shall be placed under seal and docketed, but will **not** be scanned for public review, and will **not** be considered by the court in connection with the merits of plaintiff's claims.

_____
United States District Judge