9/2/07

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

Angelo Clark,           )  Civil Action No. 06-465-SLR
                        )
      Plaintiff         )
                        )
   v.                   )
                        )
Correctional Medical    )
Services                )
                        )
      Defendants.       )


FILED
SEP -5 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD scanned

<u>Memorandum Letter To Judge Robinson:</u>

1. Honorable Judge Sue L Robinson! I am writing you this Letter in hopes and your regards to my present and current situation. In my Letter To you dated 8-31-07, I sent you a copy of the new psychotropical med's that C.M.S has me on as of now, because they said that I was very incoherrent and at time's was hallucinating and hearing a little voices every now and then, but Judge Robinson just like you revealed in I Discussion, plaintiff Angelo Lee Clark, certain psychotropical med's that I was given it hasn't only given me nerve damage but side effects and I'm hallucinating also still hearing voices and E.T.C just like I complained about in my 1983-civil complaint it seem's like the medical system here at

9/2/07

2.

D.C.C are starting to experiment or use me as a exibit or worse then that a "Ginnie" Pig, and like from the beginning all of the above goes against my 8th Amendment Rights 42. USCA 1983 Civil Rights and E.T.C. But as you being a very overly fair Judge as the Role Model that you are Judge Robinson can you review certain Documents of mine in my Civil Litigation and try to use all of your Professional reasoning and Judgementation of Caliber of a warm overly understandable Judge, that you are But Judge Robinson as you can see in most of my complaints they C.M.S medical vendors for Dept of Corrections they just keep digging in the wound with all types of Psychotropical Med's they don't try to repair the wound they C.M.S just make the sore - or wound worser, and like when I try to write to you and let you interview, when I ask of you, I need some kind of permanent relefe, and sometimes I really don't know if I'm coming or going, if by chance we would have to go to trial at this point I'm overly ready except in desperate need of a attorney. in which we both are aware of. A mind is a terrible thing to waste or try to dicieve or waste.

Thank you! And May God Bless.

IM Carl A. Watt
SBI# 237109 UNIT Bldg # 18-C-Tier upper-10-cell
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Legal Mail

United State District Court
For The District of Delaware
844 North King Street Lockbox 18
Wilmington Delaware

To Judge Honorable
Sue Robinson    Legal Mail