## MARKS, O'NEILL, O'BRIEN & COURTNEY, P.C.

| | | |
|---|---|---|
| **PHILADELPHIA OFFICE**<br>1800 JFK BOULEVARD - SUITE 1900<br>PHILADELPHIA, PA 19103<br>(215) 564-6688<br>FAX (215) 564-2526 | ATTORNEYS AT LAW<br>SUITE 800<br>913 N MARKET STREET<br>WILMINGTON, DE 19801 | **NEW JERSEY OFFICE**<br>COOPER RIVER WEST<br>6981 NORTH PARK DRIVE - SUITE 300<br>PENNSAUKEN, NJ 08109<br>(856) 663-4300<br>FAX (856) 663-4439 |
| **NEW YORK OFFICE**<br>530 SAW MILL RIVER ROAD<br>ELMSFORD, NY 10523<br>(914) 345-3701<br>FAX (914) 345-3743 | (302) 658-6538<br>FAX (302) 658-6537 | **PITTSBURGH OFFICE**<br>707 GRANT STREET<br>GULF TOWER - SUITE 2600<br>PITTSBURGH, PA 15219<br>(412) 391-6171<br>FAX (412) 391-8804 |
| **MARYLAND OFFICE**<br>600 BALTIMORE AVENUE - SUITE 305<br>TOWSON, MD 21204<br>(410) 339-6880<br>FAX (410) 339-6881 | September 4, 2007 | **BUCKS COUNTY OFFICE**<br>10 SOUTH CLINTON STREET - SUITE 302<br>DOYLESTOWN, PA 18901<br>(267) 880-3696<br>FAX (267) 880-0545 |

The Honorable Sue L. Robinson
U. S. District Court
   for the District of Delaware
844 North King Street, #4209
Wilmington, DE 19801

          Re:      **Clark v. CMS, et al.**
                   **C. A. No. 06-465-SLR**
                   **Our File No. 413-79533**

Dear Judge Robinson:

      The Court has recently received documents from the Plaintiff that the Court has indicated will not be filed as the documents may have contained personal matter.

      I have also received similar material from the Plaintiff and I have asked Dr. Cannuli, one of the Plaintiff's treating psychiatrists, if he could assist in determining what the status is of the Plaintiff's care. Dr. Cannuli responded via e-mail and advised that the Plaintiff has been in the Infirmary since August 23, 2007, is under the care of psychiatrists in the Infirmary, and that the psychiatrists are attempting to alter the Plaintiff's medication to see if there is improvement. Dr. Cannuli advised that when the Plaintiff is discharged from the infirmary that Dr. Cannuli will continue to be the Plaintiff's psychiatrist.

      Please advise if the Court would like any additional information from the Defense in this regard.

      Thank you.

                                          Respectfully submitted,

                                          PATRICK G. ROCK

PGR/mlm
cc:    Mr. Angelo Clark

DE090278.1