IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ANGELO CLARK,

    PLAINTIFF

    V.

CORRECTIONAL MEDICAL
SYSTEM'S SERVICES,

    DEFENDANT.

Civ. Action No. 06-465-SLR

**FILED**
SEP 19 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

RD scanned

To Clerk of Court; RE. Letter to Judge
'From - Plaintiff - Angelo Clark'.

1. I, Angelo Lee Clark are still experiencing loss of memory to certain things places and somewhat of my common sense barreer, and track of time, now Dr. Cavalli, Head Psychiatrist for C.M.S. is the same psychiatrist who is to me experimenting and using me and certain parts of my body functioning elements of the main mobility at a stand still as far as my dexterity goes in my mobility of major functioning within my mind heart and spirit and some times I really want to give up and Judge Robinson, it is a shame, because I'm really are not that intacked mind wise any more with a lot of the excitement or should I say shock treatment that I'ye enduring from some and mostly doctor's, meaning psychiatrists and medical doctors employed by C.M.S.

2.

Anytime Shu-Building #18-Lt Satterfield going not only agree with me of everything such as the way I'm being treated by most of C.M.S the MEDICAL VENDORS for the Dept. of Corrections, its not only to me a nightmare being relived all over again, but in a different way or logic. With the same lawyers and doctors and nurses E.T.C. I truly would like to know where is the Rehabilitation at or is there really any. Will someone please tell me, because, all I'm experiencing is, tormenting - cruel and unusual punishment, and you try to maintain a level mind, body and spirit, along with soul if I had any left, and yes I have a very voluminous - mental and also physical records of health and medical records of damage that has been done to me over and over again throughout my periods of incarceration within the Dept of Correction. Even the clinition for Mental Health Mr. S' can agree to most of my abnormaties, and also Mr. Henry, who is also a Mental Health clinition who works for C.M.S., and so to speak, I personally feel as though my life is in sometimes a terrible way of some kind of grief or harm of

I still try to do my best!

And honestly I care.    (OVER)

3.

OR, MOST DEFINITELY BE A DANGER OR THREAT TO MYSELF/LETTING ALONE SOMEONE ELSE. ESPECIALLY MIND MIND AND Judge Robinson I AM HURTING SO BAD FOR SOME REAL ATTENTION BEING THAT THE DETERIORATION IN MY MIND IS STARTING TO AM I HONESTLY ONE DAY I'M GOING TO JUST BLACK OUT, MEANING ITS OVER THE HUMILIATION ALONG WITH AT TIMES THE BORDERLINE TARDATION OF A TEN YEAR OLD CHILD, AND THAT IS SOME OF THE TIME I SAY I COME AND GO SYNDROM AND IT HURTS SO BAD WHEN ONCE APON A TIME I WAS SOMEWHAT VERY INTELLIGENT. Judge Robinson, HERE IS A COPY OF THE MED'S I WAS ON BEFORE A MONTH LATER, DR. CANULLI HAD ME PUT IN THE INFIRMARY TO TRY TO SEE IF THIS MED'S THAT I AM TAKING NOW, INSTEAD OF MED'S INSTEAD OF THE MED'S I TAKE NOW, THAT I'VE BEEN TAKING SINCE I LEFT INFIRMARY, AND I'M NOT JUST BEING EXPERIMENTED ON, I FEEL LIKE A PIECE OF NOTHING SO REALISTICALLY IN MY LIFE WHATS LEFT, THE MEDICAL EXAMINERS OFFICE OR BODY DETERIORATION. FOR REAL I AM SCARED OF BEING SCARED OF BEING SCARED.

MAY GOD PLEASE BLESS

4/ ENDING OF BRIEF LETTER.

5/ Honorable Sue. L. Robinson
<u>Clerk of Court.</u>

Number 1.
<u>Exibit to be included in File AND RECORDS</u>
Lt. Satterfield Along with Capt. Seacord. And some what of other staff members here at D.C.C. can attest to the kind of mental stress Along with some of the other physical And bodily infunctions that I go through steadily degressing through most of my mental health problem's And E.T.C. that C.M.S. say they as a whole are dealing with on a everyday basis then why are they still experiencing some what of a difficult way or should I say they the med vendor's for D.C.C. keep on trying All And Any type of Med's on me to see if they can rid themselves of my own mental problem's, to see if the Med's gives C.M.S. some relief so they the Med vendor's for D.C.C. can alter the use of the same Med's that they are treating me with on other mentally deranged Inmates, such as myself to see how they mind chemistry will work on them back to square one their still Ginnie pigging, Research monkying and experimenting with A bunch of massive wasted human waste cous Junk.

FORM #585

MEDICAL GRIEVANCE

FACILITY: D.C.C

DATE SUBMITTED: 7/30/07

INMATE'S NAME: Angelo Lee Clark

SBI#: 123209

HOUSING UNIT: SHu #19-A-Tier upper-1-cell

CASE #: 134448

SECTION #1

DATE & TIME OF MEDICAL INCIDENT: it's been going on-and-on situation

TYPE OF MEDICAL PROBLEM: I've done told every nurse in the Shu and even M S and Mr Henry The mental unit staff and even Psychiatrist Dr. Canutie I would like to know whats going on, and How come I cannot recieve any Professional Treatment, my knee continues to "pop" even though I had a X-Ray while I was at Delaware Psychiatric Center, Doctor Lopez ordered it.

