IN THE DISTRICT COURT OF THE UNITED STATES
AND FOR THE DISTRICT COURT OF DELAWARE

ANGELO LEE CLARK
         Plaintiff

V.

CORRECTIONAL MEDICAL SERVICES
         Defendant.

CIV-ACTION NO. 1:06-465 S.L.R

RECEIVED
OCT - 1 2007
BU
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## To Clerk of The Court Memorandum Letter

1. I, Angelo Lee Clark, want to make the Judge in my case aware that I am still being treated like my initial claim, like an ginnie pig, or let's say experiment and E.T.C. I was hospitalized once again on Sept 13th at Kent General or should I say BayHealth Center in Dover, because the Medical Dept said I had a "Siesure", I stayed in Kent General until Sept 16th.

2. Now Honorable Judge Sue L Robinson I am still trying even though I'm starting to decrease in my mental state of being. I have to say this I know and admit that I have problems mentally and physically, but I am somewhat very scared of the doctors, nurses and clinitions here at D.C.C. because they still employ some and most of there employees, they just shuffle them around with different names and titles, so to speak. I'm taking all over again #500 m.grams (over) Depakote all over again like I pre (over) Failed in my Civil Suit

3. MEMORANDUM LETTER OF PAGE TWO:

3. Like I was saying in page 1, They The Med Vendors for the Dept. of Corrections instead of them helping me mentally & physically, to me for what I reconize they the Medical and E.T.C. for D.C.C. all they are doing is experiencing some of the same defects within myself that they the Medical Vendors in which you have already Ruled to a certain degree, that Correctional Medical Services are the sole and Number one defendents that are and were the ones who helped violate my Civil Rights and put me through very Excessive cruel & unusual punishment. Exibit 1. My Psychiatric Care, They are still experimenting because if not

4. AND Judge Sue L. Robinson: I wouldn't of had to be hospitalized with all kinds of new meds. Just like, when C.M.S and D.C.C. were a Center of an Investigation, and the Government helped me and other's Render, a favorable discission for mostly good Merrits. Exibit: 2. Hepatitis C., They havent gave me any treatment as of yet for it.

5. And it is still an investigation going on here at D.C.C. and the other Del Penal systems. Exibit #4 Bad Knee. Exibit #3 Blurred vision cannot see good.

Now Judge Robinson: All I would like to know before I personally Amend my complaint and try to get some legal assistance, Dr. Canulli Psychiatrist Here at D.C.C., what humanly possible do he or the Med system want from me blood or death, I don't understand these people any more, Dr Canulli, under his orders I've been in and out infirmary. I will continue to write, Since #6/13/07 and so on

Angelo Lee Clark - S.B.I. #233209
Delaware Correctional Center
1181 Paddock Road.
Smyrna, Delaware
19977

Legal Mail

United States District Court - Clerk of Court
For the State of Delaware
844 North King Street - Lockbox #18
Wilmington, Delaware
19801

Legal Mail