Medications that were
Administered, To my mind Body
And soul.                    06-465

1. _Complaint:_ Judge _Sue. L. Robin_
N.OW Ms Judge Robinson dom
Corrosponding with A Honest Level
A Couple of Year before you sent your invlen
Tion Down Here Through mail, NOW Judge Robinson
The mail Reason of This Summorly, AND I'AD
m, going To sent you with Copy going To
The Goverment Agents That Took my
Case of Civil Rights Abuse Along with the dom
And unusual Punniatment, NOW HONORABLE
3. Judge: _Sue L. Robinson_; AND The Reason
Clinition MR Single or As He Told me To
Call Him M.S, He Told me A Couple
of Day's before he goe's if I
Need Him, Call        I HAVE His
4. As FAR were        Cell AN Home
I Need To go             Number
For Propression
Head Falcuty Mind      Thank You!
IN Capantlys. AND      May God Bless
Judge _Sue. L. Robinson_
And Like To you in my _Claim_
As Well As The Goverment
REAL COMPENSATION

**DCC Delaware Correctional Center**
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

**Date:** 10/04/2007

## GRIEVANCE REPORT

### OFFENDER GRIEVANCE INFORMATION

| | | | |
|---|---|---|---|
| **Offender Name :** CLARK, ANGELO L | **SBI#** : 00123209 | **Institution** : DCC | |
| **Grievance #** : 142907 | **Grievance Date** : 09/26/2007 | **Category** : Individual | |
| **Status** : Unresolved | **Resolution Status :** | **Resol. Date :** | |
| **Grievance Type:** Health Issue (Medical) | **Incident Date** : 09/26/2007 | **Incident Time :** | |
| **IGC** : McCreanor, Michael | **Housing Location :** Bldg D/Infirmary, D/Observation, Cell 185, Single | | |

### OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** Inmate Claims: I inmate Angelo Lee Clark have noticed that one of the new meds, that I am taking at the present time "Lozarill" has been missing from my PM dose and I asked Tanya the nurse on the 3 to 11 shift what¿s going on and she stated to me in front of Sergeant Collier that she doesn't know what¿s going on but I should take that up with the Psychiatrist and like I told her I don't understand one way or the other but I do know this every time I ask to see him or the clinician Mr. S the nurses or staff tell me either I will see the psychiatrist. Tomorrow or next week.

**Remedy Requested** : I request that since I'm suppose to be on a new med then will somebody please try to explain to me how it should work for me, and also will I be able to benefit from it in a positive way or is Dr. Canulli and gang still up to there experimentation process.

### INDIVIDUALS INVOLVED

| Type | SBI # | Name |
|---|---|---|
| | | |

### ADDITIONAL GRIEVANCE INFORMATION

| | |
|---|---|
| **Medical Grievance :** YES | **Date Received by Medical Unit :** 10/04/2007 |
| **Investigation Sent :** 10/04/2007 | **Investigation Sent To** : |
| **Grievance Amount :** | |



FILED
OCT 18 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
Scanned

**DCC  Delaware Correctional Center**
**Smyrna Landing Road**
**SMYRNA DE, 19977**
**Phone No. 302-653-9261**

Date: 10/04/2007

## INFORMAL RESOLUTION

| OFFENDER GRIEVANCE INFORMATION | | |
|---|---|---|
| **Offender Name :** CLARK, ANGELO L | **SBI#**     : 00123209 | **Institution**   : DCC |
| **Grievance #**   : 142907 | **Grievance Date** : 09/26/2007 | **Category**    : Individual |
| **Status**     : Unresolved | **Resolution Status:** | **Inmate Status :** |
| **Grievance Type:** Health Issue (Medical) | **Incident Date**    : 09/26/2007 | **Incident Time :** |
| **IGC**     : McCreanor, Michael | **Housing Location :** Bldg D/Infirmary, D/Observation, Cell 185, Single | |
| | **INFORMAL RESOLUTION** | |

**Offender's Signature:** _____

**Date**        : _____

**Witness (Officer)**   : _____

DCC **Delaware Correctional Center**
**Smyrna Landing Road**
**SMYRNA DE, 19977**
**Phone No. 302-653-9261**

