# MARKS, O'NEILL, O'BRIEN & COURTNEY, P.C.

**PHILADELPHIA OFFICE**
1800 JFK BOULEVARD - SUITE 1900
PHILADELPHIA, PA 19103
(215) 564-6688
FAX (215) 564-2526

**NEW YORK OFFICE**
530 SAW MILL RIVER ROAD
ELMSFORD, NY 10523
(914) 345-3701
FAX (914) 345-3743

**MARYLAND OFFICE**
600 BALTIMORE AVENUE - SUITE 305
TOWSON, MD 21204
(410) 339-6880
FAX (410) 339-6881

ATTORNEYS AT LAW
SUITE 800
913 N MARKET STREET
WILMINGTON, DE 19801

(302) 658-6538
FAX (302) 658-6537

**NEW JERSEY OFFICE**
COOPER RIVER WEST
6981 NORTH PARK DRIVE - SUITE 300
PENNSAUKEN, NJ 08109
(856) 663-4300
FAX (856) 663-4439

**PITTSBURGH OFFICE**
707 GRANT STREET
GULF TOWER - SUITE 2600
PITTSBURGH, PA 15219
(412) 391-6171
FAX (412) 391-8804

**BUCKS COUNTY OFFICE**
10 SOUTH CLINTON STREET - SUITE 302
DOYLESTOWN, PA 18901
(267) 880-3696
FAX (267) 880-0545

October 26, 2007

Attn: Clerk of Court
U. S. District Court
    for the District of Delaware
844 North King Street, #4209
Wilmington, DE 19801

Re:   Clark v. CMS, et al.
      C. A. No. 06-465-SLR
      Our File No. 413-79533

Dear Clerk of Court:

I have seen the Courts electronic notice of Plaintiff's Sealed Exhibits (D.I. 77) regarding the Plaintiff's letter to the Court, docketed as D.I. 76.

If the exhibits do not pose a health hazard, please send a copy as I have not received those documents, or advise what I should do to learn what has been filed.

Thank you.

Respectfully submitted,

PATRICK G. ROCK

PGR/mlm
cc:   Mr. Angelo Clark

DE094573.1