IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANGELO CLARK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 06-465-SLR |
| | ) |
| CORRECTIONAL MEDICAL SYSTEMS, | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

**WHEREAS**, the pro se plaintiff in the above captioned litigation was directed, by order issued August 30, 2007 (D.I. 66), to not include such personal objects as his nitroglycerin skin patches in his papers to the court, as such objects pose a health hazard to court personnel; and

**WHEREAS**, plaintiff has since submitted multiple papers to the court that contain material on the envelopes which screen positive for trace explosives;

**NOW, THEREFORE,** at Wilmington this 9th day of November, 2007,

**IT IS ORDERED** that the above captioned case is hereby dismissed, without prejudice, for abuse of the judicial process. The court will not accept any papers from said plaintiff that present a risk for such hazards as described above.

_____
United States District Judge