IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ANGELO CLARK, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C. A. No. 06-465 - SLR |
| | : | |
| REGIONAL MEDICAL FIRST | : | TRIAL BY JURY OF |
| CORRECTIONAL, | : | TWELVE DEMANDED |
| MANAGER ANGELA WILSON, AND | : | |
| CORRECTIONAL MEDICAL SERVICES, | : | |
| | : | |
| Defendants. | : | |

**WITHDRAWAL OF APPEARANCE**

PLEASE WITHDRAW the appearance of Patrick G Rock, Esquire as attorney for Defendant Correctional Medical Services. Megan T. Mantzavinos, Esquire and Ryan M. Ernst, Esquire will remain as counsel for said Defendant.

/s/ Patrick G. Rock
Patrick G. Rock, Esquire (4632
Marks, O'Neill, O'Brien & Courtney, P.C.
913 North Market Street, #800
Wilmington, DE 19801
(302) 658-6538

DATED: November 20, 2007

DE096854.1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANGELO CLARK, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : C. A. No. 06-465 - SLR |
| | : |
| REGIONAL MEDICAL FIRST | : |
| CORRECTIONAL, | : |
| MANAGER ANGELA WILSON, AND | : |
| CORRECTIONAL MEDICAL SERVICES, | : |
| | : |
| Defendants. | : |

### CERTIFICATE OF SERVICE

I, **Patrick G. Rock, Esquire**, of Marks, O'Neill, O'Brien & Courtney, P.C., hereby certify that on this **20th** day of **November**, 2007, two copies of the attached **Withdrawal of Appearance** were served by regular mail, first class, postage prepaid, upon the following individual

Inmate Angelo Clark, *Pro Se*
SBI #123209
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

/s/ *Patrick G. Rock*
Patrick G. Rock, Esquire (I.D. No. 4632)

DE096855.1