CASE NO. 06-465-SLR DOCUMENT 66 FILED 8/30/0
PAGE 1 OF 2.

IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF DELAWARE

ANGELO CLARK
  plaintiff,

V

CORRECTIONAL MEDICAL
   SERVICES
      Defendant

CIV. NO. 06-465-SLR

FILED
FEB 27 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

ORDER

AT Wilmington this 30th day of August 2007, having recieved from plaintiff, for the third time (D.I. 10, 49, 64) papers that have as attachments nitroglicerin skin patches that plaintiff apparently pulled off of his body (given the fact that there is human hair stuck to the patches) and having just being informed that said skin patches (aside from being unsanitary) may cause such conditions as headaches, skin irritation, dizzyness and upset stomach to healthy individuals who come in contact with them, and having further concluded that said skin patches are not a necessary (or even) relevant part of the record

IT IS ORDERED THAT

1. The original submissions docketed items numbered D.I. 10, 49, 64 are hereby placed under seal, to protect, members of the clerks office, chambers and

_____

See Medline plus, Drug information: nitroglicerin skin patches, at http://www.nim.nih.gov/medline plus/ drug info/med master/a60-1085.html.

CASE 1:06-CV-00465-S.L.R DOCUMENT 66
FILED 8/30/07 - PAGE 2 OF 2

The public

2. Plaintiff shall not submit anything but papers to the Court. Any further submission accompanied by such personal objects as his nitroglicerin skin patches shall be placed under seal and docketed, but will not be scanned for public review, and will not be considered by the Court in connection with the merits of plaintiff's claims.

<u>Affidavit</u> <u>Signature</u>   <u>S.L.R</u>
Angelo L Clark   United District Court Judge
<u>Clerk of Court</u>: <u>Judge Sue. L. Robinson</u>

1. I personally believe that this was a frivolous matter on both parties, meaning Patrick G. Rock Lead Attorney, for C.M.S. and District Court. But it stems from me holding Dr Canulli as a <u>claimant</u>. But I want the court to recognize that he was only trying to help me, and I took it further and I just started knocking everyone in the head that was responsible for those Chlozoril overdoses.

2. I want to make it known that I want Dr. A. <u>Cunnulli</u> name to be dropped from my litigation, he hasn't done nothing but saved my life on a couple of occations and show me love.

Judge please work with me   may God

## Other Orders/Judgments
1:06-cv-00465-SLR Clark v. Reginal Medical First Correctional et al
PaperDocuments

### U.S. District Court

### District of Delaware

## Notice of Electronic Filing

The following transaction was entered on 8/30/2007 at 12:47 PM EDT and filed on 8/30/2007
**Case Name:** Clark v. Reginal Medical First Correctional et al
**Case Number:** 1:06-cv-465
**Filer:**
**Document Number:** 66

### Docket Text:
ORDER - The original submissions docketed as [49] Exhibit to a Document filed by Angelo Clark, [64] Letter, [10] MOTION to Amend/Correct [2] Complaint filed by Angelo Clark are hereby placed under seal to protect members of the Clerk's Office, Chambers and the public. Plaintiff shall not submit anything but papers to the court. Any further submissions accompanied by such personal objects as his nitroglycerin skin patches shall be placed under seal and docketed, but will not be scanned for public review, and will not be considered by the court in connection with the merits of plaintiff's claims. Signed by Judge Sue L. Robinson on 8/30/07. (fmt)

### 1:06-cv-465 Notice has been electronically mailed to:
Megan Trocki Mantzavinos mmantzavinos@mooclaw.com
Patrick G. Rock prock@mooclaw.com
Ryan M. Ernst rernst@mooclaw.com

### 1:06-cv-465 Notice has been delivered by other means to:

Angelo Clark
SBI #123209
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=8/30/2007] [FileNumber=437220-0]
[c295123459ed0b9489672f79055f5a3b937b576fa70dede3e8b4bd576621dcda6377
7e87e2df9d4d538d40ad2ff077eabb488321b0833b02012e335b1e375190]]

INMATE: Joseph Lee Clark
SBI# 193109  UNIT Jhu #17-A-Tier Handicap cell
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Legal mail

Office of the Clerk
United States District Court
844 North King Street Lock-box #18
Wilmington, Delaware
19801-3570

Legal Mail Honorable Judge Sue L. Robinson!
Legal Mail!