IN AND FOR THE UNITED STATES DISTRICT COURT FOR THE STATE OF DELAWARE

Angelo Clark
V.
Correctional Medical Services
AND
Regional Medical First Correctional Manager Angela Wilson.

C.A. NO. 06-465-S.L.R

Motion To Open Case NO. 06-465- Back Open Without predigous! On These Certain Grounds Listed in This motion To Reopen Case NO. 06-465-S.L.R.

Clerk of Court

Motion To Reopen Case NO. 06-465-S.L.R.

Grounds. 1. I Angelo L. Clark Just got out of Christiana Hospital, For open Heart Surgery To Have A PACEMAKER put in my chest so That my damaged Heart, could start functioning Again on its own, after being misdiagnosed, overly medicated and being overdosed with certain medication AND E.T.C.

2. Judge Sue L. Robinson! I Hope And pray That you Take This motion To Reopen my case-06-465 very serious on my behalf, To Reopen it because the Reason it was closed in The First place because I I as a litigant was heavenly suddated with experimental medication, And Some Times I didn't know if I was coming or going.

3. Honorable Judge Sue L. Robinson: I Have a quite of few exibits enclosed's, And Like Dr. Canulli said To The Court's most of my mental and health problems came from, The Med Vendors and Department of Corrections.

4. HONORABLE Judge Sue L. Robinson:

As the courts are aware of, I have been infected with Hep C Virus, I just recieved a pace maker for my heart because of the negligent treatment and misdiagnosis of medication that was administered to me three to four times daily mentally and physically.

5. Now I hope and pray that you HONORABLE Judge Sue L. Robinson: recieve a special touch from God Almighty while he is engaged in blessing you from heavenly above with a favorable monetary award relief for most of the cruel and unusual punishment I went through down D.C.C.

May God Bless!
Angela Lu Clark
Thanks for the Relief!

"New Address"
Delaware Psychiatric Center
Jane E. Mitchell Bldg.
1901 North Dupont Hyw
New Castle, De  19720

