IN AND FOR THE UNITED STATES ... For THE STATE OF Delaware

Angelo L. Clark

V.

Regional Medical First
CORRECTIONAL ET AL
AND
Correctional Medical
Services

April 26th 20

CASE NO - 1:06 - 465 - S.L.R.

MOTION To REOPEN CASE
NO - 1:06 - 465 - S.L.R.
WITH OUT PREJUDICE!

(100)

FILED

APR 29 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

TO THE CLERK OF COURT:

MOTION TO REOPEN CASE:

1. I PLAINTIFF Angelo L. CLARK, ON 4/9/08 WAS Rushed To Christiana Hospital FOR HEART FAILURE AND HAD to go UNDER A OPERATION FOR MY HEART AND HAD TO HAVE A PACE MAKER inplanted IN MY CHEST so THAT, I possibly could Live ANOTHER TEN - TO - FIFTEEN YEARS FOR HEART FAILURE AND AS OF Today I still HAVE To WEAR A 4.0 NITROGLICERIN patch ALONG WITH MY PACE MAKER Thats, How bad THE MEDICAL System ALONG With Department of Correction's WERE EXPERIMENTING ON ME AND misdiagnosis OF MY HEALTH AND MENTAL PROBLEMS.

2. AS A RESULT I ENDED BACK up here AT D.P.C. AND SINCE I've BEEN back HERE AT D.P.C. MY physical AND MENTAl HEALTH STATE is A LITTLE MORE SECURE, AS FAR AS ME HAVING SOME Thing To Live For, THEN A THEN A MURDEREST BLEAK ATTITUDE OF THE MED VENDOR's FOR THE DEPARTMENT OF CORREC-Tion's using ME AS A EXPERIMENT OR GINNIE PIG OR RESEARCH MONKEY FOR THESE REASON's I HOPE AND PRAY TO YOU HONORABLE Judge Sue L. ROBINSON; THAT YOU AND YOUR COURT TAKE IN CONSIDERATION That This MOTION BE GRANTED WITHOUT PREJUDICE; SO I CAN OBTAIN CER-IN AND SOME MONETARY DAMAGE'S ALONG WITH SOME KIND OF COM-ENSATION FOR ME AND MY FAMILY AND HEALTH AND E.T.C.!

May God Bless! Thanks For being a understanding Judge!

3. Also Judge Sue L. Robinson, I-plaintiff Angelo L. Cl.
Take All responsibility for being so bogged down physice
And mentally deranged when Document Number (81)
got dismissed, because I was heavenly sidated
off of psychotropical medication and was housed in the
shu where there isn't any means of litigating with
legal material, because, one week Law Library the
next no Law Library.

4. So Judge Sue L. Robinson:
     I put this Motion to reopen Document 81
with out prejudice, in accordance with I ask
The Court for EXTREME understanding and
Lieneincy in this Case.

5. And Hopefully Judge Sue L. Robinson you have certain
motions, That were given to you and your Court from Dr.
Anthony Canulli M.D - Head Psychiatrist for the med vendors
at D.C.C, He also included certain affidavids in which his
Medical Vendors and D.C.C. Ruin certain attributes on
my Body and Soul, I have copy of Exibits enclosed.

Thank You For Your
Time and Patience!
May God Bless!

Angelo Lu Clark
Delaware Psychiatric
Center
1901 Dupont Hyway
Supr E. Mitchell Bldg
New Castle, De
19720

New Address →

Legal Mail

Jacob Lee Clark  S.B.I #152209
Delaware Psychiatric Center
Jane E. Mitchell Bldg
1901 North Dupont Hwy
Newark, De 19720

Office of The Clerk
United States District Court
844 North King Street, Lockbox 18
Wilmington, Delaware  19801-3570

Legal Mail

Legal Mail

