IN THE UNITED STATES DISTRICT COURT FOR THE STATE OF DELAWARE

ANGELO L. CLARK
v.
REGINAL MEDICAL FIRST CORRECTIONAL ET-AL
AND
CORRECTIONAL MEDICAL SERVICES

) CASE NO. 1:06-465-S.L.R.
) MOTION TO AMEND, RECORDS
) OF CONSULTATION: OPEN CASE NO #81
) WITHOUT PREJUDICE EXIBIT NO #81
) AFFIDAVID Signed
) Angelo L Clark
) RD scanned

FILED MAY - 8 2008 U.S. DISTRICT COURT DISTRICT OF DELAWARE

To The Clerk Of The Court:

1. Honorable Judge Sue L. Robinson I AM asking the court to let me continue, Pro-se because Number one you can tell by the way that I was consulted, when I had my consultation that I also had to undergo a competency hearing, and Judge Sue L. Robinson you can tell what has been docketed on my docket sheet that I still have a lot of physical and mental problems, such as sealed documents, sealed amemded complaint exibit no #8, #11, #15, D.I. nos. #8 and #12 under seal per D.I. 16, sealed exibits re #30 motion remark copy of D.I. #35, #41, motion to appoint council, #44, #45, #48 remark exibit medical grievance 49, 50 sealed exibits medical order 52, #53, #54, #55 - scheduling order discovery 56, Redacted version of #57 sealed response to motion (Attachments) # exibit A #2 exibit B #3 exibit C #4 exibit D #5 exibit E #6 exibit F #7 exibit G #8 and thru exibit K #12 - proposed order #13 certificate of service. Notice of service 59, #61, #62, #63, #64 sealed exibits lab work results #65, #67, #70, #71 sealed exibits 73 regarding treatment.

2. As you can see Judge Sue L. Robinson: Burkett v. Wicker 2006 WL 170284, and Burkett v. Wicker 2006 WL 170849 mean's deliberate indifference, unconcern for my welfare, and most importantly disregard for my safety, and other serious risks and E.T.C. which means cruel and unusual punishment and torture, which mean's my civil rights keep being violated, which constitutes malpractice under 8TH Amendment. - Torture 41 U.S.C. § ... documents, and you will see every violation. In pursuant to 41 U.S.C. § 1983 pursuant to 28 U.S.C. § 1915 and § 1915A



Angelo Clark, SBI#123207
Delaware Psychiatric Center
James E. Mitchell Bldg.
1901 N. Dupont Highway
New Castle, DE 19720

U.S.M.S.
X-RAY

$00.41⁰
05/07 2008
Mailed From 19720
US POSTAGE
Hasler

Legal mail

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Del. 19801-3570

Official Business

Legal mail