IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANGELO CLARK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 06-465-SLR |
| | ) |
| CORRECTIONAL MEDICAL SYSTEMS, | ) |
| | ) |
| Defendant. | ) |

# O R D E R

At Wilmington this ⎵ day of May, 2008, having considered plaintiff's motions for reconsideration;

IT IS ORDERED that:

1. Said motions (D.I. 98, 100) are granted. The Clerk of Court is directed to re-open the above captioned action.

2. The following letters (D.I. 83-85, 87, 90-96, 102) are stricken from the record, as the court does not respond to letters, only motions.

3. Plaintiff's request for copies of medical records without payment is denied, considering that plaintiff chose to file said documents in a closed case.

4. Plaintiff may file an answering brief and affidavits, if any, to defendant's motion for summary judgment (D.I. 72) by **June 12, 2008.** Any reply brief shall be filed on or before **June 26, 2008.**

_____
United States District Judge