IN The United States District Court For The District of Delaware

Angelo L. Clark
v.
Reginal Medical First Correctional ET-AL
AND
Correctional Medical Services

Case No. 1:06-465 - Sue L Robinson

ANSWERING BRIEF AND AFFIDAVIT

Signed
Angelo Lee Clark

FILED
MAY 23 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

B scanned

## Motion For Answering Brief: To Clerk of Court.

1. This is A §1983 Action Filed by Angelo L Clark who At The Time when I was seeking medical damage for the Cruel and unusual punishment, That They The medical Vendor's for The Department of Correction's All of the physical doctor's and psychiatrists, and nurse's

2. They Didn't only violate my Eighth Amendment But my Civil Rights Key-1091 - And cruel and unusual punishment Key-1546, it states a prisoners Rights To Medical Treatment was merely Elusive when it came To me, L.J 427 (1983) Wendy L. Williams Comment Cruel and unusual Treatment Punishment-21-AM UL Rev-97 1977 John-V-Jacobi Prison Health obligations, and opportunities 31 AM J.L. And MED 447 (2005) (Analizing prisoner Health Care across four categories Communicle Diseases, And Mental illness, Chronic illness such As myself, inadequecies in Prison Health System's.

3. Along with myself The med vendors For The Department of Correction's, infected me with Hep C-Antibodies - Dr. Anthony Canulli overdosed me on Chlozoxill a couple of time, my Heart was -diagnosed so much with different psycho meds, To the i I had to Have a operation, and now as a result of the vendor's malpractice issues, I have a pace maker Now

4. They/The MED VENDORS along with the Department of Corrections, they even was giving me Rat poison, and Psychotropical MED's like Trazadone and Trilafon and a mess of other Psycho Drugs to make me trip in my mind and also Hallucinating, and them the MED VENDORS and D.O.C.'s main intentions was to see that I either Loose my mind or end up dead in one of the cells in the S.H.U. and E.T.C.

5. For the foregoing reasons, I feel as though the Court should GRANT ME, my Family and Grandchildren a Fair Summary Judgement on Liability of my claims. Pursuant to 42 U.S.C. § 1983. (D.I. 2) (D.I. 8) WEST V. ATKINS, 487 U.S. 42. 48 (1988). ESTELLE V. GAMBLE 429 U.S. 97, 104-06 [1976]) - I need compensation (some relief)

6. I have some Exibits attached in this Brief.

May God Bless!

Angela Lu Clark
5/21/08

Angela L. Clark   S.B.I #123209
Delaware Psychiatric Center
Jane E. Mitchell Bldg
1901 North Dupont Hwy
New Castle, De 19720

Office of The Clerk
United District Court
844 North King Street, Lockbox #18
Wilmington, Delaware
19801-3570

U.S.M.S. X-RAY

Legal Mail                    Legal Mail