In The United States District Court For The State of Delaware

Angelo L. Clark
v.
Reginal Medical First Correctional ET-AL
And
Correctional Medical Services

Case No - 1:06-465-S.L.R.

**Affidavit: For Brief And Summary Judgement.**

Signature:
Angelo L. Clark

FILED
MAY 28 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
/Rosann d/

Clerk of Court: Judge Sue L. Robinson:

1. Angelo L. Clark is sending the Court another **Summary Brief**, in connection with the negligence of the medical vendors down at D.C.C., concerning why my **Brain Bleed's** from time to time, and all of the Heart Problem's that the medical vendor's for D.C.C., that kept on misdiagnosing me of several faketicious illnesse's, to treat me with torture Malious and Cruel and unusual punishment. *Eighth Amendment violation*

2. Where sufficiently bad, part of pattern justifying (class-wide relief) Ancata v. Prison Health Services, Inc., 769 F.2d 700, 704 (11th Cir. 1985) if treatment was or wasn't so cursory as to amount to no treatment at all... in my case of serious medical problem's, (cause of faction stated) 991 F. Supp. 1452 (M.D. Fla. 1977) Holding that ignoring my pleas of a extremely sick M.A.M. meaning inmate who at times was experimented on with all types of Heart and Psychotropical Meds in which my case is and was a potentially gross negligence, with recklessly inadequate examinations. Pursuant to 42 U.S.C. § 1983. (D.I.2) And (D.I.8) And-E.T.C. And pursuant to 28 U.S.C. § 1983, 1915 § 1915A; The Court must accept as true factual allegation's in the complaint, and all reasonable inferences that can be drawn therefrom. Nami v. Fauver, 82 F.3d 63, 65 (3d Cir. 1996) (citing Holder v. City of Allentown, 987 F.2d 188, 194 (3d Cir. 1993).

3. Judge Sue L. Robinson: inside is a couple of copies of some r.e. different **med's** that they/the system has me taken, as though I'm still there secret. **Experiment** and ultiment **research monkey** for the med vendors, and D.C.C.! More Exibits!



Angela Lee Chat  S.B.I #123209
Delaware Psychiatric Center
Jane E. Mitchell Bldg
1901 North Dupont Hwy
New Castle, Delaware 19720

Office Of The Clerk
United States District Court
United States District Locker #18
844 North King Street
Wilmington, Delaware

Legal Mail