IN THE UNITED STATES DISTRICT COURT FOR THE STATE OF DELAWARE

ANGELO L. CLARK
V.
REGINAL MEDICAL FIRST CORRECTIONAL ET AL
AND
CORRECTIONAL MEDICAL SERVICES
        DEFENDENTS,

CASE NO: 1:06-465-S.L.R.
MOTION LETTER AFFIDAVIT
TO Judge SUE L. ROBINSON:

AFFIDAVIT
Signature
Angelo L. Clark

RECEIVED MAY 29 2008 U.S. DISTRICT COURT DELAWARE

## To The Clerk Of The Court

1. **Complaint,** I plaintiff Angelo L. Clark entered a complaint last September or October, about some of my award winning money missing, and when I wrote to the Courts to explain who took some of my award merit winnings from my lawsuit ledger, and the amount that I was able to discover missing was $489,000,216.00, and from talking to certain people in my circle that know what I have been through in that system, like I told you once before, my Mother Gloria Clark Cooper and my son Antione O. Clark, were my BENEFICIARIES. My emmediate family is very vicious towards me.

2. Judge Sue L. Robinson, would you please find out where and what happened to my award merit winnings account that I was awarded last year. How could my mother, son, sister and two brothers, treat me like I don't even exist because I want them prosicated to the fullest extent of law.

3. You can contact staff Lt Peter Forbes and E.T.C. The thing he told me before I left D.C.C. make sure no one beats or trick me out of my merrit award winning money from my civil rights lawsuite. I will testify and the justice will serve itself, I even believe there are frivolous buisness ventures open in my name. I've been in jail since 2004. Please help me serve Justi...



Onjele Lee Clark - S.B.I #123209
Delaware Psychiatric Center
James E. Mitchell Bldg
1901 North Dupont Hwy
New Castle, De 19720

Legal Mail

Office of The Clerk
United States District Court
844 North King Street - Lockbox #18
Wilmington, Delaware
19801-3570

Legal Mail