IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ANGELO CLARK, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C. A. No. 06-465 - SLR |
| | : | |
| REGIONAL MEDICAL FIRST CORRECTIONAL, | : | |
| MANAGER ANGELA WILSON, AND | : | |
| CORRECTIONAL MEDICAL SERVICES, | : | |
| | : | |
| Defendants. | : | |

## ENTRY OF APPEARANCE

PLEASE WITHDRAW THE APPEARANCE of Ryan M. Ernst, Esquire as attorney for defendant, Correctional Medical Services.

PLEASE ENTER THE APPEARANCE of Eileen M. Ford, Esquire as attorney for defendant, Correctional Medical Services.  This entry of appearance shall not be considered to be a waiver of any jurisdictional defects in service upon the defendant.  The defendant specifically reserves the right to raise jurisdictional, or service, or statute of limitations defects which my be available and to answer, object, or otherwise plead.  The appearance of Megan T. Mantzavinos, Esquire on behalf of defendant, Correctional Medical Services, shall continue.

/s/ Eileen M. Ford
Eileen M. Ford, Esquire (I.D. No. 2870)
Megan T. Mantzavinos, Esquire ( I.D. No. 3802)
Marks, O'Neill, O'Brien & Courtney, P.C.
913 Market Street, #800
Wilmington, DE  19801
(302) 658-6538
*Attorneys for Defendant*
*Correctional Medical Services*

DATED: June 4, 2008

{DE110376.1}

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ANGELO CLARK, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C. A. No. 06-465 - SLR |
| | : | |
| REGIONAL MEDICAL FIRST CORRECTIONAL, | : | |
| | : | |
| MANAGER ANGELA WILSON, AND | : | |
| CORRECTIONAL MEDICAL SERVICES, | : | |
| | : | |
| Defendants. | : | |

**CERTIFICATE OF SERVICE**

I, **Eileen M. Ford, Esquire**, of Marks, O'Neill, O'Brien & Courtney, P.C., hereby certify that on this **4th** day of **June**, **2008**, two copies of the attached **Entry of Appearance** were served by regular mail, first class, postage prepaid, upon the following individual

    Inmate Angelo Clark, *Pro Se*
    SBI #123209
    Delaware Correctional Center
    1181 Paddock Road
    Smyrna, DE 19977


                                                    */s/ Eileen M. Ford*
                                                    Eileen M. Ford, Esquire (I.D. No. 2870)