6/13/08

Angelo L. Clark
V.
Regional Medical First Correctional ET AL
AND
Correctional Medical Services

CASE NO. 1:06-465-S.L.R

Summary Judgement; AFFidavit BRIEF IN support of plaintiFF Claims:

AFFidavit:

Signature
Angelo L. Clark

2008 JUN 10 AM 8:3

Clerk of Court: Honorable Sue L. Robinson:

1. STATEMENT OF Claims: AND Facts!

This is A 1983 Action Filed by A prisoner of Delaware Correctional Center, who is seeking punitive, malpractise DAMAGES pursuant to 42 U.S.C. §1983 (D.I. 2) Through (D.I. 8) Evancho V. Fisher, 423 F.3d 347, 353 (3d Cir 2005) (Citing Boykins V. Ambridge AREA Sch. Dist. 621 F.2d 75, 80 (3d Cir, 1980) Additionally when bringing A claim: §1983 Claim.

2. I Angelo L. Clark is seeking DAMAGES such Relief of Judgement compensatory Relief, based on misuse, AND misJudgement, misdiagnostic of certain ailments To my Disease As far As my mental AND physical being was concerned As A inmate with multible Health problem's, which was incurred Through The Med vendors Abuse AND Negligence. Along with The Department of Corrections NOW. Judge Sue L. Robinson: This is my Due process of Denial of professional medical AND psychiatric Treatment by The Med vendors For The Department of Corrections, in AND For The STATE of Delaware In This Summary Brief AFFidavit, plaintiFF now moves For Summary Judgement on my claim's Arising From The maliciousnessly Treatment with negligence To Commit Torture AND Cruel AND unusual Treatment To me The The plaintiFF in This Civil Litigation, Against The Med vendor's. AND The Department of Corrections, For The STATE of Delaware

ENCLOSED ARE DOCUMENTS, AND EXHIBITS.

May God Bless

# DELAWARE PSYCHIATRIC CENTER
## PATIENT MEDICATION EDUCATION RECORD

**PATIENT** Exibit I Clark Angelo

**ALLERGIES** Navane Haldol Cogentin

| Medication Name (include generic) | Purpose | Dosage | Times | Side Effects Precautions/Dietary Restrictions | Date of Med Ed | Verbal/Written Return | Comments Follow-up Plan |
|---|---|---|---|---|---|---|---|
| Prilosec/omeprazole | antiulcer drug, prevents stomach from making acid, tx H.pylori, GERD | 20mg | 0800 | Diarrhea, nausea, vomiting, constipation, 'gas'; PO – 1H/2H/<3 days | | U | Cont. med education |
| Maalox/Al hydroxide 225 mg + Mg hydroxide 200 mg | antacid, decreases gastric pH | 30ml | PRN | Constipation; **Labs**- serum phosphate; | | U | Cont. med education |
| MOM/Mg hydroxide/ milk of magnesia | laxative, relieves constipation | 30ml | PRN | Diarrhea, nausea, abdominal cramps; | | U | Cont. med education |
| Acetaminophen (Tylenol) | nonnarcotic analgesic & antipyretic, TX mild pain or fever | 650mg | PRN | Hypoglycemia, Liver damage in toxic dosages | | U | Cont. med education |
| Zestril/prinivil/lisinopril | antihypertensive, controls BP | 5mg | 0800 | Orthostatic hypotension, headache, fatigue, nasal congestion, D, dizziness, daily BP, P; **Labs**-CBC, WBC, K, Na | | U | Cont. med education |
| My Diagnosis Risperdal/risperidone was Bipolar | antipsychotic, prevents occurrences of disturbing thoughts or hallucinations | 3.5mg | 2000 | Gastric distress, rhinitis, headache, anxiety, insomnia, photosensitivity, EPS, NMS, TD, monitor BP | | U | Cont. med education |
| Manic Depressive Zyprexa/olanzapine | antipsychotic, prevents disturbing thoughts & voices | 5mg PO or IM | PRN | Dizziness, insomnia, rhinitis, NMS, TD, HA, drowsiness, constipation | | U | Cont. med education |
| This med made my brain bleed | | | | Along with the | Rat | Poison I was | Given and etc |
| Never had Depakote/divalproex Na/valproic acid/ depakene syrup Seizures in life | anticonvulsant, prevents seizures, tx migrane, mania | 1000mg and 1250mg | 0800 and 2000 | NVD, HA, dizziness, photosensitivity, excessive drowsiness, wt gain, pancreatitis, toxic hepatitis,cannot be crushed; | Nor Hep C | U | |
| Never had Ativan/lorazepam | antianxiety, stops panic attacks, a benzodiazepine | 1mg PO and IM | | Sedation, drowsiness, amnesia-short term **Labs** - liver & renal function | | U | Cont. med education |

Heart Problems until they expermented on me, like I was there personal experiment!

