IN THE UNITED STATES DISTRICT COURT FOR THE STATE OF DELAWARE

6/9/08

Angelo L. Clark
V.
Regional Medical First Correctional ET-AL AND Correctional Medical Services

CASE NO. 1:06-465-S.L.R.
(MOTION FOR)
AFFIDAVIT BRIEF IN! Support of Summary Judgement (D.I. 72)
AFFIDAVIT

FILED
JUN 13 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Affidavit - Brief For summary Judgement

Signature: Angelo L. Clark

Clerk of Court: Judge Sue L. Robinson

1. Statement of Facts: Enclosed you will find exibits and, documents in which violated my Eighth Amendment Rights, Civil Rights and my malpractice issues. under 42 U.S.C. § 1983 complaint of inadequate medical Treatment, deliberate indifference to my serious medical needs. Estelle v. Gamble. 429 U.S. 97, 104-06 (1976). As you are aware Judge Sue L. Robinson: They The Med Vendors For Dept of Corrections They Didnt only violate my 8th Amendment Due process as a Human being They Tortured, my my Body and soul with "Zyprexa," "Trassadone," Trilladon and E.T.C. To make me not only Turn into a mad dog with no Brain, But They The Med Vendors and Dept of Corrections made my Brain Bleed from Time To Time, and I have very Terrible Head Trauma on a everyday Basis. and E.T.C. and my poor Body is all Broken up, and now I Cant Hold my water I'm on Diapers every day, its like my whole system is shutting down.

3. HONORABLE Judge SUE L. ROBINSON:

it is Like I'm in The CARVEL Building, its Like I'm 80 yrs old AND CAN'T TAKE CARE OF myself I feel As though ME AS A PERSON The whole time I WAS INCARCERATED since, 2004 my whole CHARACTER HAS been Totally violated, AND At this PRESENT Time AND Age in my Life, I'm ASKING you FOR A NICE COMPENSATION PACKAGE AND MONETARY, punitive WAGES FOR most if not All of my inJustises!

4. AND Judge Sue L. Robinson:

I' HOPE AND PRAY THAT YOU AS The Godly influeneced PERSON that you Have become To Be, That my Summary Judgement-Brief AND Affidavit's OF (D.I. 72) Shews your Approval of A Favoriteble Judgement FOR ME. AND in Acceptence that you ARE A VERY good AND understanding Judge That I' AND GOD will Always ADMIRE your Caliber OF Judgementship!

INCLOSED is DOCUMENTS AND EXIBITS!

AND I Would Like To go to Trial if NESSASARY!

Thanks For Every Thing!

MAY GOD BLESS!

And Giving me another Chance!

[illegible] Lee [illegible]
Delaware Psychiatric Center
Jane E. Mitchell Bldg
1901 North Dupont Hyw
New Castle, Delaware
19720

Legal Mail

$02.19[illegible]
06/11/2008
Mailed From 19720
US POSTAGE

Office of The Clerk
United States District Court
844 King Street - Lockbox #18
Wilmington, Delaware
19801-3570

U.S.M.S.
X-RAY

Legal Mail

Legal Mail

Exibet

be any evidence in the medical records of torture and it appears more likely that the plaintiff was suffering from delusions brought on by his illness or manufacturing symptoms for secondary gain. However, even if the Plaintiff were given substantial leeway in his failure to meet his burden of persuasion that he will likely succeed on the merits, the Plaintiff cannot produce any evidence that irreparable harm will result if an Injunction is not granted.

B. There is no evidence that denial of an Injunction will result in Irreparable Harm to the Plaintiff.

As the medical records and Affidavit of Dr. Cannuli demonstrate, the Plaintiff continues to be monitored, evaluated, and treated for various diagnoses, including schizophrenia and bi-polar disorder. As of July 19, 2007, the Plaintiff has agreed to be compliant with his medication and it is expected that while he remains compliant, that his behavioral functionality will improve.

THEY NEW WHAT MY NEED'S WHERE INSTEAD THEY THE MED VENDORS RAPED MY BRAIN AND BODY! THIS IS AND WAS MY DISORDER BEFORE GOING TO D.C.C. AND THE DEPARTMENT OF CORRECTIONS AND THERE MED VENDOR

Attached as exhibit K are the Plaintiff's Medication Administration Records from June 2006 to July 19, 2007 that indicate the Plaintiff was prescribed medications, which include, HCTZ, MVI, Nitroglycerin Patch, Plendil, Colace, Lopid, Ditropan, Seroquel, Lithium, Ativan, Inderal, Prolosec and Ointment for dry skin. On July 19, 2007, Dr. Cannuli examined the Plaintiff and observed that the Plaintiff appeared to be decompensating and that the Plaintiff admitted to not always taking his medication because it made him feel funny. See July 19, 2007 Psychiatric Progress Note attached as exhibit J. The Plaintiff has since confirmed with Dr. Cannuli that he will be compliant with taking his medication. See affidavit of Dr. Cannuli attached as exhibit B.

The Plaintiff's recent court filings of July 20, 2007 (DI 65) wherein the Plaintiff has asked for a lawyer and his July 22, 2007 filing (DI 66) wherein the Plaintiff indicated

FILED
JUN 13 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

DE087045.1