IN THE UNITED STATES DISTRICT COURT FOR THE STATE OF DELAWARE

6/21/08

Angelo L. Clark
V.
Regional Medical First Correctional et-al
AND
Correctional Medical Services

CASE NO: 1:06-465-S.L.R.

AFFIDAVIT AND BRIEF IN Support of Compensentory Judgement of Claims.

AFFIDAVIT

Signature
Angelo L. Clark

FILED
JUN 23 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Clerk of The Court: Honorable Sue L. Robinson

1. Deliberate indifference to serious medical needs of prisoner constitutes, unnecessary and wanton infliction of pain proscribed by Eighth Amendment, The indifference was manafested by Prison Doctors and Nurses, intentionally denying or delaying access to medical care or intentionally interfering with Treatment. Estelle v. Gamble 97 S.Ct. 285 U.S. Tex, 1976, Also deliberate indifference to my serious medical needs or illneses or indusies that the medical vendors and the Department of Corrections caused me. Civil rights statue. U.S.C.A. Const. Amend 8; 42 U.S.C.A. § 1983

2. Also when the med vendors for the Dept of Corrections was using me as a experiment, Ginnie pig and finally there Research monkey for the med vendor's and D.O.C, They inflicted unnecessary sufferings on me by failure to treat my medical needs is and was in consistent with Contempo rary standards of decency and violates my Eighth Amendment. U.S.C.A.Con Amend. 8. - Estelle v. Gamble 97 S.Ct. 285. U.S. Tex, 1976. AND E.T.L

3. White v. Napoleon, 897 F.2d 103

C.A.3. N.J., 1990
complaint alleging that prison doctor intended to inflict pain on prisoners without any medical justification, And alleging a large number of specific instances in which doctor allegedly insisted on continuing courses of treatment that doctor knew were painful, ineffective, or entailed substantial risk of serious harm to prisoners, including burning of prisoner who complained he could not feel anything in his hands, refusing to prescribe medication to reduce risk of peptic ulcer caused by other medication, And refusing hospitalization of prisoner following a heart attack, sufficed to state a violation of the Eighth Amendment and a concomitant righ

4. Only unnecessary and wanton infliction of pain or deliberate indifference to serious medical needs of prisoners are sufficient egregious to rise to the level of a constitutional violation. U.S.C.A. Const. Amend. 8. Reducing me to an experimental monkey under the care of the medical vendors for the Department of Corrections for the state of Delaware. Also thus inflicting me with pure cruel and unusual punishment, with excessive punishment in my mind body and soul. The medications contributing to my deterioration of health; Zyprexa, side affects; brain bleeding, head aches, and anxiety, nervous disorder. Complainant can't control the functions of his bladder. Also upon further truths supporting my claims I have to wear a diaper from sun up to sun down. Other medications reducing me to the functions of a child are trillathon, trasadone, etc. 42 U.S.C.A. § 1983; U.S.C.A. Const. Amen.

5. Affidavit and Brief in Support of Punitive and Compensatory and Monatory Damages Judgement Claims of my Civil Rights 'Malpractice' Against: Regional Medical First Correctional ET-AL. AND Correctional Medical Services, under Civil Violations Rules 42 U.S.C. § 19

May God Bless you and your Chambers with a Godly Manafistation of Judgementship when you decide over this Litigation. I Trust that whatever Judgement you render in my fa will be Just. For the Cruel and unusua punishment and Torture that I Endured.

## EMERGENCY SERVICES AVAILABLE – 695-9145

Discharge Date: 5-2?-04   Discharge Time: 12:15 PM

*[handwritten across form:]* ORIGINAL HOW DID I END UP WITH SO MUCH TRAUMA MIND AND BODY 5-pm 5:00 pm!! MY MIND WAS RAPED!

