OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo  
CLERK OF COURT

LOCKBOX 18  
844 KING STREET  
U.S. COURTHOUSE  
WILMINGTON, DELAWARE 19801  
(302) 573-6170

June 23, 2008

**Angelo Clark**
SBI #123209
Delaware Phychiatric Center
James E. Mitchell Bldg.
1901 N. Dupont Highway
New Castle, DE 19720

    **RE:    Failure to Serve Documents on Opposing Counsel**

        CA 06cv465 *** <u>Clark v. Reginal Medical First Correctional et al</u>

Dear Mr. Clark:

    This office is in receipt of medical records and other documents you submitted to the Court for filing over the past two months.  To date, none of these documents have been served upon opposing counsel by yourself.

    Your documents do <u>not</u> conform to Rule 5 of the Federal Rules of Civil Procedure and L.R. 5.2(b) of the District Court's Local Rules.

    In order for your documents to be acceptable for filing, ***you must serve a copy upon all other counsel of record***.  Service must be indicated on your letter, or by a Certificate of Service, attached to the back of your letter.

    A copy of the current attorney listing for this case (with addresses) is attached for your convenience.

                                      Sincerely,

/rwc                                        PETER T. DALLEO
                                              CLERK

cc:   The Honorable Sue L. Robinson