June 25, 2008



CASE NO: 1.06-965-S.L.R.

To: Eileen M. Ford, Marks,
O'Brien &. Courtney, P.C.
913 North Market Street
Suite 800 Wilmington DE.
19801

From: Angelo Lee Clark
Pro Se SBI:123209
Delaware Psychiatric Center
James E. Mitchell Bldg.
1901 N. Dupont Highway
New Castle, DE. 19720



FILED
JUN 3 0 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

RE: Letter of Opposition Certificate of Service.

**LIST OF SUMMARY JUDGEMENTS**

A. (DI 72) June 12, 2008 and directed Defendants to file a reply brief on or before June 26, 2008.
B. Plaintiff filed a response to the Motion for Summary Judgment on May 29, 2008 (DI 106).
C. Thereafter, on June 10, 2008, Plaintiff filed a Motion for Summary Judgment on May 29, 2008(DI 106).
D. Additionally on June 18, 2008 Plaintiff filed a Brief in Support of the Motion for Summary Judgment (DI 114) and sealed medical records (DI 115),
E. Plaintiff's Motion for Summary Judgment (DI 112 & 114).

Under Civil Rights Violation 42. U.S.C. @ 1983.

Cruel & Unusual Inhuman Punishment and torture.
Gross negligence, experimentation as that of a lab rat and or research monkey for the medical vendors for the Department of Corrections for the State of Delaware. Also mis-diagnosis of mind body and soul. In afterward due to treatment complainant has to live with this illness and debilitating system failure at the hands of D.O.C. and C.M.S. under Regional Medical First Correctional Et-Al. The plaintiff is looking forward to bringing said case to the honorable courts if there can be no favorable outcome, after having the recorded time to come forward .

Pro Se Litigant
*Angelo Lee Clark* (signature)
Angelo Lee Clark

*Joan Y Evans* (signature)
6/25/08

## CERTIFICATE OF SERVICE

I, _Angela Lee Clark_, hereby swear under penalty of perjury that I have rendered service of a true and correct cop(ies) of the attached:

_Letter of Opposition – I oppose!_
(Title or Type of Motion or Request)

upon the following person(s) and/or agency(ies):

Regional Medical First
Correctional Manager
Angela Wilson, And Correctional
Medical Services, (ET-AL)

Eileen M. Ford, Marks O'Neill,
O'Brien & Courtney, P.C.
913 North Market Street
Suite 800 Wilmington DE 19801

Megan Trock, Mantzavinos Marks,
O'Neill O'Brien & Courtney, P.C.
913 North Market Street Suite 800
Wilmington, DE 19801

BY PLACING SAME IN A SEALED ENVELOPE, postage will be paid by the Delaware Department of Corrections/Pre-paid, and depositing same in the United States Mail at the Multipurpose Criminal Justice Facility, 1301 East 12th Street, Wilmington, Delaware.

On this _25th_ day of _June_, 200_8_.

_Angela Lee Clark_
(Your signature)

_Joan Y Evans_
_6/25/08_

Angel Lee Clark
Delaware Psychiatric Center
Jane E. Mitchell Bldg
#1901 North Dupont Hwy
New Castle, DE 19720

The Clerk of Court
The Honorable Sue L. Robinson
United States District Court
844 North King Street - Lockbox #18
Wilmington, DE
19801-3570