Angelo Lee Clark
Delaware Psychiatric Center
Jane E. Mitchell Bldg
1901 North Dupont Hwy
19720

July 20th 2008

Case No: 1:06-465-S.L.R

RE: LETTER TO THE HONORABLE Judge Sue. L. Robinson.

Dear Judge Sue. L. Robinson since I've been here at Delaware Psychiatric Center, Jane E. Mitchell Bldg, I have still been suffering mentally, and physically under the Psychiatric Center's attending Psychiatrists and physical doctor's with somewhat of a experimental type process as it was down at D.C.C with there medical vendors down at D.C.C and what I don't understand my situation is just getting worse, my system was already on the verge of shutting down because of the inhumane torture, and cruel and unusual treatment that I recieved from the med vendor's down at D.C.C. under Commissioner Stan Taylor and Danbers and now instead of my situation getting better it has turned for the worse under the new Administration here at D.P.C. What I really need is a couple of specialists medical and Psychiatrists. Enclosed is a ongoing Grievance Form. I'm like a mad dog without a brain. Please help me my life is slowly slipping away from me.)

May God Bless ya!


FILED
JUL 23 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

B scanned



**DELAWARE PSYCHIATRIC CENTER**
Grievance Form

NAME: Angelo Lee CLARK    DATE: 7-20-08
UNIT: Northside    ATTENDING PSYCHIATRIST: Dr. Gallucci / Dr. Watson
Hospital Director - Hassam Abdul

In the space below, please write your complaint or grievance. (Use additional pages if necessary.) If you need help in completing this form – Unit Staff, the Patient Advocate (255-2775), or the Director of Consumer Affairs (255-9421) will assist you. Give the completed form to unit staff or a member of your Treatment Team.

I Angelo Lee CLARK had to be helped by Jose Colone, Joe Shields, Nurse Susan, and Mike Celestine, as I fell and bumped my head. I have been falling and having urinary problems and numbness on my left side. It is my belief void of the needed consultation with outside physician which was scheduled yet canceled. It is also my belief that this is further experimentation because of the lack of critical care need for one at risk healthwise. Four days after the time I ~~c~~ fell down and bumped my head the referal was done by Dr. Lopez. I have been taking the medication midrin. It may be though I am not a doctor, I maybe being (I have been bumping my head and over medicated since I've been) Here

Patient/Family Signature: Angelo Lee Clark    Date: 7-20-08
Received By: [signature], CHA    Date: 7-20-08

- here. And the Doctors know and the Psychiatrist knows about it.)

**DIRECTIONS FOR UNIT DIRECTOR/DESIGNEE:**
Make a copy of this signed/dated Grievance Form for the patient or family. Fax a copy of the form to the Performance Improvement Dept. (255-4418) IMMEDIATELY, prior to the start of the investigation.

over medicated. This further lack of medical care as a violation of my rights to adequate medical care under the 8th Amendment. This is the foundation for a paper trail.

