IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ANGELO CLARK, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C. A. No. 06-465 - SLR |
| | : | |
| REGIONAL MEDICAL FIRST | : | TRIAL BY JURY OF |
| CORRECTIONAL, | : | TWELVE DEMANDED |
| MANAGER ANGELA WILSON, AND | : | |
| CORRECTIONAL MEDICAL SERVICES, | : | |
| | : | |
| Defendants. | : | |

**CORRECTIONAL MEDICAL SERVICES, INC.'S RESPONSE TO
PLAINTIFF'S LETTER TO JUDGE ROBINSON REGARDING REQUEST FOR
PSYCHIATRIC SPECIALIST
{Related Docket # 122}**

COMES NOW, Correctional Medical Services, Inc. (hereinafter "Defendant") by and through their undersigned attorney to hereby respond to Plaintiff's Letter to Judge Robinson Regarding Request for Psychiatric Specialist (DI 122) and in support thereof states as follows:

1. On July 23, 2008 Plaintiff, Angelo Clark filed a letter with the Court in which he complains that the treatment he is receiving at the Delaware Psychiatric Center (DPC) is causing him to suffer mentally and physically and that he is being treated with an "experimental type process" as he was at the Delaware Correctional Center (DCC). He requests the Court to appoint a "couple of specialists, medical and psychiatrists" and attached his DPC grievance form for the Court.

2. This recent filing is not applicable to the above referenced civil action as it is a complaint by Plaintiff against the current custodial provider of Plaintiff's psychiatric and medical treatment, namely DPC. Defendant CMS is not the medical provider at DPC.

{DE113840.1}

      3.      DI 122 should therefore be stricken from the record.

WHEREFORE, Defendant CMS respectfully request that DI 122 be stricken from the record as not being applicable to this case.

    /s/ Eileen M. Ford
Eileen M. Ford, Esquire (ID # 2870)
Marks, O'Neill, O'Brien & Courtney, P.C.
913 Market Street, Suite 800
Wilmington, DE 19801
(302) 658-6538
Attorney for Defendant
Correctional Medical Services

Date: August 1, 2008

{DE113840.1}

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANGELO CLARK, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : C. A. No. 06-465 - SLR |
| | : |
| REGIONAL MEDICAL FIRST | : TRIAL BY JURY OF |
| CORRECTIONAL, | : TWELVE DEMANDED |
| MANAGER ANGELA WILSON, AND | : |
| CORRECTIONAL MEDICAL SERVICES | : |
| | : |
| Defendants. | |

**CERTIFICATE OF SERVICE**

I, **Eileen M. Ford, Esquire**, hereby certify that on **August 1, 2008,** I electronically filed the **Correctional Medical Services, Inc.'s Response to Plaintiff's Letter to Judge Robinson Regarding Request for Psychiatric Specialist (DI 122)** with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

I have served, via first class, mail two copies of foregoing to the Pro Se Plaintiff:

Angelo Clark
SBI # 123209
Delaware Physchiatric Center
James E. Mitchell Bldg.
1901 N. DuPont Hwy
New Castle DE 19720

/s/ Eileen M.Ford
Eileen M. Ford, Esquire (ID No. 2870)
Marks, O'Neill, O'Brien & Courtney, P.C.
913 North Market Street, #800
Wilmington, DE 19801
(302) 658-6538
*Attorney for Defendant CMS*

{DE113943.1}