```
ANGELO LEE CLARK        )
    V.                  )   CASE NO: 1:06-465-S.L.R.
REGIONAL MEDICAL FIRST  )   RE: LETTER TO JUDGE SUE L. ROBINSON
CORRECTIONAL MANAGER    )
ANGELA WILSON ET-AL     )
    AND                 )
CORRECTIONAL MEDICAL    )
    SERVICES            )
                        )
```

RE: Letter to Sue L. Robinson, Honorable Judge/Federal Court. An Ammended update/pertaining to current treatment situation.

Dr. Lopez & Rn. Watson sanctioned a meeting with a Neurologist for testing of my mental motor skills. My medication has been changed from midrin to Topamax. I'm taking 50% to 100% of this medication along with midrin. According to the combination of those two drugs I feel more in control. However, it does not change the fact that I suffered at the hands of the Department of Corrections. There still needs to be more adequate care by D.P.C. in hopes with the favorable recomendation concerning the courts decision which I seek to determine the best course of action pertaining first my health and my civil litigation. The neurologist who did my testing was Dr. Summers here at D.P.C.

C.C.

**In The United States District Court for the State of Delaware**

|  |  |  |
|---|---|---|
|  | ) | 8-1-08 |
| Angelo Lee Clark | ) | Case No: 1:06-465-S.L.R. |
| V. | ) | Re: Letter Judge S.L.R. |
| Regional Medical First | ) |  |
| Correctional Manager | ) |  |
| Angela Wilson E T-AL | ) |  |
| And | ) |  |
| Correctional Medical | ) |  |
| Services | ) |  |

RE: Letter To Judge Sue L. Robinson Concerning what has Taken place on Correctional Services Medical Services sides as far as there paper work that I was supposed to answer in five days on there behalf.

If it will please the court I would like to present further exhibit(s) from Delaware's own News Journal dealing with the acknowledgement of fallacy and for incompetence, as well as negligent care of my person.

A. News Journal excerpts; "The Executive Branch has ignored this problem for too long," Copeland said. "The lack of improvement in Delaware's prisons continues to put corrections officers, inmates and the public at risk of unnecessary exposure to infectious disease and violence."
B. I was given Hepatitis C. while in the care of D.O.C. injected with many medications poisoning my system, as stated in previous documentation.
C. "For Gov. Minner to first decline comment on this situation, just as she so often declined to comment on the reports of abuse and neglect at D.P.C. is inexcusable," Copeland said. "The governor's term is not yet over; I would hope she recognizes that she still has six months left in office."
D. While in the care of D.P.C. under D.C.C. under D.O.C. as direct charge over my person as ward of the state correctional system. I have been deprived of adequate. Medical care. I have a pace maker as a direct result of miss-management of my medication dosage. I fall in the middle of the night attempting to use the lavatory. Cruel and un-usual punishment in the sense of not having the needed patience of medical practitioners to address my re-occurring problems. I am in the bodily function and or condition equivalent to that of a toddler.
E. This is also deliberate indifference because the Commissioner is and has been well aware or in receipt of this knowledge pertaining to the entire prison care state wide of C.M.S. – It has been way too long for the Democratic Administration to face up to the repeated failures at the Department of Correction," he said. "As governor, this failure at corrections makes our top-down review of all state government agencies, policies and procedures more important than ever. If the end, the only way to end the seemingly endless problems in the Department of Correction is to remove the administration

      which has ignored the problems for so long. Removing C.M S. is a laudable action, but in many ways it is another way of shifting blame."

Under Civil Rights Violation, 42 @ U.S.C. 1983.

A. This litigation has been lethargic in its proceedings accrue to the pile up of documents in hopes of my retreat fr     it. I pray humbly that the court governed by Your Honorable Judge Sue L. Robinson. To proceed with trial by Civilities of Law. Eileen Ford representative of C.M.S. continuing to give the courts tying "us" all up in the obvious "Dog chasing its Tail Routine.
B. Forcing me to lay against deadline after deadline. Trying for a dismissal to protect her clients.
C. I pray that the court see that this is a tactic widely used by big companies to protect itself as an "entity" to thwart the efforts by litigants.
D. If it will please the court may we "please" move on.

                                          Pro Se Thanks so much,

                                          Angelo Lee Clark May God Bless.



Crystal La Clark #143209
Delaware Psychiatric Center
Jane E. Mitchell Bldg
1901 North Dupont Hgwy
New Castle, De 19720

Legal Mail

The Honorable Judge Sue L. Robinson Judge Chambers
United States District Court For The State of Delaware
844 North King Street - LockBox #18
Wilmington, Delaware  19801-3570

Legal Mail