IN THE UNITED STATES DISTRICT COURT FOR THE STATE OF DELAWARE

ANGELA LEE CLARK )
PLAINTIFF )
 )
v. )   CASE NO: 1:06-465 S.L.R.
 )
REGIONAL MEDICAL FIRST )   (RELATED DOCKET (D.I.112-116 & 121))
CORRECTIONAL )
MANAGER ANGELA WILSON )   RESPONSE TO DEFENDANTS'
AND )   MOTION 123# FOR DISMISSAL
CORRECTIONAL MEDICAL )   OF SUMMARY JUDGEMENT.
SERVICES )   **I WANT TO GO TO TRIAL**
 )
 )

1. There is genuine issue of material fact that I Angela Lee Clark have, set out specific facts showing a genuine issue for trial." Fed R. Civ. P. 56(E)(2). And me as being a sworn new movant must present actual evidence that raises a genuine issue of material fact and may not rely on mere allegations, under this standard, the mere existence of evidence will support my claim as me being a new movant my position will be sufficient to defeat any other motion that the other party is trying to oppose as against me and my character.

2. All of my affidavits have been signed by witnesses signatures including Dr. Anthony Carnulli, a he cause he was there in Chlozenil and administered other psychotropic medication without actually diagnosing me, as the rest of the guilty party's who issued me Haplo Livas and many other cruel and unusual punishment and in harmful reckless of Mind, Body and Soul. Exhibit Complaint enclosed as facts photos

FILED
AUG -7 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

(D.1.16.12.14)(D.1.13)
D. An. Tit. 16 G 3103(C)
42. U.S.C. Civil Rights Violation 1983
PD scanned                Statement of Facts.

## CERTIFICATE OF SERVICE

I, _Angelo Lee Clark_, hereby swear under penalty of perjury that I have rendered service of a true and correct cop(ies) of the attached:

_Responce To Motion For Dismissal of summary Judgement (123)_ _(112-116-121)_
(Title or Type of Motion or Request)

upon the following person(s) and/or agency(ies):

Eileen Ford
Marks, ONeill, OBrien
& Courtney, P.C. 913 North
Market St suite 800
Wilmington, DE 19801

BY PLACING SAME IN A SEALED ENVELOPE, postage will be paid by the Delaware Department of Corrections/Pre-paid, and depositing same in the United States Mail at the Multipurpose Criminal Justice Facility, 1301 East 12th Street, Wilmington, Delaware.

On this _4th_ day of _August_, 200_8_.

_Angelo Lee Clark_
(Your signature)

Angela La Cinta #183209
Delaware Psychiatric Center
Sam E. Mitchell Bldg
1901 North Dupont Hyw
New Castle, De 19720

Legal Mail

Clerk of the Court
United States District Court
844 North King Street Lockbox #18
Wilmington, De
19801-3570

Legal Mail