IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ANGELO CLARK, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C. A. No. 06-465 - SLR |
| | : | |
| REGIONAL MEDICAL FIRST | : | TRIAL BY JURY OF |
| CORRECTIONAL, | : | TWELVE DEMANDED |
| MANAGER ANGELA WILSON, AND | : | |
| CORRECTIONAL MEDICAL SERVICES, | : | |
| | : | |
| Defendants. | : | |

**DEFENDANT CORRECTIONAL MEDICAL SERVICES, INC.'S RESPONSE TO PLAINTIFF'S LETTER AND AMENDED UPDATES PERTAINING TO CURRENT TREATMENT SITUATION**
**{DI 126}**

COMES NOW, Correctional Medical Services, Inc. (hereinafter "Defendant") by and through their undersigned attorney to hereby respond to Plaintiff's Letter and Amended Updates Pertaining to Current Treatment Situation (DI 126) as follows:

1. This filing does not pertain to the above referenced action as it deals with Plaintiff's current treatment which is being provided by Delaware Psychiatric Center (DPC). Defendant is not the medical provider for DPC.

2. Defendant takes no position on DI 126

WHEREFORE, Defendant notifies the Court that it takes no position on DI 126.

/s/ Eileen M. Ford, Esquire
Eileen M. Ford, Esquire (ID No. 2870)
Megan Mantzavinos, Esquire (ID No. 3802)
Marks, O'Neill, O'Brien & Courtney, P.C.
913 North Market Street, #800
Wilmington, DE 19801
(302) 658-6538
Attorney for Defendant CMS

Date: August 12, 2008

{DE114537.1}

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ANGELO CLARK, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C. A. No. 06-465 - SLR |
| | : | |
| REGIONAL MEDICAL FIRST | : | TRIAL BY JURY OF |
| CORRECTIONAL, | : | TWELVE DEMANDED |
| MANAGER ANGELA WILSON, AND | : | |
| CORRECTIONAL MEDICAL SERVICES | : | |
| | : | |
| Defendants. | : | |

## CERTIFICATE OF SERVICE

I, **Eileen M. Ford, Esquire**, hereby certify that on **August 12, 2008,** I electronically filed the **Correctional Medical Services, Inc.'s Response to Plaintiff's Letter and Amended Updates Pertaining to Current Treatment Situation (DI 126)** with the Clerk of Court using CM/ECF which will send notification of such filing(s) to the following:

I have served, via first class, mail two copies of foregoing to the Pro Se Plaintiff:

Angelo Clark
SBI # 123209
Delaware Psychiatric Center
James E. Mitchell Bldg.
1901 N. DuPont Hwy
New Castle DE 19720

/s/ Eileen M.Ford
Eileen M. Ford, Esquire (ID No. 2870)
Marks, O'Neill, O'Brien & Courtney, P.C.
913 North Market Street, #800
Wilmington, DE 19801
(302) 658-6538
*Attorney for Defendant CMS*

{DE114548.1}