In The United States District Court Of The State Of Delaware

Angelo Lee Clark
v.
Regional Medical First Correctional Manager Angela Wilson Et-Al
And
Correctional Medical Services

8/6/08

Case No: 1:06-465

Responce to C.M.S Lawyer's Letter To Judge Robinson: From Plaintiff's Treatment And Condition before and After Ariving at D.P.C.

FILED
AUG 14 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

scanned

: Letter To Judge Sue. L. Robinson:

1. I Angelo Lee Clark was going through a Experiental stage for a few month's while I was Here with my Psychotropical medication being, some eliminated some not enough and some to much that I was put on Down D.O.C. by there Med Vendor's, and until Doctor Watson The Forensic Psychiateris Took Full Full Responsibility to Cut most of my Med's in Half and Take some away that he new I did not need, it just

2. Left me somewhat very sadative mummyfied and Experientalized Ginnie Piged out like a Research monk like the Med Vendor's for D.O.C had me at D.C.C. For Dept of Corrections, and since Doctor Watson has decreased some of the Psychotropical Med's that I never needed I don't bump into Wall's anymore I don't Fallout that much But my Urinary Track is still messed up Totally, and From what the Urinary Specialist said Thomas J. Desperito M.D He might not be able to Fix it because of all the Psychotropical Med's That The Med Vendor's For The Dept of Corrections had me on For so long.

# CERTIFICATE OF SERVICE

I, _Angelo Lee Clark_, hereby swear under penalty of perjury that I have rendered service of a true and correct cop(ies) of the attached:

_Letter to Judge Robinson About defendents motion_
(Title or Type of Motion or Request) _Attaining to (#122)_

upon the following person(s) and/or agency(ies):

Eileen Ford Esq.
Marks, O'Neill, O'Brien
& Courtney P.C. 913
North Market Street
Wilmington, DE 19801

BY PLACING SAME IN A SEALED ENVELOPE, postage will be paid by the Delaware Department of Corrections/Pre-paid, and depositing same in the United States Mail at the Multipurpose Criminal Justice Facility, 1301 East 12th Street, Wilmington, Delaware.

On this 6th day of August, 2008.

_Angelo Lee Clark_
(Your signature)

Inmate SBI# 123269
Delaware Psychiatric Center
Jane E. Mitchell Bldg
1901 North Dupont Hgwy
New Castle, De 19720

Legal Mail

The Honorable Sue L. Robinson, Judge of
United States District Court For the State
844 North King Street-Lock
Wilmington, Delaware 198

Legal Mail