IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ANGELO CLARK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 06-465-SLR |
| | ) |
| REGIONAL MEDICAL FIRST CORRECTIONAL, MANAGER ANGELA WILSON and CORRECTIONAL MEDICAL SERVICES, | ) ) ) ) ) ) |
| | ) |
| Defendants. | ) |

**O R D E R**

At Wilmington this 21st day of August, 2008, having reviewed defendants' motion to strike a letter from pro se plaintiff to the court (D.I. 129);

IT IS ORDERED that said motion (D.I. 130) is denied. I have a standing rule, posted on my website, that I will not consider letters for substantive matters. Therefore, defendants need not respond to any such correspondence unless ordered to do so by the court. As a consequence, a motion to strike such papers is not only unnecessary, but it adds to the burden of a court dealing with the extra caseload of the vacant judgeship. I trust the message sent by this order is understood by both the plaintiff (his letters will carry no weight in my determination of the merits, absent notice to the defendants) and to the defendants (my website actually has helpful information that can

save both the parties and the court needless work).

                                               /s/ Sue L. Robinson
                                               United States District Judge