GRIEVANT'S SIGNATURE: Angelo Lee Clark   DATE: 7/30/07

ACTION REQUESTED BY GRIEVANT: I would like for my knees start getting more treatment, along with other treatment along with other Problems I have

No such Treatment, and for the publics view, one of those physician's told me that the Hepatitus C That the D.C.C. infected or cleaned a cut gave it to me That its conta

DATE RECEIVED BY MEDICAL UNIT: _____

RECEIVED
AUG 0 1 2007
Inmate Grievance Office

NOTE: EMERGENCY MEDICAL CONDITIONS WILL TAKE PRIORITY. OTHERWISE, MEDICAL GRIEVANCES WILL BE ADDRESSED AT THE WEEKLY MEDICAL COMMITTEE MEETING.   And I don't ne Shot-B-or-A.
D.C.P. → Doctor-Lopez Told Me

Clark Angelo                          6/17/07

Vit A+D apply to Lips and Hand 2x/Day stops 6/29

Prilosec (Stomach Med) T Bedtime

Ditropan 5mg en AM + Bedtime (Chronic)

Lopid 600mg (Cholestrol Med) T 2x Day

Colace (Stool Softner) T 2x/Day.

Plendil 5mg (BP) T 2x Day

Nitro patch 0.4mg/hr. on during Day off at Night.

Multivitamin T Daily

HCTZ (BP med) T Daily

Proprandol (Inderol Heart) 80 mg AM + Bedtime

Ativan 1mg (Sleep Aide) at Bedtime

Lithium 1300 mg (Mental Health Med) at Bedtime

Seroquel 100mg (Mental Health Med) in AM

Seroquel 300mg ↓ " " " at Bedtime

Judge Honorable Robinson: This is a Exibit to me being transferation Dr Canulli admitted me in infirmary these a the Meds he took me off an now I'm on som else

```
                    TRANSMISSION VERIFICATION REPORT

                                          TIME  : 12/19/2006 08:30
                                          NAME  :
                                          FAX   : 45
                                          TEL   :
                                          SER.# : BROM4J171978


    DATE,TIME                   12/19  08:29
    FAX NO./NAME                6595051
    DURATION                    00:01:40
    PAGE(S)                     01
    RESULT                      OK
    MODE                        STANDARD
                                ECM
```

*Emergency!*    ( "Mental Health Supervisor Ahmad!" )

# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
### FACILITY: DELAWARE CORRECTIONAL CENTER

This request is for (circle one): MEDICAL  DENTAL  **MENTAL HEALTH**

Name (Print): Angelo Lee Clark         Housing Location: Shu-Bldg#19-B-Tier-upper 2 C
Date of Birth: 12-15-55    SBI Number: 183209#    Date Submitted: 12-17-06

Complaint (What type of problem are you having?): MR. MENTAL HEALTH SUPERVISOR, IMAO, I AM IN DESPERATE NEED OF SOME MENTAL ISSUE'S CARE BECAUSE, FOR ONE I AM GETTING VERY FRUSTRATED AND OVERLY TIRED OF ALL OF THE CELL GANGSTER KILLERS AND E.T.C. TWICE TODAY IN A.M. AND P.M. NURSE MS KAY TOOK MY BLOOD PRESSURE AND IT WAS SO HIGH! GOT THE MACHINE OFF AND GET FOR BID'S IF I HAVE AN OTHER CARDIAC ARREST MIGHT NOT MAKE IT AND THE COURTS WILL...

Inmate Signature: Angelo Lee Clark    Date: 12-17-06

The below area is for medical use only. Please do not write any further.

S: (about it!) Ahmad, I would like to have a H.I.V Test for my various reason, for what took place up at the infirmary! on - 11-2-06   Thank you!

O: Temp: ___  Pulse: ___  Resp: ___  B/P: ___  WT: ___

A:

MENTAL HEALTH: (MAD!)

# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
### FACILITY: DELAWARE CORRECTIONAL CENTER

This request is for (circle one): **(MEDICAL)** DENTAL **(MENTAL HEALTH)**

Name (Print): ANGELO LEE CLARK
Housing Location: Shu-Bldg #18-C-Tier appt
Date of Birth: 12-15-55
SBI Number: 123209
Date Submitted: 1/13/07

Complaint (What type of problem are you having)? I'm still having problems with certain issues that I'm hearing in my mind, b/a I done wrote District Court about the way my mental issues is being handled, and I'm suffering very sev-ly, and I don't understand why I am not at a psychiatric cent- where I can recieve professional help.

Inmate Signature: Angelo Lee Clark
Date: 1/13/07

---

The below area is for medical use only. Please do not write any further.

S:

JAN 1- 2007

O: Temp:___ Pulse:___ Resp:___ B/P:___ WT:___

A:
Seen
1/17/07

P:

E:

Provider Signature & Title: Henry M. Telo, Jr MSW, MHP
Date & Time: 1/17/07

3/1/99 DE01
FORM#:
MED
263

RECEIVED JAN 16 2007

I/M Ingela Clark
SBI# 293209  UNIT Bldg #8-G-Tier
upper-10-cell
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

U.S.M.S.
X-RAY

District Court of United States of
Delaware District Court of
844 N. King Street Lockbox 18
Wilmington Delaware
19801-3570

Legal Mail C/o The Honorable
Judge Sue. L. Robinson.!   Legal Mail