## GRIEVANCE INFORMATION - IGC

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name :** CLARK, ANGELO L | **SBI#**          : 00123209 | **Institution**    : DCC |
| **Grievance #**   : 142907 | **Grievance Date**  : 09/26/2007 | **Category**    : Individual |
| **Status**     : Unresolved | **Resolution Status :** | **Inmate Status :** |
| **Grievance Type:** Health Issue (Medical) | **Incident Date**   : 09/26/2007 | **Incident Time :** |
| **IGC**      : McCreanor, Michael | **Housing Location :** Bldg D/Infirmary, D/Observation, Cell 185, Single | |

### IGC

**Medical Provider:** Contracted Health Services          **Date Assigned** 10/04/2007

**Comments:**

[ ] **Forward to MGC**          [x]  **Forward to Medical Provider**     [ ]   **Warden Notified**

[ ] **Forward to RGC**          **Date Forwarded to MGC :**

[ ] **Offender Signature Captured**     **Date Offender Signed**     :

**DCC  Delaware Correctional Center**
**Smyrna Landing Road**
**SMYRNA DE, 19977**
**Phone No. 302-653-9261**

Date: 10/04/2007

## GRIEVANCE INFORMATION - MEDICAL PROVIDER

### OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name :** CLARK, ANGELO L | **SBI#** : 00123209 | **Institution** : DCC |
| **Grievance #** : 142907 | **Grievance Date** : 09/26/2007 | **Category** : Individual |
| **Status** : Unresolved | **Resolution Status :** | **Inmate Status :** |
| **Grievance Type:** Health Issue (Medical) | **Incident Date** : 09/26/2007 | **Incident Time :** |
| **IGC** : McCreanor, Michael | **Housing Location :** Bldg D/Infirmary, D/Observation, Cell 185, Single | |

### MEDICAL PROVIDER

**Provider Name :** Contracted Health Services          **Date Received :** 10/04/2007

### MEDICAL HISTORY

| Dates | Treatment |
|---|---|
| | |

### DECISION

**Decision Date:**                    **Vote :**

**Comments    :**

Disposition— FOR THE Negligent WORKING, SKILLS.
AND Both of The Psychiatrist At Kent SAID MY
Doxterity

Depakote    500 mg      3 times a day     IS OFF BALANCE
AGAIN IN MOST OF
my motox
5X. 11s

Lopid    600 mg     ~~HCL~~
Twice a day

Hydrodiuril    25 mg     once a day

Nitro - Dur patch   0.1 mg    once a day

Protonix   · 40 mg     once a day

K - Dur    20 meg.    Twice a day

Inderal    40 mg,    Twice a day

CHLOZORIL   25 mg   P.O.   TWICE A DAY
They HAD To Discontinue
BECAUSE IF They HAD it
Ativan    1 mg    as needed every four hours   would of put me
IN ANOTHER
SIEZURE

Admitted
PT 30, WHEN
GUARDS
GES
I ME.     Chlozoril   150 mg - 200 mg   Twice a day   good   stopped
INTIOUVES                                              AND ONE
KENT GENERAL
BAY HEALTH
CENTER.     Kent General Hospi    Bayhealth
NATOSHA MORRIS HEAD
NURSE    7 /3 AM KENT GENERAL   NURSE   Medical Center
DEBBIE NURSE   10/3/07    D.C.C.

DCC  Delaware Correctional Center
Smyrna Landing Road
SMYRNA DE, 19977
Phone No. 302-653-9261

Date: 10/04/2007

For The District of The U. States of America For the State of Dela

Angelo Lee Clark
✓ Plaintiff,
)
)
) Action - No 1:06 v 465 - S.L.R. ET. AL
)

Correctional Medical
Servises - ET-AL
✓ Defendants
)
)
)
)
)
)
)
)



DMS

Craig Ben Clark S.B.I # 123209
D.C.C. Infirmary
1181
Paddock Rd
Smyrna, De
19977

*Legal Mail*

Legal

In The Department of U.S. Government
Federal Bldg # 144 Lock #18 District Court
For The State
Wilmington, Delaware
OF DELAWARE.

C/o The Honorable
Judge Sue L. Robinson 19801

*Legal Mail*

UNITED STATES POSTAGE
$ 00.580
PITNEY BOWES
02 1A
0004608975
MAILED FROM ZIP CODE 19977
OCT 17 2007