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| clonidine HCl (catapres) | antihypertensive, tx HTN<br>NEVER bEEN HYPED | 0.1mg | PRN | Drowsiness, dizziness, sedation, rash, weakness, constipation, dry mouth, orthostatic hypotension, daily BP, P | | EXibit 2 | Cont. med education |
| MADE Blood<br>HydroDIURIL/ hydrochlorothiazide/ HCTZ<br>PRESSURE High EXPERIMENTING | diuretic, "water pill", tx edema, HTN, lowers B/P by urinating excess liquids | 25mg | 0800 | Anaphylaxis, dizziness, fatigue, weakness, muscle cramps, monitor BP, I&O, wt; K-depleting; | | | |
| NEVER HAD HEART<br>Nitroglycerin (nitrostat<br>Problems | antianginal, tx angina, relaxes blood vessels to increase blood flow to the heart and decrease pressure in the heart chamber | 0.4mg Patch | On at 0800 Off at 2000 | Nausea, vomiting, headache, orthostatic hypotension, flushing, palpitations; monitor BP | | | |
| Midrin/isometheptene mucate 65mg + dichloralphenazone 100mg + acetaminophen 325mg | nonnarcotic analgesic & antipyretic, tx migraine, vascular & tension HA | 1Tab | | KEEP BRAIN FROM<br>Transient dizziness, skin rash;<br>BLEEDING | | | |
| The MED VENDOR'S MADE MY HEART BAD<br>Aspirin/acetylsalicylic acid/ASA/ecotrin | nonnarcotic analgesic & antipyretic, anti-inflammatory, tx mild pain or fever, arthritis, decreases MI risk | 325mg PO | 1800 | Nausea, prolonged bleeding time, tinnitus, GI distress, Reye's syndrome, rash, anaphylaxis;<br>**Labs** - blood level, PT, hematocrit, hemoglobin, renal function; PO - 5-30min/25-40 min/1-4H<br>1 tab buffered contains 553 mg Na | | | |
| Multivitamin | provides additional nutrition | 1 tablet | 0800 | No reported side effects | | | |
| CAN'T DEPHICATE<br>Colace/docusate sodium<br>BECAUSE OF | laxative, maintains regularity, stool softener | 1 tablet | 0800<br>1700 | Mild abdominal cramping, protect from light; PO-24-72H/24-72H/24-72H | | | |
| INTESTINAL<br>Norvasc/amiodipine besylate<br>BLOCKAGE | antianginal, tx hypertension, angina<br>MIS DIAGNOSAGE OF ILLNESS | 5mg | 0800<br>1700 | N, headache, dizziness, edema, monitor BP, monitor for swelling of hands & feet, SOB | | | |
| Ativan/lorazepam | antianxiety, stops panic attacks, a benzodiazepine | 1mg PO | 0800<br>2000 | Sedation, drowsiness, amnesia-short term<br>**Labs** - liver & renal function | | | |
| | | | | | | | |

Exibit 3

| INITIALS | SIGNATURE |
| --- | --- |
| LJS | LeVerne J. Smith LPN Contact These |
| SM | Susan Mann, LPN Contact Nurses |
| | Now I Take A whole lot |
| | of Different Med's To Keep |
| | me Alive. Different Med's |
| | Psycho And Physical! |

INSTRUCTIONS:
CODE:

Y = YES N = NO
\+ = Understands, verbalizes, keeps accurate daily med records
U = Does not understand, needs more work, unable to return
NA = Does not apply

Initial and sign at bottom

*Revised 12/06/02*

2008 JUN 10 AM 8:38



# Schizophrenia Fact Sheet

* It is estimated that more than 2.1 million American now have schizophrenia. There are more Americans with schizophrenia than there are residents of North Dakota, and Wyoming combined.

* One of every hundred Americans will fall victim to schizophrenia.

*Three-quarters of persons with schizophrenia develop the illness between 16 and 25 years of age. Initial onset before age 14 and after age 30 is unusual.

* Eugen Bleuler, A Swiss psychiatrist, introduced the term "schizophrenia" in 1911. In German, the term means "splitting of the thought process." The illness existed in earlier times under different names.

* Schizophrenia is not the same as "split personality." The illness depicted in "Three Faces of Eve" and "Sybil" is multiple personality disorder, or dissociative disorder–different from schizophrenia.

* Perhaps the most familiar symptoms of schizophrenia are hallucinations and delusions. Three-quarters of all schizophrenic persons have these symptoms, although not all those who have them are schizophrenics. Sometimes hallucinations are found in manic depressive illness, organic brain disorders, or substance abuse cases. This is my illness.