**You have been prescribed the following medications to be taken as listed:**

| Name | Dose | Frequency | | | |
|---|---|---|---|---|---|
| [illegible] | 20 mg | bedtime | | | |
| [illegible] | 500 mg | three times a day | x | x | x |
| [illegible] | [illegible] | bedtime | | | x |

Family given: ☐ Own medication(s)   ☐ Prescription(s)   ☐ Medication Sample(s)   ☐ Coupon(s)

### Follow-up appointments and referrals

Written permission to release records: ☐ No   ☐ Yes

| Appt. Date/Time | Referral | |
|---|---|---|
| | ☐ | Psychiatrist/ ARNP   Name/ Address / Phone Number |
| | ☐ | Primary Care Physician   Name/ Address / Phone Number |
| | ☐ | Medication Management Clinic: ☐ MHRC ☐ MHCJ |
| | ☐ | Injection Clinic:   ☐ MHRC ☐ Univ. North ☐ MHCJ |
| | ☐ | ☐ Medical Follow-Up  ☐ Health Dept  ☐ Lab Tests  ☐ Shand's Outpatient Clinic  ☐ Apply for Clinic Card for: |
| | ☐ | ☐ Therapist:   ☐ Support Group: |
| | ☑ | Link/Quest |
| | ☐ | Substance Abuse Treatment: |
| | ☐ | Case Management: ☐ MHRC ☐ MHCJ ☐ NWBH ☑ River Region ☐ Child Guidance  Other: |
| | ☐ | Other: |

Discharged To: ☐ Home   ☐ ALF / Group Home   ☑ Shelter   ☐ Quest/Link   ☐ Hospital   ☐ Other:
Name / Address: [illegible]

Discharge Transportation: ☐ Car  ☐ Taxi  ☐ Bus  ☐ Ambulance  ☐ Other:

Nursing Staff: [signature]     Discharge Planner: N. Carl

Discharge Escort (MHT): [signature]  —  ☐ Community Resource pamphlet explained and given to patient

☐ Phone number(s) where I may be contacted for follow-up: ( )_____-_____ or ( )_____-_____
☐ I prefer to not be called    ☐ I have read or had the above explained and understand my medication and discharge plans

Patient Signature: [signature]     Parent/Guardian Signature: _____

| MENTAL HEALTH CENTER OF JACKSONVILLE | NAME: ANGELO CLARK |
|---|---|
| DISCHARGE INSTRUCTIONS | CID #: CID #80749 |

CONFIDENTIAL AND PRIVILEGED-PROFESSIONAL USE ONLY

RBHS PCR-1168 (10/03)

# Angelo Clark

Medication as of 8/21/04

- Colace 100mg - twice a day
- Valproic acid 500mg - in the morning
- Valproic acid 1000mg - in the evening
- Zyprexa 5mg - in the evening   ← made brain ache Tillitbl
- Geodon 40mg - twice a day   ← Helped destroy Heart
- Cogentin 0.5mg - twice a day   ← Allergic Too
- Aspirin 81mg - once a day
- Atenolol 100mg - once a day
- Plendil 10mg - once a day
- Lopid 600mg - twice a day
- HCTZ 25mg - once a day
- Zantac 300mg - twice a day
- Tums - 2 tabs - twice a day
- Tylenol 650mg - as needed - twice a day

To Much Meds ↓

Experimenting process To A Research Monkey WIN I WEAR A DIAPER CANT Control WASTE! oTher Exibits AND Documents

# DELAWARE DEPARTMENT OF CORRECTIONS
## REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES
### FACILITY: DELAWARE CORRECTIONAL CENTER

This request is for (circle one): **MEDICAL**  DENTAL  MENTAL HEALTH

Name (Print): Angelo Lee Clark
Housing Location: Lg #19 - upper - 2 - cell
Date of Birth: 12-15-55
SBI Number: 123209
Date Submitted: 11/24/06
Buz

Complaint (What type of problem are you having?): It seems like ever since I was admitted in the infirmary - on - 11/1/06 for cutting myself. On - 11-2-06 - Nurse 'RN Danyee' and Blood Lady 'Stephanie' - Danyee cleaned my cut as soon as she left the Hos patient Room next door, and Stephanie took blood from me.