* Other symptoms of schizophrenia include "thought broadcasting" (in which it seems that one's thoughts are being transmitted externally), "thought insertions"(in which it seems that someone else's thoughts are being inserted into one's mind), and "thought blocking" (in which it seems that one's thoughts are being stopped by an external force). Altered sense of self, extreme confusion in thinking, and inappropriate responses to the environment can all be symptoms of schizophrenia.

* To be diagnosed as having schizophrenia, one must have associated symptoms for at least six months.

* The most common form of hallucinations are auditory experiences such as "voices." Other forms of hallucinations include visions that cannot be externally validated, or certain perceptions of touch, smell or taste.

*Another "mistaken belief" of a patient is a paranoid delusion in which a person may feel that he or she is being persecuted, when there is no basis for this in reality. Examples include a mistaken belief that the FBI or the CIA is tapping one's phone or that the Mafia is arranging for a hit man to "put one away."

*There is no credible scientific support for megavitamins (such as niacin) as an effective general treatment for schizophrenia.

*Sometimes persons with schizophrenia have "delusions of grandeur" in which they may believe that they are exalted persons, such as Jesus or Moses, or that they have been given some special message for humanity.

* Studies have indicated that 25 percent of those having schizophrenia recover completely, 50 percent are improved over a ten-year period, and 25 percent do not improve over time. This could be called the "rule of quarters." Recent advances in medication treatment have decreased the percentage of people who previously were deemed as unimproved.

*Scientists do not have unanimous agreement as to the cause of schizophrenia. Evidence indicates that the brains of persons with schizophrenia, as a group, are different than those who do not have the illness, and patients with schizophrenia have an overabundance of the brain chemical dopamine. A genetic factor is also supported by research. Additionally, man persons with schizophrenia claim that stressful events are a prelude to a psychotic break.

* By far the most effective treatments to date for schizophrenia are antipsychotic medications. Studies indicate that these drugs are highly effective for 70 percent of patients with schizophrenia. Another measure is that three out of five patients with schizophrenia (60%) stayed out of the hospital over a long period of time when continuing to use antipsychotic drugs, whereas those discontinuing the drugs had only one out of five (20%) chance of avoiding rehospitalization. In addition, according to one relieving auditory hallucinations, or voices.

*The Side effects of antipsychotic drugs are an issue that cannot be ignored. Some of these side effects are not serious and wear off over time. Other are serious and permanent. Patients should engage their psychiatrists in frank discussion about the questions of side effects of medications.

* Experts differ on the general value of psychotherapy for patients with schizophrenia. Many do benefit from supportive and reality-oriented "talk therapies" in conjunction with a drug regimen.

* Support groups can be a valuable adjunct in the treatment of schizophrenia-related disorders.

* Treatment and other economic costs due to schizophrenia are enormous, estimated between $32.5 and $65 billion (Rice, 1990, Wyatt, 1991). More hospital beds are occupied by persons with schizophrenia than any other illness.

*Some persons with schizophrenia have a certain flair for creativity. Both James Joyce and Vincent van Gogh had schizophrenia-related symptoms in the form of auditory hallucinations. The list included William Blake, August Strinberg, Ludwig Wittgenstein, Franz Kafka, and Friedrich Nietzsche. The famous ballet dancer Niijinski certainly had the illness.



National Schizophrenia Foundation
*Administering the Schizophrenics Anonymous (SA) Self-Help Network*
403 Seymour Street, Suite 202, Lansing, MI 48933
(517) 485-7168/(800) 482-9534 (Consumer Line)/(517) 485-7180 (fax)
Web sites: www.NSFoundation.org Revised 09/05/05

Document I



indifference to serious medical needs. U.S.C.A. Const.Amend. 8.

**[11] Sentencing and Punishment 350H ⚷1546**

350H Sentencing and Punishment
350HVII Cruel and Unusual Punishment in General
350HVII(H) Conditions of Confinement
350Hk1546 k. Medical Care and Treatment.
Most Cited Cases
Inmate asserting Eighth Amendment claim for deliberate indifference to his serious medical needs must demonstrate (1) that he had a serious medical need, and (2) that defendant was aware of this need and was deliberately indifferent to it. U.S.C.A. Const.Amend. 8.

**[12] Sentencing and Punishment 350H ⚷1546**

350H Sentencing and Punishment
350HVII Cruel and Unusual Punishment in General
350HVII(H) Conditions of Confinement
350Hk1546 k. Medical Care and Treatment.
Most Cited Cases
Either actual intent or recklessness will afford an adequate basis to show deliberate indifference supporting Eighth Amendment claim for deliberate indifference to inmate's serious medical needs. U.S.C.A. Const.Amend. 8.