Inmate Signature: Angelo Lee Clark
Date: 11/24/06

[Margin note, top right:] I personal want to examined professi A.S.A

[Margin note, right side:] said Dr. O ordered and she resign 2 mon ago. So do all I is defi six or seven times daily.

**The below area is for medical use only. Please do not write any further.**

S: 11/26/06 If there were any reason for you to be examined by a physician, the nurse would refer you. Nurses are capable of making assessment.

O: Temp: ___ Pulse: ___ Resp: ___ B/P: ___ WT: ___

A:

P:

E: EXPERIMENTATION PROCESS GINNIE PIG - RESEARCH monk 'HELP' I still feel as though Correctional medical system gave me something even if its not aids, it just don't feel right! Like my old self

Provider Signature & Title: ___  Date & Time: ___

3/1/99 DE01
FORM#:
MED
263

**RECEIVED OCT 12 2006**

BY: .......... D.C.C

FORM #584

**GRIEVANCE FORM**

# 9134

FACILITY: D.C.C.

DATE: 10/8/06

GRIEVANT'S NAME: Angelo Lee Clark

SBI#: 133209 #

CASE#: _____

TIME OF INCIDENT: Approximately 1:00 pm

HOUSING UNIT: Bldg 17# Shu-B-Lower-#7

BRIEFLY STATE THE REASON FOR THIS GRIEVANCE. GIVE DATES AND NAMES OF OTHERS INVOLVED IN THE INCIDENT OR ANY WITNESSES.

I Angelo Lee Clark, was awakened out of my sleep to go to a interview at Staff Lt Provaci, and Lt Welcome office, when I got there I was told by both Provaci and Welcome that mental health wanted me back in the Shu- for no apparent reason except I'm getting very manic depressive, and a little shizophrenic was beginning to kick in because I wasn't being medicated right, and have complained to other officers around the clock including some of the nurses, before I got sic. Now my main reason for filing this is wheres my watch! A the rest of commissary. I have my reciepts for all of them.

ACTION REQUESTED BY GRIEVANT: Where is the treatment at. I want my watch and other commissary products, that they took from me, and when Dwight Holden Chairperson of the parole board get a wift of this! he's even going to say how can you punish some one thats sick!, you know whats being said that

GRIEVANT'S SIGNATURE: Angelo Lee Clark   DATE: 10/8/06

CRUEL AND UNUSUAL PUNISHMENT & MENTAL ANGUI

WAS AN INFORMAL RESOLUTION ACCEPTED? ___(YES) ___(NO)

This is from the parole board! who basicly won't ever give me any relief!

(COMPLETE ONLY IF RESOLVED PRIOR TO HEARING)

GRIEVANT'S SIGNATURE: _____   DATE: _____

IF UNRESOLVED, YOU ARE ENTITLED TO A HEARING BY THE RESIDENT GRIEVANCE COMMITTEE.

cc: INSTITUTION FILE
    GRIEVANT

(How can you put him in Shu!)

My Illness Manic Depress Bipolar-Shizop

Not Behavior, Thats mental Hospital Health issues.

April '97 REV

✱

21815

# DELAWARE DEPARTMENT OF CORRECTIONS
# REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES

**FACILITY:** H.R.Y.C.I.    (GANDER HILL)

This request is for (circle one): **MEDICAL**  DENTAL  MENTAL HEALTH

Name (Print): ANGELO LEE CLARK

Housing Location: 2-K-3

Date of Birth: 12-15-55

SBI Number: 00123209

Date Submitted: 3/6/05

**Complaint (What type of problem are you having):** I AM STARTING TO HAVE PAIN IN CERTAIN PARTS OF MY BODY, AND I STILL HAVENT HAD MY EYES CHECKED. WHAT DO I HAVE TO DO GET SOME OUTSIDE LEGAL HELP.