**[13] Sentencing and Punishment 350H ⚷1546**

350H Sentencing and Punishment
350HVII Cruel and Unusual Punishment in General
350HVII(H) Conditions of Confinement
350Hk1546 k. Medical Care and Treatment.
Most Cited Cases
In the context of Eighth Amendment claim for deliberate indifference to inmate's serious medical needs, seriousness of a medical need may be demonstrated by showing that the need is one that has been diagnosed by a physician as requiring treatment or one that is so obvious that a lay person would easily recognize the necessity for a doctor's attention. U.S.C.A. Const.Amend. 8.

**[14] Sentencing and Punishment 350H ⚷1546**

350H Sentencing and Punishment
350HVII Cruel and Unusual Punishment in General
350HVII(H) Conditions of Confinement
350Hk1546 k. Medical Care and Treatment.
Most Cited Cases
When denial or delay of medical treatment causes inmate to suffer a life-long handicap or permanent loss, the medical need is considered serious for purposes of Eighth Amendment claim for deliberate indifference to inmate's serious medical needs. U.S.C.A. Const.Amend. 8.

**[15] Sentencing and Punishment 350H ⚷1546**

350H Sentencing and Punishment
350HVII Cruel and Unusual Punishment in General
350HVII(H) Conditions of Confinement
350Hk1546 k. Medical Care and Treatment.
Most Cited Cases
Official's denial of inmate's reasonable requests for medical treatment constitutes "deliberate indifference" if such denial subjects inmate to undue suffering or a threat of tangible residual injury. U.S.C.A. Const.Amend. 8.

**[16] Sentencing and Punishment 350H ⚷1546**

350H Sentencing and Punishment
350HVII Cruel and Unusual Punishment in General
350HVII(H) Conditions of Confinement
350Hk1546 k. Medical Care and Treatment.
Most Cited Cases
"Deliberate indifference" supporting inmate's Eighth Amendment claim may be present if necessary medical treatment is delayed for non-medical reasons, or if an official bars access to a physician capable of evaluating inmate's need for medical treatment. U.S.C.A. Const.Amend. 8.

**[17] Sentencing and Punishment 350H ⚷1546**

350H Sentencing and Punishment
350HVII Cruel and Unusual Punishment in General
350HVII(H) Conditions of Confinement
350Hk1546 k. Medical Care and Treatment.
Most Cited Cases
An official's conduct does not constitute "deliberate indifference" to inmate's serious medical needs unless it is accompanied by the requisite mental state, in that the official must know of and disregard an excessive risk to inmate health and safety; the official must be both aware of facts from which the inference can be drawn that a substantial risk of

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Document 3



350HVII Cruel and Unusual Punishment in General
350HVII(H) Conditions of Confinement
350Hk1546 k. Medical Care and Treatment. Most Cited Cases
Either actual intent or recklessness affords adequate basis to show deliberate indifference to inmate's medical needs. U.S.C.A. Const.Amend. 8.

**[6] Prisons 310 17(2)**

310 Prisons
310k17 Maintenance and Care of Prisoners
310k17(2) k. Medical and Mental Care. Most Cited Cases

**Sentencing and Punishment 350H 1546**

350H Sentencing and Punishment
350HVII Cruel and Unusual Punishment in General
350HVII(H) Conditions of Confinement
350Hk1546 k. Medical Care and Treatment. Most Cited Cases
Seriousness of inmate's medical need may be demonstrated by showing that need is one that has been diagnosed by physician as requiring treatment, or one that is so obvious that lay person would easily recognize necessity for doctor's attention. U.S.C.A. Const.Amend. 8.

**[7] Sentencing and Punishment 350H 1546**

350H Sentencing and Punishment
350HVII Cruel and Unusual Punishment in General
350HVII(H) Conditions of Confinement
350Hk1546 k. Medical Care and Treatment. Most Cited Cases
Where denial or delay causes inmate to suffer life-long handicap or permanent loss, medical need is considered "serious" for Eighth Amendment purposes. U.S.C.A. Const.Amend. 8.

ME

**[8] Sentencing and Punishment 350H 1546**

350H Sentencing and Punishment
350HVII Cruel and Unusual Punishment in General
350HVII(H) Conditions of Confinement
350Hk1546 k. Medical Care and Treatment. Most Cited Cases
Official's denial of inmate's reasonable requests for medical treatment constitutes "deliberate indifference" if such denial subjects inmate to undue suffering or threat of tangible residual injury. U.S.C.A. Const.Amend. 8.

**[9] Sentencing and Punishment 350H 1546**

350H Sentencing and Punishment
350HVII Cruel and Unusual Punishment in General
350HVII(H) Conditions of Confinement
350Hk1546 k. Medical Care and Treatment. Most Cited Cases
Deliberate indifference to inmate's medical needs may be present if necessary medical treatment is delayed for non-medical reasons, or if official bars access to physician capable of evaluating inmate's need for medical treatment. U.S.C.A. Const.Amend. 8.