Inmate Signature: Angelo Lee Clark

Date: 3/6/05

The below area is for medical use only. Please do not write any further

Scheduled to be seen

S:

O: Temp: _____ Pulse: _____ Resp: _____ B/P: _____ WT: _____

A: This is why I believe that the Lump that I have on the Back of my head has grown, and still cause me great pain

P:

E: And all they been for years giving me fa Pain is 600 Motrin Tablets n 600 Tylenol Tablets

APPROVED  MAR 0 7 REC'D  BY _____

Provider Signature and Title    Date    Time

3/1/99 DE01
Form# MED 263

## Multi-Purpose Criminal Justice Facility
## Inter-Dept. Memo

TO:        Angela Clark            2-G  — 10

FROM:      Sgt. M. Moody, Inmate Grievance Chair

DATE:      7-21-05

RE:        MEDICAL GRIEVANCE # 05-15413

Please be advised that your medical grievance has been received in the office of the Grievance Chair. In accordance with the Inmate Grievance Procedure 4.4, it has been forwarded to the Medical Department for processing.

If no one contacts you for an informal resolution or if your grievance can not be resolved informally, you will automatically be scheduled for a grievance hearing before the Medical Grievance Committee (MGC). Please keep in mind your grievance is only one of numerous others received in this office on a daily basis. Thank you for your patience.

*Mr. Berly!*
*I've been complaining about my Headaches along with the growth in the Back of my head and trauma that the excessive meds have been putting me thru*

**CMS DELAWARE**
**1181 PADDOCK RD**
**SMYRNA, DE   19977**

DATE: 08/18/06                                                        ~~INFIRMARY~~

FROM :MHU MEDICAL

TO: ANGELO CLARK   123320   ~~23~~   4    ~~WHAT BLDG?~~

RE: X-RAY

YOUR X-RAY THAT WAS DONE ON 08/11/06 WAS NORMAL.

# MEMO
## ORRECTIONAL MEDICAL SEk

TO: Clark, Angelo SBI# 123209 shu17 Bl-10

FROM: SHU/MHU MEDICAL

DATE: 6/20/06

REF: Lab Results 6/6/06


Just wanted to let you know that lab results came back normal.

*[signature] Scott NP C*

# Correctional Medical Services

DATE: 05/03/06

FROM: MHU MEDICAL

TO: ANGELO CLARK   123209   SHU 17

RE: LAB


YOUR LAB WORK DONE ON 01/24/06 WAS NORMAL.

# DELAWARE DEPARTMENT OF CORRECTIONS
# REQUEST FOR MEDICAL/DENTAL SICK CALL SERVICES

**FACILITY:** H.R.Y.C.I.   (ANDER HILL)

**This request is for (circle one)** (M)   DENTAL   MENTAL HEALTH

Name (Print): Angelo Lee Clark
Housing Location: 2-G-10
Date of Birth: 12-15-55
SBI Number: 123209
Date Submitted: 8/11/05

**Complaint (What type of problem are you having):** I keep having and experiencing head pain, on a every day basis. And I've written several sick call slips, I would like to know when I will be seen. I hope A.S.A.P Thank you.

Inmate Signature: Angelo Lee Clark
Date: 8/11/05

The below area is for medical use only. Please do not write any further

Scheduled

S:

O: Temp: ____ Pulse: ____ Resp: ____ B/P: ____ WT: ____

A:

P:

E:

Provider Signature and Title       Date       Time

3/1/99 DE01
Form# MED 263

Legal Mail

(Very Important)

The Honorable Judge Sue L. Robinson:
(Judge-Chambers')
To The Clerk of the Court

To The Honorable Judge Sue L. Robinson:
U.S. District Court for the STATE of Delaware
844 N. King Street Lock Box; #18
Wilmington Delaware
19801,-3570

Jane E Mitchell Building
1901 N. Dupont Hwy.
New Castle Del. 19720

Legal Mail

Legal Mail

Legal Mail