**[10] Sentencing and Punishment 350H 1533**

350H Sentencing and Punishment
350HVII Cruel and Unusual Punishment in General
350HVII(H) Conditions of Confinement
350Hk1533 k. Deliberate Indifference in General. Most Cited Cases
To constitute deliberate indifference, prison official must know of and disregard excessive risk to inmate's health and safety; thus, official must be aware of facts from which inference can be drawn that substantial risk of serious harm exists, and he must also draw inference. U.S.C.A. Const.Amend. 8.

**[11] Sentencing and Punishment 350H 1533**

350H Sentencing and Punishment
350HVII Cruel and Unusual Punishment in General
350HVII(H) Conditions of Confinement
350Hk1533 k. Deliberate Indifference in General. Most Cited Cases
While inmate making deliberate indifference claim must allege that prison official was subjectively aware of requisite risk, he may demonstrate that official had knowledge of risk through circumstantial evidence, and fact-finder may conclude that official knew of substantial risk from very fact that risk was obvious. U.S.C.A. Const.Amend. 8.

**[12] Prisons 310 17(2)**

310 Prisons
310k17 Maintenance and Care of Prisoners

2008 JUN 10 AM 8:38

I HAVE TO TAKE A NITRO patch DOCUMENT I
EVERYDAY FOR REST OF MY
LIFE FOR MIS-DIAGNOSIS.
I'VE HAD TWO HEART ATTACKS SINCE
I'VE BEEN BACK AT D.C.C.



NITROGLYCERIN
0.2 MG/HR

Act (PLRA). Civil Rights of Institutionalized Persons Act, § 7(a), 42 U.S.C.A. § 1997e(a).

BEEN TO KENT GENERAL ON BOTH OCCATION'S!

**[5] Civil Rights 78 ⚿1319**

78 Civil Rights
78III Federal Remedies in General
78k1314 Adequacy, Availability, and Exhaustion of State or Local Remedies
78k1319 k. Criminal Law Enforcement; Prisons. Most Cited Cases

Futility exception did not exist to administrative exhaustion requirement imposed by Prison Litigation Reform Act (PLRA), and therefore fact that state inmate in his § 1983 suit sought monetary damages, a form of relief not available through prison grievance system, did not excuse his failure to exhaust administrative remedies before bringing the suit. Civil Rights of Institutionalized Persons Act, § 7(a), 42 U.S.C.A. § 1997e(a); 42 U.S.C.A. § 1983.

**[6] Civil Rights 78 ⚿1319**

78 Civil Rights
78III Federal Remedies in General
78k1314 Adequacy, Availability, and Exhaustion of State or Local Remedies
78k1319 k. Criminal Law Enforcement; Prisons. Most Cited Cases

State inmate's failure to exhaust administrative remedies available to him under prison grievance procedure warranted dismissal of § 1983 complaint asserting claim of deliberate indifference to inmate's medical needs. 42 U.S.C.A. § 1983; Civil Rights of Institutionalized Persons Act, § 7(a), 42 U.S.C.A. § 1997e(a).

**[7] Civil Rights 78 ⚿1091**

78 Civil Rights
78I Rights Protected and Discrimination Prohibited in General
78k1089 Prisons
78k1091 k. Medical Care and Treatment. Most Cited Cases

**Civil Rights 78 ⚿1095**

78 Civil Rights
78I Rights Protected and Discrimination Prohibited in General
78k1089 Prisons
78k1095 k. Transfer. Most Cited Cases

State inmate did not allege that he suffered any actual injury from attempt by prison medical staff to perform intravenous medical procedure or from his subsequent transfer to different correctional facility so that procedure could be performed there, but rather merely indicated that entire episode posed excessive risk to his health, thereby reflecting at most concern over potential harm that never occurred, and therefore complaint failed to allege actual injury that was prerequisite to claim under § 1983. 42 U.S.C.A. § 1983.

**[8] Civil Rights 78 ⚿1031**

78 Civil Rights
78I Rights Protected and Discrimination Prohibited in General
78k1030 Acts or Conduct Causing Deprivation
78k1031 k. In General. Most Cited Cases

Actual injury is a prerequisite to any claim under § 1983. 42 U.S.C.A. § 1983.

**[9] Sentencing and Punishment 350H ⚿1546**

350H Sentencing and Punishment
350HVII Cruel and Unusual Punishment in General
350HVII(H) Conditions of Confinement
350Hk1546 k. Medical Care and Treatment. Most Cited Cases

Warden and prison medical staff did not act with deliberate indifference to inmate's serious medical needs, in violation of inmate's Eighth Amendment rights, when medical personnel at correctional facility attempted to introduce fluids intravenously to regulate inmate's blood sugar levels and then, when nurse was unable to perform procedure successfully, transferred inmate to different correctional facility to ensure that procedure was performed correctly, notwithstanding inmate's contention that he should have been taken to local hospital, rather than different correctional facility. U.S.C.A. Const.Amend. 8; 42 U.S.C.A. § 1983.

ME ↓

**[10] Sentencing and Punishment 350H ⚿1546**

350H Sentencing and Punishment
350HVII Cruel and Unusual Punishment in General
350HVII(H) Conditions of Confinement
350Hk1546 k. Medical Care and Treatment. Most Cited Cases

To state a violation of the Eighth Amendment right to adequate medical care, inmate must allege acts or omissions sufficiently harmful to evidence deliberate



(OVER)

Document 3



68 at C-34-53). Clendaniel admitted to having had inmates out of their cells in violation of the prison's policies, and the Administrative Defendants disciplined Clendaniel for his violation. The Administrative Defendants also vigorously investigated the allegations that Clendaniel was having sexual relationships with inmates; however, their investigation revealed no evidence proving the truth of these allegations. (D.I. 68 at C-34-39). Second, to establish deliberate indifference in the failure to train and supervise context, courts have generally required a pattern of violations. *See e.g.* Board of County Comm'rs of Bryan County v. Brown, 520 U.S. 397, 404, 117 S.Ct. 1382, 137 L.Ed.2d 626 (1997) (discussing failure to train in context of municipality liability); Berg v. County of Allegheny, 219 F.3d 261, 275-276 (3d Cir.2000) (same). The Clendaniel incident is a single incident, which in the Court' view is insufficient to establish a pattern of violations. Given the policies and training materials promulgated by the Administrative Defendants, the lack of evidence concerning a pattern of violations of these policies by employees, and the Administrative Defendants' response to the Clendaniel incident, the Court concludes that Plaintiff cannot establish that the Administrative Defendants were deliberately indifferent with regard to the training and supervision of correctional officers and the promulgation of effective policies.[FN7] Because Plaintiff ***426** cannot as a matter of law establish the violation of a constitutional right, the Court concludes that the Administrative Defendants are entitled to qualified immunity on Plaintiff's failure to train and supervise claim.

FN7. In the alternative, even if Plaintiff could establish deliberate indifference, the Court concludes that Plaintiff cannot establish a causal link between the alleged failure to train and Plaintiff's injury. Plaintiff alleges that Defendant Hawkins did not just have sexual relations with her, but that Defendant Hawkins raped her with criminal intent. Plaintiff has not alleged what policies, procedures or training the Administrative Defendants could have given correctional officers to prevent such an intentional crime of violence. Indeed, Plaintiff offers no evidence to establish that even if additional training or policies would have been implemented, the criminal act by Defendant Hawkins would have been averted. *See e.g.* Abdeljalil v. City of Fort Worth, 55 F.Supp.2d 614, 620 (N.D.Tex.1999) (rejecting failure to train and supervise claim where no evidence existed that additional training would have prevented employee from intentionally stealing property). Defendant Hawkins testified that he was fully aware that sexual relations with inmates, whether consensual or not, was prohibited and that he could be criminally charged for engaging in such conduct, yet Defendant Hawkins allegedly engaged in the very conduct which he knew was against prison policies and state law. (D.I. 68 at C-65). Because Plaintiff cannot demonstrate a causal link between the alleged failure to train and her injuries, the Court concludes that Plaintiff cannot establish the violation of a constitutional right based on the failure to train and supervise.

D. *Post-Rape Trauma and Medical Care Claim*

MY BRAIN WAS

Plaintiff's claim concerning her medical care focuses primarily on the psychological care and treatment by the prison. Specifically, Plaintiff contends that the Administrative Defendants were deliberately indifferent to her psychological care following the alleged rape. Plaintiff submits an expert report from Susan Fiester, M.D. noting that Plaintiff received psychiatric treatment and medications, but opining that her treatment and medications were inadequate. (D.I. 59 at 39; D.I. 61 at B-16). According to Plaintiff, this expert report is sufficient to create a genuine issue of material fact as to whether the Administrative Defendants were deliberately indifferent to Plaintiff's serious medical needs.

THE MERE FACTS About MY MENTAl CAPACITY NEEDS

In response to Plaintiff's arguments, the Administrative Defendants offer the report of their own expert, Dr. Antonio Sacre, M.D., opining that the treatment Plaintiff received for her psychological complaints was adequate and appropriate. In addition, the Administrative Defendants contend that they cannot be held responsible for Plaintiff's medical and psychological care, because they were in no way directly involved with the care administered to Plaintiff. To this effect, the Administrative Defendants point out that Correctional Medical Systems provided Plaintiff with her psychological care. Because respondeat superior liability is precluded under Section 1983, the Administrative Defendants contend that they cannot be held liable for the actions or omissions of Correctional Medical Systems. Consistent with the framework for analyzing qualified immunity claims, the Court must

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Document 6

218151

# DELAWARE DEPARTMENT OF CORRECTIONS
# REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES

**FACILITY:** H.R.Y.C.I. (GANDER HILL)

**This request is for (circle one):** **MEDICAL** (circled) **DENTAL** **MENTAL HEALTH**

ANGELO LEE CLARK — **Name (Print)**

2-K-3 — **Housing Location**

12-15-55 — **Date of Birth**

00123209 — **SBI Number**

3/6/05 — **Date Submitted**

**Complaint (What type of problem are you having)** I AM STARTING TO HAVE PAIN IN CERTAIN PARTS OF MY BODY, AND I STILL HAVENT HAD MY EYES CHECKED. WHAT DO I HAVE TO DO GET SOME OUTSIDE LEGAL HELP.

Angelo Lee Clark — **Inmate Signature**

3/6/05 — **Date**

**The below area is for medical use only. Please do not write any further**

Scheduled to be seen

**S:**

**O: Temp:** ______ **Pulse:** ______ **Resp:** ______ **B/P:** ______ **WT:** ______

**A:**

**P:**

**E:**

This is why I believe that the Lump that I have on the Back of my head has grown, and still Causes me great pain And all they been for years giving me for Pain is 600 Motrin Tablets or 600 Tylenol Tablets

2008 JUN 10 AM 8:39

**Provider Signature and Title** **Date** **Time**

RECEIVED MAR 07 REC'D By

Document I

Multi-Purpose Criminal Justice Facility
Inter-Dept. Memo

TO: Angelo Clark 2-G - 10

FROM: Sgt. M. Moody, Inmate Grievance Chair

DATE: 7-21-05

RE: MEDICAL GRIEVANCE # 05-15413

Please be advised that your medical grievance has been received in the office of the Grievance Chair. In accordance with the Inmate Grievance Procedure 4.4, it has been forwarded to the Medical Department for processing.

If no one contacts you for an informal resolution or if your grievance can not be resolved informally, you will automatically be scheduled for a grievance hearing before the Medical Grievance Committee (MGC). Please keep in mind your grievance is only one of numerous others received in this office on a daily basis. Thank you for your patience.

2008 JUN 10 AM 8:39

Mr. Berg!
I've been Complaining about my Headaches along with the growth in the Back of my head and trauma that the Excessive meds have been putting me thru

# PATIENT VALUABLES ENVELOPE

Angelo Clark. Document 8

THIS FACILITY CANNOT ASSUME RESPONSIBILITY FOR ITEMS RETAINED IN YOUR POSSESSION. PATIENT UNDERSTANDS THAT BY SIGNING BELOW HE/SHE IS AWARE OF THIS POLICY AND VERIFIES THAT THE ITEMS LISTED BELOW AS INVENTORY ARE CORRECT AND THAT THE ENVELOPE HAS BEEN SEALED IN HIS/HER PRESENCE.

Angelo Lee Clark

SIGNATURE OF PATIENT DATE

[illegible] (sec)

ACCEPTED BY DATE

Angelo Clark

C54 [illegible]

5. 25-04

CASH

CURRENCY $70/100 $3.00 three dollars.

| NO. | VALUABLES (DESCRIPTION) | CHECK LIST (✓) |
|---|---|---|
| 1. | Black Shirt | |
| 2. | Black Pants | |
| 3. | Black dress Shoes | |
| 4. | | |
| 5. | | |
| 6. | | |
| 7. | | |
| 8. | | |
| 9. | BPB | |
| 10. | Blue Map | |
| 11. | Misc Papers | |
| 12. | Full disposable camera | |
| 13. | Black wallet | |
| 14. | [illegible] 24 DC | |
| 15. | Brown Belt | |

Symbax new drug for bipolar especially

REPOSSESSION OF VALUABLES — PATIENT ACKNOWLEDGEMENT OF RECEIPT IN ENTIRETY

PATIENT/RELATIVE/OTHER DATE HOSPITAL REPRESENTATIVE DATE

2008 JUN 10 AM 8:39

PRINTED IN U.S.A.

FORM 789 BRIGGS, Des Moines, Iowa 50306 800-247-2343

Document 9

# DELAWARE DEPARTMENT OF CORRECTIONS
# REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES

**FACILITY:** H.R.Y.C.I. (GANDER HILL)

**This request is for (circle one):** MEDICAL DENTAL MENTAL HEALTH

Angelo Lee Clark
**Name (Print)**

2-G-10
**Housing Location**

12-15-55
**Date of Birth**

123209
**SBI Number**

8/11/05
**Date Submitted**

**Complaint (What type of problem are you having)** I Keep Having And experiencing Head Pain, on a everyday Basis. And I've Written several sick Call Slip's, I Would Like To Know When I Will be seen. I Hope A.S.A.P Thank You.

Angelo Lee Clark
**Inmate Signature**

8/11/05
**Date**

**The below area is for medical use only. Please do not write any further**

Scheduled

**S:**

**O: Temp:** ______ **Pulse:** ______ **Resp:** ______ **B/P:** ______ **WT:** ______

**A:**

**P:**

**E:**

**Provider Signature and Title** **Date** **Time**

2008 JUN 10 AM 8:39

**3/1/99 DE01**
**Form# MED 263**

DOCUMENT II

# Correctional Medical Services

**DATE**: 05/03/06

**FROM**: MHU MEDICAL

**TO**: ANGELO CLARK 123209 SHU 17

**RE**: LAB

**YOUR LAB WORK DONE ON 01/24/06 WAS NORMAL.**

2008 JUN 10 AM 8: 39

DOCUMENT II

# Correctional Medical Services

**DATE**: 06/22/06

**FROM**: MHU MEDICAL

**TO**: ANGELO CLARK 123209

**RE**: LAB RESULTS

**YOUR LAB RESULTS COLLECTED 06/06/06 WERE NORMAL.**

2008 JUN 10 AM 8:39

DOCUMENT 13 - DR. ANTHONY CANULLI

EMERGENCY SERVICES AVAILABLE – 695-9145

Discharge Date: 5-24-04 Discharge Time: 12:15 PM

Code: 296.4

You have been prescribed the following medications to be taken as listed:

| Name: | Dose: | Frequency: | 9 am | 1 pm | 5 pm | 9 pm |
|---|---|---|---|---|---|---|
| | 20mg | bedtime | | | | X |
| | 500mg | three times a day | X | X | | X |
| | 1mg | bedtime | | | | X |
| | | | | | | |

Family given: ☐ Own medication(s) ☐ Prescription(s) ☐ Medication Sample(s) ☐ Coupon(s)

Follow-up appointments and referrals

| Appt. Date / Time | Referral | Written permission to release records: ☐ No ☐ Yes |
|---|---|---|
| | ☐ | Psychiatrist/ ARNP Name / Address / Phone Number |
| | ☐ | Primary Care Physician Name / Address / Phone Number |
| | ☐ | Medication Management Clinic: ☐ MHRC ☐ MHCJ ☐ |
| | ☐ | Injection Clinic: ☐ MHRC ☐ Univ. North ☐ MHCJ |
| | ☐ | ☐ Medical Follow-Up ☐ Health Dept ☐ Lab Tests ☐ Shand's Outpatient Clinic ☐ Apply for Clinic Card for: |
| | ☐ | ☐ Therapist: ☐ Support Group: |
| | ☑ | Link/Quest |
| | ☐ | Substance Abuse Treatment: |
| | ☐ | Case Management: ☐ MHRC ☐ MHCJ ☐ NWBH ☐ River Region ☐ Child Guidance Other: |
| | ☐ | Other: |

Discharged To: ☐ Home ☐ ALF / Group Home ☑ Shelter ☐ Quest/Link ☐ Hospital ☐ Other

Name / Address

Discharge Transportation ☐ Car ☐ Taxi ☐ Bus ☐ Ambulance ☐ Other

Nursing Staff:

Discharge Planner:

Discharge Escort (MHT):

☐ Community Resource pamphlet explained and given to patient

☐ Phone number(s) where I may be contacted for follow-up: ( ) ______ - ______ or ( ) ______ - ______

☐ I prefer to not be called ☐ I have read or had the above explained and understand my medication and discharge plans

Patient Signature: Parent/Guardian Signature:

2002 JUN 10 AM 8:40

| MENTAL HEALTH CENTER OF JACKSONVILLE DISCHARGE INSTRUCTIONS | NAME: ANGELO CLARK CID #: CID #80749 |
|---|---|

CONFIDENTIAL AND PRIVILEGED-PROFESSIONAL USE ONLY

RBHS PCR-1168 (10/03)

Angela Lu Clark S.B.I #123209
Delaware Psychiatric Center
Jane E. Mitchell Bldg
1901 North Dupont Hywy
New Castle, Del 19720

Legal Mail

Office of The Clerk
United States District Court Lockbox #18
844 North King Street
Wilmington, Delaware
19801-3570

Legal Mail

Legal Mail